IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CRYSTAL ROBERTSON, on behalf of herself and her minor child D.R.; <br><br> ELIZABETH DAGGETT, on behalf of herself and her minor child H.D.; <br><br> JOANN MCCRAY, on behalf of herself and her minor child J.C.; <br><br> VERONICA GUERRERO, on behalf of herself and her minor child A.F.; <br><br> MARCIA CANNON-CLARK AND DAVID CLARK, on behalf of themselves and their minor child B.R.C; and <br><br> THE ARC OF THE UNITED STATES, <br><br>     Plaintiffs, <br> v. <br><br> DISTRICT OF COLUMBIA, <br><br>     Defendant. | Case No.  1:24-cv-00656 <br><br><br><br><br><br> PROPOSED ORDER ON PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION |

**PROPOSED ORDER ON PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Upon consideration of Plaintiffs' Motion for a Preliminary Injunction and all the papers submitted by the parties in support of and in opposition to the motion, it is hereby:

**ORDERED** that Plaintiffs' motion is **GRANTED.**

**IT IS FURTHER ORDERED** that within 15 days of the issuance of this Order, Defendant District of Columbia shall provide Plaintiffs, members of The Arc, and the plaintiff class with transportation services that:

1

a. Ensure all students with disabilities are provided with consistent, daily, timely transportation to school allowing them to avoid loss of instructional time;

b. Ensure all students with disabilities are provided with consistent, daily, timely transportation from school allowing them to avoid emotional and physical distress;

c. Fully implement all students' IEPs, including but not limited to, transportation paraprofessionals and attendants, limited travel time, medical/nursing services, specialized transportation safety equipment, and specialized transportation assistant services;

d. Provide transportation routes to ensure that students are on the bus for an appropriate amount of time given their individualized needs; and

e. Ensure that Plaintiffs and the plaintiff Class receive equal access to their education and are not unnecessarily segregated.

**IT IS FURTHER ORDERED,** that Defendant District of Columbia shall immediately develop and implement adequate and effective policies and procedures to provide Plaintiffs, members of The Arc, and the plaintiff class with safe, reliable, and appropriate transportation services, to include but be not limited to:

a. Maintaining a sufficient number, including a bench, of drivers, attendants, one-to-one aides, nurses, and OSSE terminal staff to serve the plaintiff class;

b. Maintaining a fleet of adequate size and in a sufficient state of repair, including policies and procedures that reflect best practices around age of fleet and preventative and emergency maintenance. All methods of transportation must have air conditioning that can sufficiently cool the bus to ensure safe transport of all students;

c. Developing and implementing policies and procedures for training staff to ensure that all staff employed or contracted by OSSE to provide transportation receive adequate training

in best practices for serving students with disabilities. These procedures must include monitoring the content of the training and ensuring compliance that trainings were attended;

d. Adopting and operating a technology system that includes real-time global positioning services (GPS) that can track buses and student ridership from the time the bus leaves the terminal until it drops students off at school in the morning and from the time when the bus leaves the terminal until it drops students off at home in the afternoon;

e. Developing and implementing policies and procedures for tracking on-time arrival of students to school and on-time drop offs of students at home and to utilizing data to adjust routes on a regular and real-time basis;

f. Developing and implementing a parent communication system to provide parents with real-time updates on delays, cancellations, or other changes in a language parents can understand;

g. Developing and implementing policies and procedures for complaints and investigations that ensure parents receive timely responses to complaints filed with OSSE regarding transportation and OSSE can track and monitor all complaints filed; and

h. Developing and implementing other policies and procedures to address the issues raised in this Complaint to ensure that Plaintiffs and the plaintiff class receive equal access to their education and are not unnecessarily segregated.

**IT IS FURTHER ORDERED**, that Defendant District of Columbia shall report to the Court once a month on the implementation of transportation services consistent with this order for the Plaintiffs and plaintiff class, beginning no later than 30 days after the issuance of this Order.

**IT IS FURTHER ORDERED,** that the Court shall appoint and Defendant shall pay for a transportation expert to review OSSE's policies, practices, and data, identify deficiencies, and develop a corrective action plan to ensure that students with disabilities receive transportation services to receive FAPE and an equal opportunity to participate in and benefit from their education.

**IT IS FURTHER ORDERED**, that the Court shall appoint and Defendant shall pay for an independent monitor or Special Master whose duties shall include, but not be limited to, periodic monitoring and reporting to the Court and Plaintiffs regarding Defendant's compliance with the Court's Order and remedies necessary to bring about full compliance with the Court's Order.

**SO ORDERED.**

Dated: _____                              _____
                                                    **UNITED STATES DISTRICT JUDGE**