**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

---

**Crystal Robertson, on behalf of herself and her minor child D.R., et al.**

**Plaintiff(s)**

**Case No.: 1:24-cv-00656-APM**

*vs.*

**District of Columbia**

**Defendant**

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Ethan Cha, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S):  Summons, Notice of Right to Consent to Trial before a United States Magistrate Judge, Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, Civil Cover Sheet, and Class Action Complaint for Declaratory and Injunctive Relief

SERVE TO:  District of Columbia c/o Brian Schwalb, Attorney General for the District of Columbia

SERVICE ADDRESS:  400 6th Street, NW, Washington, DC 20001

METHOD OF SERVICE: Per COVID-19 service of process protocol, service was completed by mailing a copy of the documents listed herein to District of Columbia c/o Brian Schwalb, Attorney General for the District of Columbia at 400 6th Street, NW, Washington, DC 20001 on 03/18/2024 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7022 2410 0001 8879 3273. Service was signed for on 03/21/2024, return receipt attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

3-29-24

**Executed On**

Ethan Cha

Client Ref Number:N/A
Job #: 1633319

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

|  |  |  |
|---|---|---|
| CRYSTAL ROBERTSON, ELIZABETH DAGGETT, JOANN MCCRAY, VERONICA GUERRERO, MARCIA CANNON-CLARK and DAVID CLARK, and THE ARC OF THE UNITED STATES | ) ) ) ) |  |
| *Plaintiff(s)* | ) ) |  |
| v. | ) ) | Civil Action No.  1:24-cv-00656 |
| DISTRICT OF COLUMBIA | ) ) ) |  |
| *Defendant(s)* | ) ) ) |  |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Brian Schwalb
> Attorney General for the District of Columbia
> 400 6th Street NW
> Washington, DC  20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Margaret H. Warner
> McDermott Will & Emery LLP
> 500 North Capitol Street NW
> Washingotn, DC  20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date:  03/15/2024

/s/ Simone Logan

*Signature of Clerk or Deputy Clerk*

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

District of Columbia
c/o Brian Schwalb, Attorney General for the District of Columbia
400 6th Street, NW
Washington, DC 20001

9590 9402 4931 9063 6021 04

2. Article Number *(Transfer from service label)*

7022 2410 0001 8879 3273

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____  ☐ Agent
                ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery
TONIA Robinson    3/21/2024

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery
  (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053         Domestic Return Receipt