UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

CRYSTAL ROBERTSON, on behalf of
herself and her minor child D.R.;

ELIZABETH DAGGETT, on behalf of
herself and her minor child H.D.;

JOANN MCCRAY, on behalf of herself
and her minor child J.C.;

VERONICA GUERRERO, on behalf of
herself and her minor child A.F.;

MARCIA CANNON-CLARK AND
DAVID CLARK, on behalf of themselves
and their minor child B.R.C.; and

THE ARC OF THE UNITED STATES

Plaintiffs,

v.

DISTRICT OF COLUMBIA,

Defendant.

---

Civil Action No. 24-0656 (PLF)

## ORDER

This matter is before the Court on Plaintiffs' Motion for a Preliminary Injunction [Dkt. No. 4]. After hearing oral argument on July 11, 2024, and July 23, 2024 and considering the parties' filings, and for the reasons stated in open court on July 23, 2024, it is hereby

ORDERED that Plaintiffs' Motion for a Preliminary Injunction [Dkt. No. 4] is DENIED.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 7/23/24