IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


CRYSTAL ROBERTSON, on behalf of
herself and her minor child D.R.,
et al.,
                                        Civil Action
            Plaintiffs,                 No. 1:24-cv-00656-PLF

      vs.                               July 23, 2024
                                        2:00 p.m.
DISTRICT OF COLUMBIA,

            Defendant.                  Washington, D.C.
_____


             TRANSCRIPT OF THE STATUS CONFERENCE
          BEFORE THE HONORABLE PAUL L. FRIEDMAN
               UNITED STATES DISTRICT JUDGE



APPEARANCES:

For the Plaintiffs:

          Kaitlin Rose Banner
          WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS & URBAN
          AFFAIRS
          700 14th Street NW
          Fourth Floor
          Washington, DC 20005


          Margaret Hanley Warner
          MCDERMOTT WILL & EMERY LLP
          500 North Capitol St, NW
          Washington, DC 20005

For the Defendant:

          Mateya Beth Kelley
          OFFICE OF THE ATTORNEY GENERAL FOR THE DISTRICT OF
          COLUMBIA
          400 Sixth Street, NW
          Suite 10100
          Washington, DC 20001-2703

1   (APPEARANCES CONTINUED:)

2

3   Court Reporter:    Stacy Johns, RPR, RCR
                       Official Court Reporter
4
       Proceedings recorded by mechanical stenography, transcript
5              produced by computer-aided transcription

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1              **P R O C E E D I N G S**

2          COURTROOM DEPUTY:  This is Civil Action 24-656,

3    *Crystal Robertson, et al. versus The District of Columbia.*

4          Counsel, please approach the podium and sate your

5    appearances for the record.

6          MS. WARNER:  Good afternoon, Your Honor.  Peg Warner,

7    Gene Goldman and Chris Shoemaker for the plaintiffs.

8          MS. BANNER:  Good afternoon.  Kaitlin Banner from the

9    Washington Lawyers' Committee for Civil Rights; also joined by

10   Kathy Zeisel at Children's Law Center; Chelsea Sullivan, also

11   at the Washington Lawyers' Committee for Civil Rights.  On Zoom

12   are Shira Wakschlag and Evan Monod for the Arc of the United

13   States.  Thank you.

14         THE COURT:  Thank you.

15         MS. KELLEY:  Good afternoon, Your Honor.  Mateya

16   Kelley for defendant, the District of Columbia.  I'm joined by

17   my co-counsel, Gregory Ketcham-Colwill and David Wasserstein,

18   and general counsel for OSSE, Carol Epstein.

19         THE COURT:  Good afternoon, everybody.  So since the

20   last we were here, I was hoping that you would all be talking

21   to each other and maybe resolving some things.  It doesn't look

22   like that's happened.  But both sides have filed some

23   additional documents since we were here over the last several

24   days.  I guess either right before or right after the hearing

25   there were some additional declarations filed by parents.  And

1    then more recently there were some filings by the District,

2    including second supplemental declaration of Raphael Park, the

3    deputy superintendent of operations, outlining plans for the

4    coming year; also a transcript of testimony before the city

5    council, and some other things.  The defendants -- actually

6    there was also a filing which was an attachment to the notice

7    from the District responding to some of my questions regarding

8    class cert.

9           And the plaintiff's filed -- I think the only thing

10    I've gotten from the plaintiffs is the proposed order with

11    respect to preliminary injunction and a proposed order with

12    respect to class certification.

13          So I don't know what order you want to talk about in

14    terms of bringing me up-to-date on any discussions you've had

15    or any updates on facts or law that you think we ought to deal

16    with today.  So whichever party wants to go first is more than

17    welcome.

18          Ms. Banner.

19          MS. BANNER:  Good afternoon, Your Honor.  The parties

20    were able to consult after reviewing the declaration from

21    Mr. Park that was submitted.  The plaintiffs' position is that

22    while we appreciate the District's presentation of that

23    information in the declaration, that it is not really a plan;

24    there's no who, what, how these things are going to be

25    implemented.  To the extent that there are pieces of the plan

1    that are happening over the next couple of months, we

2    understand those to be sort of the regular order of operations

3    for OSSE and not a change.

4         To the extent there are new things that are happening

5    for the coming year, there are no real details about how and

6    when those will be implemented.

7         To the extent that the District is seeking to procure

8    new software, we're also concerned that there's a lack of a

9    sense of real urgency.

10        THE COURT:  Concerned about what?

11        MS. BANNER:  To procure new software and a new routing

12   system and a GPS system.  We're really concerned about the lack

13   of urgency.  Our reading of the declaration is that that would

14   not operational until at least the next school year, and even

15   that is not guaranteed.

16        So I'm happy to talk about more in detail our concerns

17   with some of this and why we think we still need preliminary

18   relief here.  But at bottom we don't believe the set of goals

19   that the District has submitted -- bless, you, Your Honor.

20        THE COURT:  Thank you.

21        MS. BANNER:  -- resolves the plaintiffs' motion for

22   preliminary relief.

23        So I'm happy to talk more about that and certainly

24   have thoughts in our proposed order about the ways that we

25   think that a Court order would ensure that relief happens with

1   more specificity and also happens much faster.  And so happy to

2   go through that in detail as well, if that's helpful to Your

3   Honor.

4            THE COURT:  Okay.  Ms. Kelley.

5            MS. KELLEY:  Thank you, Your Honor.

6            I will just point the Court to page 8 of Exhibit B of

7   our supplement with the supposedly-missing details about how

8   and when the routing system procurement will be implemented.

9   There are proposed dates.  There are explained steps.  As for

10  the who, what and how, it will be Mr. Park, it will be the new

11  superintendent, it will be a team of folks at OSSE working hard

12  to make sure that a vendor is identified who's capable of

13  designing really a totally bespoke, new technology system that

14  will work for the District, and then testing it over a period

15  of months to ensure that bizarre things you could never foresee

16  don't crash the system, frankly.

17           So we have tried to be as specific as possible without

18  being unrealistic or committing the District to something that

19  we think could be bad in the end by forcing us onto a rushed

20  timeline.

21           I will also point the Court to page 15 of the council

22  hearing for the specific testimony that I raised last time

23  about council member Allen.  I believe he said I want to do

24  everything humanly possible to expedite this and committing

25  resources, having a specific conversation about the lengthy

1  procurement process.

2          And I realize not this school year but next year

3  sounds far in to the future to parents who want a change now,

4  but on District time, I hope Your Honor can appreciate that's

5  pretty fast.  And there is strong political will to move

6  things.

7          The new declaration also -- new notes that the

8  parents' stipend program is expanding.  It began in April.

9  There are 180 families that began to use it in the fall after

10  we filed our opposition to the PI.  And this year there's

11  funding to expand that to another 400 families.

12          I know that the plaintiffs' declarations, I guess I'll

13  say, pooh-pooh the idea because they, themselves, don't want to

14  use it.  But I think that they don't appreciate that it reduces

15  demand and frees up drivers and therefore mitigates the labor

16  shortage by having more drivers on hand.

17          THE COURT:  I know, I've read this, but how do you

18  find more drivers?  I mentioned last time based on my

19  experience from a decade or more ago that one of the unique

20  challenges for D.C. is that you're also competing with the

21  suburbs in Virginia and Maryland for not only teachers but, in

22  this case, for drivers as well.

23          MS. KELLEY:  That is an excellent question, Your

24  Honor.  The District's solution last year which has been -- we

25  have really hit the gas, so to speak -- is to recruit a cadre

1    of private route vendors who -- there's a lot of reasons why

2    that works better, but basically, private vendors have taken

3    over routes -- I don't remember the exact number -- took over a

4    number of last year, and OSSE focused specifically on routes

5    that were only serving one to three children, which is an

6    inefficient use of a school bus and a union district employee

7    driver who could handle 14.  So that freed up buses and

8    drivers.

9            This year, as we filed right before the last hearing,

10   in addition to a $6 million commitment to maintain what we did

11   last year, there's an additional $10.5 million which I believe

12   is just for the next school year which permits OSSE -- and let

13   me double check this is in here -- to expand that private push

14   by up to 30 percent which will put hundreds more students into

15   private routes.

16           And I know that it says this:  OSSE believes that that

17   money will give it the bench that it needs to fill call-outs.

18   So one of the lingering problems over the last few years is

19   that maybe we have enough drivers unless a hundred of them call

20   out, which does happen, and there isn't necessarily a bench of

21   people waiting to take those buses which results in late

22   routes.

23           Now, this year, OSSE will have extraordinary funds to

24   call a private vendor to fill those spots or to shift routes in

25   the first place so there is a bench of OSSE drivers.

```
1              THE COURT:  Actually, paragraph 18 of his affidavit

2      declaration he says, Fiscal year '25 budget includes

3      6.5 million in dedicated resources to continue the private

4      route program.  And it says, will support up to -- I'm not sure

5      what that verb means, but up to 10.5 million in additional

6      private transportation service costs to ensure excellent

7      transportation coverage.

8              MS. WARNER:  Yes, Your Honor.  I'm not sure exactly

9      what the verb means, but I can tell you this money is earmarked

10     specifically for this purpose.  It is ready to go and it can be

11     used -- the way the budgeting works, like day one they will

12     have the funds and flexibility to fill that bench.  Which OSSE

13     believes will make a dramatic difference.

14             THE COURT:  I have one other factual question based on

15     his affidavit.  The immediately preceding paragraph, paragraph

16     17, right at the very end, he talks about -- well, it's the

17     entire paragraph, but that there is a methodology called the

18     parent stipend program -- the expansion of the parent stipend

19     program that will reduce the total number of routes run each

20     day and therefore frees up other driver attendance.

21             Is this a program that gives parents money if they

22     want to transport their own children or find other ways to

23     transport them?

24             MS. KELLEY:  Precisely, Your Honor.  It is a -- I

25     don't know if it's a check, but yes.  If the child has
```

1  transportation in their IEP and the parent chooses to

2  self-transport and enrolls in this program and is eligible,

3  then OSSE will essentially reimburse that family for what they

4  have determined, based on market conditions and programs that

5  other cities have just started doing in a similar way, what

6  they think is a fair reimbursement for the cost.  And I think

7  we can get more details, but I think it's tied to sort of the

8  same mileage rate as Ubers at a standard time.

9        There are certainly some families for whom that is not

10  enough.  Right?  Some kids are bussed an hour into Maryland and

11  an Uber $400 a month isn't going to cover that.  But there are

12  some families who don't go that far and for who it does work

13  and who have enthusiastically embraced this program.  Which

14  again, even if the individual plaintiffs or an individual

15  family doesn't want that, it's good for everyone because it

16  reduces demand and frees up labor, which has clearly been a

17  problem over the last few years.

18        THE COURT:  Anything else you want to add at the

19  moment?  We're talking about the preliminary injunction

20  question only right now.  We'll talk about the class cert

21  question a little bit later.

22        MS. KELLEY:  Those are the major highlights.

23        I will comment on the proposed order.  In our view it

24  isn't significantly different from what plaintiffs proposed the

25  first time.  Essentially it's a request that the District pay

1    for an expert to, I suppose, go to OSSE and spend a few months

2    investigating anything and everything and then make some

3    recommendations we'd be expected to follow along with some data

4    collection.  I think, in a nutshell, that is not a request for

5    relief; that's a request for discovery well before the local

6    rules allow it and, in fact, well beyond what the discovery

7    rules would permit.

8          There's no world in which if we were in discovery

9    there would be a plaintiff -- there would be an expert

10   wandering OSSE asking anything and everything, getting every

11   document and commenting on who knows what, let alone one paid

12   for by the District.  It is an extraordinary request.

13         I just want to say, again, they have failed to show

14   any need for relief at all.  They've thrown a lot of dots at

15   the wall, including with these supplemental declarations, but

16   nowhere have they supplemented their brief or explained what

17   the Court is supposed to do with these facts, or how they fit

18   into the big picture, or whether they go to the merits, or

19   whether they go to the relief, or whether there's actually a

20   denial FAPE hidden in any of those.

21         We would submit that the Court should deny the PI

22   motion.

23         THE COURT:  Let me ask another question about the

24   order, which I can ask Ms. Banner to comment on as well.

25         For preliminary injunction and a lot of other things

1    they have to show a likelihood of success on the merits.  Even

2    if they're likely to show that there have been delays in

3    getting children to school and home from school -- and I guess

4    it's more of a question for her.  What is the likelihood of

5    their succeeding on all of these requests in this bullet point

6    paragraph of the order?  I mean, where does that come from?

7    And they've got to show a likelihood of success on every single

8    thing that they're asking for in their preliminary injunction

9    order, don't they?

10         MS. KELLEY:  Yes, Your Honor, they do.  And I agree

11    this is a question for my friends on the other side.

12         We tried to make clear in our motion that the claim

13    seems to be that the whole system is broken and we will prove

14    that the whole system is broken, and here are 17 ways that it's

15    broken.  But that's not how this works, respectfully.  You have

16    to prove that a particular thing that the District did was a

17    legal violation and then seek relief that is narrowly tailored

18    to that.  And there is a smorgasbord board, as we've said, of

19    concerns.  And I don't want to minimize the trouble that some

20    of these cause for individual families.

21         The idea that they're trying to prove the whole system

22    is broken and therefore you should send an expert in to change

23    it is legally invalid.

24         THE COURT:  I guess I'm having the same kind of

25    analytical problem that I had the last time we were here, which

```
1    is the systemic relief question.  Is that a question we're

2    discussing in the context of the preliminary injunction slash

3    merits, or is it a question we're discussing in the context of

4    whether a class gets certified, or does it come up in both

5    contexts?

6            If you're right in some of your arguments about

7    stemmatic relief, maybe they don't get a preliminary injunction

8    or even win at the end of the day, or maybe you get to succeed

9    own a motion to dismiss.  And that affects the class cert

10   question too.  But if you're wrong on the systemic relief

11   question, that gets you some distance on the PI but not so much

12   on the class cert.

13           So, you know, I don't know when we want to discuss

14   systemic relief as an issue.  Maybe Ms. Warner and Ms. Banner

15   have figured out which of them is going to address that,

16   because I think that's a very significant thing for this

17   afternoon's discussion.

18           MS. KELLEY:  If I may.

19           They are connected.  I think one bridge between the

20   two is the requirements that they describe a (b)(2) class who

21   have the same problem which was solved by one injunction.  And

22   their inability to describe the problem or the injunction in a

23   way that is, you know, as I said, legally valid or coherent at

24   the PI stage is indicative of the problems with their class

25   motion.  And they have argued it at a satellite level that, of
```

1  course an injunction can fix this because you can just issue an

2  injunction that everybody's IEP should be fulfilled.  But that

3  is not practically viable.  And when you look at their proposed

4  PI order, you can see they don't really know what the practice

5  or policy at issue is.  They think there are some problems and

6  they would like it to change, but they haven't described

7  anything in a class way.

8       THE COURT:  That's a good question:  What is the

9  practice or policy at issue?

10      Okay.

11      MS. KELLEY:  Anything else?

12      THE COURT:  We've got a lot more to talk about, but

13  maybe I should hear from the plaintiffs further.

14      MS. KELLEY:  Since it's brief, I think you want to

15  separate the PI and class cert, but their proposed class order,

16  we didn't read it as any different at all.  So was would submit

17  that all of our prior arguments apply to the new order as well

18  as the old.

19      THE COURT:  Well, I'm not sure that even if I grant

20  the motion for class certification that that order gets us

21  where we need to get.  But that's another question.

22      MS. KELLEY:  Okay.

23      MS. BANNER:  So I'm happy to start maybe with the

24  systemic relief question, Your Honor, that you raise.

25      I believe that the systemic relief and the policy and

1    practices that the plaintiffs are challenging here is clear.

2    The OSSE transportation is responsible, the defendants here are

3    responsible for implementing a related service on student's

4    IEPs in order that students receive FAPE.  That one related

5    service that they must implement and that they are failing to

6    implement is transportation services.  It is a narrow single

7    service, and they do not have a system in place that can

8    deliver that transportation service consistently and reliably.

9          And what that means is that parents sometimes do

10   receive transportation to school timely, but they never know

11   when that's going to happen.  And every parent that receives

12   transportation until those problems are fixed are at risk of

13   not receiving transportation on any given day.

14         And, in fact, the declarations from our clients and

15   from the other parents who have submitted declarations in this

16   case explain that every day is a question about whether or not

17   the transportation will arrive on time to their house, will

18   deliver the child to school on time, and will get them home on

19   time and safely.

20         And so here, the systemic issue that we're trying to

21   fix is the failure to deliver that related service.

22         Our understanding from the District's briefing and

23   from our conversation during the argument is that the District

24   has started to think about how to resolve this problem.  They

25   have acknowledged this problem publicly in Dr. Grant's

1    testimony in 2023 and in 2024.  They have received at least

2    five hearing officer decisions explaining how the failure to

3    provide this related service denies student's faith.  And they

4    have not yet acted to change the system or to address the

5    deficiencies that they've acknowledged.

6         Until this litigation was filed, we did not see even

7    the level of detail that the defendants have submitted here,

8    and that is why we believe that an expert consultant whose job

9    is not to do discovery or to go in and dig around OSSE's files

10   but is to provide some expertise to OSSE to make sure that the

11   plans that they are adopting and implementing in response to

12   what they've admitted are the failures of transportation are

13   done efficiently with the best use of District's resources, and

14   that they're accountable to making those changes.

15        So here we believe that the policies and practices --

16   the policy and practice that we are addressing, the systemic

17   issue that we're addressing, is the failure to deliver that

18   related service.

19        There are a variety of components that come in to

20   that, and that is what we believe the expert should look at in

21   determining the best way to fix the solution, but we don't

22   believe each one of those is an independent legal violation.

23   The legal violation is the failure to provide faith and the

24   failure to provide equal access to education that comes from

25   the failure to deliver transportation services to students in

1    D.C.

2            THE COURT:  Let me ask a question, I guess relating

3    to -- the government says that the only relief that was asked

4    of the hearing officers was for five students and they got what

5    they asked for, and that none of the named plaintiffs are

6    saying that the hearing officer decisions are wrong and that

7    they -- not entitled to any relief under the IDEA because they

8    are not really challenging the hearing officer's decisions.

9    And they say that there's nowhere that you -- how have you been

10   harmed by the decisions that have been reached.

11           MS. BANNER:  So that is a mischaracterization of what

12   the plaintiff sought at the administrative level and what they

13   sought this their complaint.

14           So first, this is in exhibit -- ECF 31-7, which is

15   actually in the District's Exhibit F in their opposition to the

16   PI on behalf of Ms. Daggett and her son, H.D.  The plaintiff

17   clearly sought in that complaint as relief for OSSE's denial of

18   faith to H.D. and to other similarly situated students that

19   OSSE develop and implement policies to provide H.D. and other

20   students eligible for transportation with consistent, reliable

21   and safe transportation.

22           So the plaintiffs did seek it on behalf of other

23   students but also sought it on behalf of themselves.

24           In those administrative hearings, the District moved

25   to dismiss those claims, stating that the plaintiffs did not

1    have the right to bring those systemic claims at the

2    administrative level.  The plaintiffs fought against that and

3    lost.  The hearing officers universally dismissed the claims

4    for systemic relief, and those are claims both on behalf of

5    other students, which is one form of systemic relief, and the

6    claims for changes to policies and practices for that

7    individual student.

8         THE COURT:  Well, assuming that you're right about

9    that -- and that shouldn't be in dispute about what you asked

10   for because everybody's seen the hearing officer decisions --

11   then I suppose the argument is any of the following:

12        One, you didn't get all the relief you asked for.  So

13   even the named plaintiffs didn't get all the relief they asked

14   for.

15        Two, if the hearing officers decided they didn't have

16   jurisdiction, you should be able to challenge that in court.

17   Right?  And since the statute somewhere says -- it says you

18   come to district court to challenge a hearing officer decision

19   or lack of decision or failure to implement the decision or

20   failure to provide related services if you've asked for the

21   related services.

22        So far I'm right?

23        MS. BANNER:  That's exactly right, Your Honor.  Our

24   position is the first thing that you articulated, which is even

25   the named plaintiffs did not get all the relief that they

1    sought.  Because our named plaintiffs believed that unless and

2    until OSSE changed their policies around delivering

3    transportation to students broadly, that they would continue to

4    fail to receive appropriate transportation, that this wasn't

5    something -- much like the Court found in D.L., this wasn't

6    something that could be fixed on a one-by-one student basis.

7    Instead, it needs to be fixed at a systemic level.

8         Now, again, the hearing officers found they did not

9    have jurisdiction over those claims, and that is what the

10   District vehemently argued.  So the plaintiffs did not get that

11   relief, and the hearing officers found quite explicitly that

12   they were not ordering that kind of systemic change to OSSE's

13   policies.

14        THE COURT:  I guess there is some law that says --

15   maybe it's not this situation, but if you -- let me put it this

16   way:  If you fail to ask for that broader relief and therefore

17   failed to get a decision "I don't have jurisdiction," you might

18   still have the argument under some of the case law that we

19   didn't ask for it because it would have been futile.  And the

20   hearing officer, we didn't have to exhaust because to ask for

21   it would have been futile, and what is available before the

22   hearing officer is inadequate in that situation.  Right?

23        MS. BANNER:  Correct, Your Honor.  That's, for

24   example, in line with what the Supreme Court found in the Perez

25   case where it allowed the plaintiff to seek damages under the

1    ADA without exhausting because that was relief that was not

2    available at the IDEA administrative level.

3          Here plaintiffs believe that they have a good argument

4    that they could have filed without exhausting because

5    exhaustion would have been futile here.  But because we

6    understand that having the administrative proceeding record is

7    important to this Court to have fleshed out the issues and

8    allowed the hearing officer to weigh in with their own

9    expertise.  And again, because the IDEA certainly does

10   prioritize exhaustion, the plaintiffs did proceed with

11   exhaustion and did exhaust their systemic claims but were not,

12   of course, able to fully litigate those at the administrate

13   level because they were dismissed at the District's motion.

14         And so plaintiffs really believe that the District's

15   position puts them in a little bit of a Catch-22, because if

16   they didn't exhaust and they argue this in their supplemental

17   briefing, that plaintiffs needed to have exhausted, but having

18   exhausted they're saying -- and having exhausted and not won

19   everything they wanted, they're saying that we still don't have

20   the ability to be in federal court.

21         Your Honor, I think this fundamentally boils down to

22   the District's sort of well-worn argument that the IDEA doesn't

23   give systemic relief, and that's something Judge Tatel

24   addressed in the D.L. case very explicitly and said that there

25   is the ability for plaintiffs to seek systemic relief and to

1    find otherwise would undermine the very purpose of the IDEA,

2    which was to afford broad relief to students with disabilities

3    who are excluded from school.

4            I left the case and cite on my desk, but I can go grab

5    it.

6            THE COURT:  I've got it.

7            MS. BANNER:  I just want to say a few other things in

8    response to Ms. Kelley's arguments.

9            So first, we appreciate, again, that there is an

10   investment of money being made in private routes and in the

11   parents' stipend program, although the declarations submitted

12   by Mr. Park, while it does talk about the hope that this will

13   reduce reliance on routes and that this will take people out of

14   the system, there is no information or data about how many

15   students, when people will sign up, how that will be

16   implemented, and school starts in a month, Your Honor.  So

17   there is not much time.  So the fact that the District is just

18   representing at this stage that they have some money that

19   they're going to use towards things they think will work, we

20   don't believe that is enough to answer the urgent concerns of

21   parents who every day are being denied access to their

22   education and access to FAPE.

23           There are also declarations in the record that explain

24   why the parent stipend program is not -- first, not a stipend

25   program.  It is a reimbursement program, as Ms. Kelley said,

1    which means that for parents to take advantage of that, they

2    have to be able to have that money upfront.  And then there is

3    the problem of whether or not it is sufficient money.  Once a

4    parent chooses to enroll in that stipend program, they are sort

5    of out of luck if it's not working out for them and they need

6    to go back to the transportation system, because parents are

7    committing to using the parent stipend program instead.

8         We also think the numbers of people that are

9    participating are -- our understanding is it is sort of under a

10   thousand.

11        THE COURT:  Under a thousand participating in what?

12        MS. BANNER:  In both of those programs combined.  The

13   declarations speak to the 300 families who were on private

14   routes.  It's unclear how many will be on private routes going

15   forward, and so it's not clear to us how much impact this is

16   really having on the system.  To the extent some of those

17   changes were made in the spring, of course the declarations in

18   our PI papers show that there continued to be problems

19   throughout the spring.

20        So again, I think that we appreciate the direction

21   that the District's declaration is going.  We think there are

22   some pieces in there that are hopeful, but we don't believe

23   that this is a plan that has enough details, and we believe

24   that an expert consultant who can come in and work with the

25   District will be able to ensure that those plans are

1  implemented and are carried out.

2          I respectfully disagree with Ms. Kelley's assertion

3  that this order is different than -- is not different than the

4  order we submitted initially.  It both limits the scope and the

5  requirement of what the consultant will do.  We have the

6  consultant focused on short-term changes that can be in place

7  for this coming school year, as well as giving the District

8  options and advice and consultation for the following year.

9          And we understand that the District is working on

10  this, so this does allow the District to take those

11  recommendations and submit its own plan on how it would

12  implement.  We tried to strike a balance here between not

13  having a huge imposition on the District and allowing the

14  District to work with the consultant to develop a plan that

15  would work within the framework that it has.

16          We also understand that while for the District this

17  might seem like a fast plan, it is not a fast plan for parents

18  of children with disabilities who are losing access to their

19  education.  We believe with Court intervention and with the

20  preliminary injunction, there are ways that the District will

21  be able to move faster, whether that's by using the software

22  that they already have, which they talk about in their earlier

23  declarations, or by using a more simplified or expedited

24  procurement process for this new software.

25          I think that is it on the systemic relief and the PI

1    order, if you have other questions right now about that.

2            THE COURT:  No, I don't have any questions at the

3    moment.  I want to hear from Ms. Kelley again who will also

4    talk about class certification.

5            MS. BANNER:  Thank you.

6            MS. KELLEY:  All right.  So I want to say first that

7    the District is not arguing that the idea cannot possibly

8    provide systemic relief at large.  There are some complications

9    out there.  We don't think that the facts of this case reach

10   them.  And I'm going to go back to something I know the

11   plaintiff said in their brief and which Ms. Banner repeated:

12   This is not something that can be fixed on a one-by-one basis.

13           We think that that is the crucial question and that it

14   is something that could be fixed on a one-on-one basis.  And if

15   you want to take it to the extreme, for each of the five

16   plaintiffs, to the extent their concern is about a bus route

17   not getting them to school on time, OSSE could assign

18   essentially a private limousine to each plaintiff and

19   additional monitors and enormous resources to each of these

20   plaintiffs to ensure compliance.  It doesn't require a new GPS

21   routing system.  It doesn't require new text messaging.  It

22   doesn't require options, advice and consultation from an

23   expert.  It can be fixed through an individual process.

24           Our point is still that plaintiffs have failed to show

25   it wasn't for them.  And the fact that they requested, again,

1   at a satellite level, changes to policies and procedures is

2   sort of a meaningless circle, because if what they really want

3   is for the child to be dropped off at school on time and what

4   they get is an order from the hearing officer that says the

5   child must be dropped off at school on time, what policies and

6   procedures must change for that to happen?  They never

7   specified them below.  They've never specified them here.

8            I think the hearing officer, Keith Seat, specifically,

9   said, well, if I order them to fix this and if it's true that

10  they need to change policies and procedures, then they'll have

11  to do that and it will benefit other kids.

12           I see a question, so I will stop.

13           THE COURT:  How will it benefit other kids?

14           MS. KELLEY:  If it were true, for example, that the

15  only way to ensure that H.D. were dropped off at school on time

16  was to expedite this new routing system, then to comply with

17  that individual order, OSSE would have to do that.

18           THE COURT:  So you've got five plaintiffs, and if the

19  hearing officer says, you have to comply, you have to get this

20  child to school on time and home on time and within reasonable

21  period of time and you must comply with the IDEA, that

22  benefits -- maybe that benefits other kids that are on the same

23  bus, because that bus taking four autistic kids to XYZ school

24  now has to figure out a way to get there and get home on time.

25  But we're told there are 4,000 people in the class.  So

```
1    one-on-one, we're going to have these five, and another five,

2    and another five.  And that's not what we did in Petties.

3         In Petties we said you have such a failure here that

4    it's systemic and you have to fix it.  And in that case it had

5    gotten to such dire straights at that point that somebody had

6    to run the system.

7         But wouldn't -- to paraphrase Judge Tatel, wouldn't it

8    eviscerate the purpose of the IDEA to require individual

9    families to seek relief one-by-one-by-one only through the

10   administrative process, which really does not hold the District

11   of Columbia accountable on a broader scale?

12        I mean, Judge Tatel was the circuit, and in a number

13   of cases he spoke about systemic relief.  He said, basically,

14   in a number of cases that because 14, 15 -- what is it?  I2C3

15   says that when you come to court, the Court, first of all, can

16   take additional evidence -- and we might do that when we get to

17   the merits -- but the Court shall grant such relief as the

18   Court determines is appropriate.

19        And he took that language from the statute and said in

20   D.L., and there's another case besides D.L. that he wrote.  And

21   then there's some of my colleagues that have also spoken to

22   that:  Judge Lamberth in Deoda (ph) and Judge Friedman in

23   Petties.  And you have actually said, I think, in one of your

24   filings, I think to paraphrase you said we're not saying there

25   can never be systemic relief, but this is not the case for it.
```

1    Maybe you said in your earlier filing, but in 47-3 beginning on

2    page 6, I think I paraphrasing what you said.

3              MS. KELLEY:  Sorry?

4              THE COURT:  I don't have a question.

5              MS. KELLEY:  Yes, Your Honor.  And that is why I

6    started at the top of this with we're not saying systemic

7    relief is it impossible or inappropriate under the idea,

8    period.  That is not the argument.

9              I believe last time we were here, you recounted to us

10   even in *Petties* the District didn't want a receiver but maybe

11   kind of wanted a receiver.  Obviously, I wasn't there.

12             But I would also point to Charles H., which the

13   plaintiffs cite repeatedly.  In Charles H. the District did not

14   oppose the class.  We didn't even respond to the motion.  We

15   did not oppose the relief.  There are times when it is very

16   clear that that is necessary and that is better.  My point is,

17   this is not those cases, and that it's plaintiffs burden to

18   show the basics.  There has to be a violation of the law.  They

19   have to show an IDEA violation, and they have to show that

20   there is a need for relief and that it is narrowly tailored.

21             Our feeling is that in this case, unlike many cases

22   they cite to, D.L., for example, is about child find.  So there

23   the problem is, this isn't about implementation of the IEP,

24   this is about you don't even find these children so how could

25   there possibly be a challenge to the IEP.  Right?  That process

1  doesn't make sense.  Here, the plaintiffs have shown that they

2  can and did obtain what could be adequate relief.

3         And I will also note, I think Ms. Banner claimed an

4  inability to sort of get any sort of discovery or information

5  about OSSE's policies, but there were five due process hearings

6  where they had a right to call witnesses and examine them and

7  to request documents, and yet there is nothing in the record

8  still about the causes of this individual concerns or whether

9  there is a policy or practice that is high-level.

10        THE COURT:  But would the hearing officer have heard

11  from witnesses about system-wide systemic problems if he or she

12  felt they didn't have jurisdiction over those kinds of issues?

13        I mean, I can proffer experts on system-wide problems,

14  and the hearing officer says, that's great, but I'm not going

15  to hear from them.  I mean, that's what the plaintiffs are

16  saying would have happened.  So I think it's a problem.

17        I don't want to cut anybody off because we can go on

18  and on and on all afternoon.  I want to get the issues out here

19  that we haven't gotten out here last time or that have emerged

20  from the more recent filings or from my questions, obviously,

21  and my closer look and, I assume, your closer looks at the case

22  law, which, you know, is *Petties,* yes, but Judge Tatel in D.L.,

23  Judge Tatel in -- what's the other one --

24        LAW CLERK:  There are two D.L.s.

25        THE COURT:  There are two D.L.s, but there's at least

1    one other one that he wrote.  I thought I had it here.  Is this

2    his?  No, that's Judge Lamberth.

3            Well, Tatel wrote Reed, but that's not the one I was

4    thinking of.  Is there something that begins with a B that I'm

5    thinking of?

6            LAW CLERK:  B.D.

7            THE COURT:  B.D.  So I don't know, I don't want to cut

8    you off because this is really important, and I want I don't

9    want to cut Ms. Banner off, either, but I don't want to be

10   spinning our wheels.  And I also want to talk about class

11   certification.  So whatever anybody wants to say, you're

12   welcome.

13           MS. KELLEY:  Yes, Your Honor.  Since B.D. has come up.

14   B.D. adopts a very narrow interpretation of the IDEA cause of

15   action.  We rely on it a lot because we think it suggests,

16   right, that the plaintiffs have to be aggrieved and they're

17   not.  The reason is stated there.

18           But it also suggests, because it finds you can't bring

19   a compliance action under IDEA, that maybe there's some other

20   way of doing that.  And we touched on that in our motion.

21           So, again, we're not saying the things the plaintiffs

22   want to argue are impossible, we're just saying they have

23   failed to do it in the motion and the arguments in the way they

24   have brought it.

25           And the I just realized that sounds like I'm saying

1    they're right; I'm not.  We firmly believe that this case is

2    different on the ground from all those others because the kids

3    are, for the most part, being delivered on time.

4            So I will pass it over to Ms. Banner.

5            MS. BANNER:  I'll be brief, Your Honor, unless you

6    have specific questions.

7            First, if the District would like to offer all of our

8    clients private limos to get to and from school, I am sure they

9    would be very happy to take them up on that.  That is not what

10   has happened as a result of these cases.

11           As the declarations that have been submitted since the

12   initial PI have shown, all of the -- we have some declarations

13   that show that the plaintiffs have continued to receive

14   problems, and, indeed, have two more that the parties are

15   finalizing their positions on -- submitting from two more of

16   the named plaintiffs that they have continued to have problems.

17           And I think a fundamental disagreement between us and

18   the District in this case is whether or not we did receive

19   complete relief.  The District keeps saying that we received

20   complete relief and so we're seeking to enforce and we can't do

21   that and so that's what makes us different from all the other

22   class members and that's what means we don't have standing, et

23   cetera.  That is not what the record shows, and that is not

24   plaintiffs' position.

25           Plaintiffs' position is that we are not seeking to

1    enforce the hearing officer decisions; we are seeking the

2    relief we did not get at the administrative hearing level,

3    which was an order that OSSE change its policies and practices

4    so that individual students and the class that we are seeking

5    to represent receive the transportation services to which

6    they're entitled.

7            I want to echo what Your Honor said that the ability

8    to bring the systemic issues in the administrative forum was

9    not available, because, in fact, those claims were dismissed

10   before we got to hearing.  They were not dismissed at the end

11   of hearing; they were dismissed after pre-hearing orders.  So

12   they were not even at issue by the time we reached the hearing.

13           It's plaintiffs' position that, frankly, as soon as

14   they were dismissed, plaintiffs could have come to court and

15   had fully exhausted on those issues.  Of course, we continued

16   the individual hearings in this case.

17           So that fundamental difference, I think, is an

18   important one to name; that the plaintiffs here did not receive

19   full relief and are seeking full relief here.  So this is not

20   an enforcement action that would not be allowed under the B.D.

21   decision that we were just speaking of, but rather is a more

22   typical grievance because they did not receive all of the

23   relief to which they believe they are entitled.

24           And I do just want to loop back to the District's

25   position that this could somehow be fixed on a one-to-one

1    basis.  We can proffer that the declaration we will submit

2    today is from Ms. Robertson who is a client who did have a

3    relatively stable spring in terms of transportation for her

4    nephew.  When the summer started, the Division of

5    Transportation inexplicitly discontinued her private

6    transportation services and put him back on regular

7    transportation services without notice.  And she is -- two out

8    of ten days, so one-fifth of the days, of summer school the bus

9    has been late and has sent her nephew into severe anxiety

10   because of his disabilities which are detailed in her initial

11   declaration.

12        So we do understand that this is a case in which there

13   are pockets or windows where things seem to be working, but

14   then they stop working shortly thereafter.  So this isn't a

15   case that can be solved on sort of a one-to-one basis because

16   the problems continue to persist until those practice and

17   policies are changed.

18        In short, this is the right kind of case for systemic

19   relief.  If we could have fixed this on a one-on-one basis, we

20   wouldn't be here in court, our clients would be getting

21   consistent transportation, and that would have been the end of

22   the day.  But, in fact, the declarations consistently show that

23   that is not what's happening.

24        The parties have shown that the there is an IDEA

25   violation here as well as a violation of the antidiscrimination

1    laws, which we haven't spoken much about today, and the relief

2    is the appropriate, narrowly-tailored relief that will work

3    with the District to come up with a solution.

4            The last thing I'll say is it is not true that the

5    District didn't oppose the relief in *Petties* or in Charles H.

6    or in any of these other cases.  I do think that the District

7    eventually didn't challenge it once there had been many, many

8    rulings.  I think as Your Honor detailed last time, the

9    District accepted that receivership to avoid millions of

10   dollars of fines that had been levied against it.  So I think

11   it's not sort of appropriate to say that the District in those

12   cases agreed that it needed changes and sort of came to the

13   table in the first instance.

14           THE COURT:  Let me put it this way:  They ultimately

15   agreed.  I mean, the fines were imposed for other violations of

16   the IDEA, failure to pay private providers and things.  And

17   they accumulated it in the registry of the court.

18           The receiver -- I said this last time and have a very

19   clear recollection is that the chancellor or superintendent

20   agreed that the District could not settle the transportation

21   problems on its own and agreed from his knowledge or his

22   knowledge of people who worked with him that David Gilmore was

23   a perfect choice.  And the only thing they said was don't call

24   him a receiver because the mayor will go nuts.  I forgot which

25   mayor it was.  So they called him an administrator.

1          They came to that point when they realized that the
2     problem was really unsurmountable, not readily, not easily.
3     And the money was sitting there for other purposes.  And I
4     can't remember whether I originally came up with the idea or if
5     Mr. Gilmore came up with the idea of fixing buss and buying
6     buses and if we could find the money.  I said we can find the
7     money in the registry of the court if the District with the
8     supervision help of the administrator is willing to do that.
9     So it was easy.  It wasn't easy.

10          This is ancient history, but silly to let the money
11    sit here as a sanction when it could be used for useful
12    purposes that both the plaintiffs and defendants thought would
13    begin to solve the problem.

14          My only point is, that's not what motivated the
15    District at that time to agree to a transportation
16    administrator.

17          MS. BANNER:  I appreciate that, Your Honor.  I think
18    here my review of the testimony that's been submitted from
19    Dr. Grant in the spring, and even from Mr. Park's declaration,
20    does show that there is an acknowledgment that there are
21    problems that need to be fixed.  And again, we're not trying to
22    hold that against the District.  We want the improvement to
23    happen.  What our client is seeking is a changed system that
24    will allow them to receive transportation consistently and
25    safely and efficiently.

1          And we understand that the District does not agree in

2    this case but think that this kind of consultative help to

3    ensure that these changes don't continue to linger and can

4    happen with efficiency and expediency, a preliminary injunction

5    is the appropriate way to do that.

6          THE COURT:  Why don't we take ten minutes and then

7    we'll talk about class certification.

8      (A recess was taken at 2:58 PM)

9          THE COURT:  All right.  I think we are going to talk

10   about class certification next.

11         Ms. Warner is going to be silent today.

12         MS. BANNER:  I'm happy to talk.  With Your Honor's

13   indulgence, I just had two points I wanted to make about --

14         THE COURT:  Sure.

15         MS. BANNER:  -- preliminary injunctive relief before

16   we turn to it.

17         That is I understand from the District's argument and

18   your questions that the list of topics that we have asked the

19   consultant to take a look at seems long.  But in fact, in our

20   view that is what makes it narrowly tailored.  It is focused on

21   the issues that were raised by both our experts and the parent

22   declarations that are the things that we believe are causing

23   the failures, and that we believe we have shown are causing the

24   failures, to provide the related service of transportation.

25         So the specificity of the list is actually intended to

1    narrow the relief rather than having a broad set of relief that

2    allows the sort of unfettered access as the District was

3    saying.  So we think that that set of relief is the types of

4    things that the consultant will need to look at.  Of course, we

5    can consult with the District if there's particular ones that

6    are concerning.  But we did want to just raise that we believe

7    that that list is addressing the exact issues that were raised

8    by our clients in their administrative due process hearings and

9    by the parent declarations and the expert delirations that were

10   submitted in support of our PI.

11          On class certification, Your Honor, first I just want

12   to ask for leave.  I think as the Court contemplated at the

13   initial hearing to file a response to the District's

14   supplemental briefing that they filed just yesterday.  We

15   believe we can do that by Monday.

16          THE COURT:  This is the brief entitled Defendant's

17   Responses to the Court Questions About Class Cert, which is

18   Exhibit C to ECF 47 or docket 47-3?

19          MS. BANNER:  That's correct, Your Honor.

20          THE COURT:  Sure.

21          MS. BANNER:  I'm prepared to address it briefly today

22   but would like to reserve the right to respond in writing.

23          Ultimately, we don't think the District raised any new

24   arguments in that briefing and that we've addressed the points

25   on typicality and adequacy in our briefing and in our oral

1    argument.  In fact, a lot of arguments boil down to the same

2    discussion we were just having about whether or not the

3    plaintiffs do have claims because they were denied the relief

4    that they sought, or in the District's position, whether they

5    don't.

6         Of course plaintiffs' position is that they are

7    adequate and typical because they are experiencing the same

8    harms as the rest of the class that they seek to represent and

9    that they did not receive full relief in their administrative

10    hearings and so have the ability to act here as class

11    representatives and to bring the class claims.  But we're happy

12    to expound on that in our written briefs.

13         Also just wanted to note on the new notice that we

14    submitted, the new proposed -- excuse me, on the new proposed

15    class order that we submitted, the change that we made was not

16    with respect to the class definition, which we believe is

17    sound, but rather addressing Your Honor's questions about how

18    notice might be provided.  And if certification is granted,

19    depending on the type of order, we would just ask the Court for

20    leave to submit a plan on notice once we have the definition

21    order.

22         THE COURT:  So basically you would have me sign an

23    order that certifies the class under both (b)(2) and (b)(3),

24    all students with disability age 3 through 22, beginning March,

25    2022, and that you would explain the notice after that?

1          MS. BANNER:  That's correct.

2          THE COURT:  Now, is the class of people with

3     disabilities -- okay.  So it's students with disabilities age 3

4     through 22 who require transportation from D.C.?

5          MS. BANNER:  Correct.

6          THE COURT:  So last time you said that the number

7     which should be undisputed is about 4,000 students?

8          MS. BANNER:  That's right.  We are not, in this case,

9     challenging the decisions at the local education team level or

10    at the IEP meeting level about whether students need

11    transportation or not.  Our class consists of people for whom

12    the District has already determined need transportation and

13    then who are subject to the delivery of those services.

14         THE COURT:  So the issues really are -- unless

15    Ms. Kelley has a different view, the issues really are not

16    numerosity, but rather commonality, typicality, adequacy and

17    other things that come up on 23 (b)(3)?

18         MS. BANNER:  That's right, Your Honor.  We believe as

19    is in our brief and my colleagues argument a couple weeks ago,

20    a week and-a-half ago, that we meet all of those factors as

21    well.

22         I will say, Your Honor, that we are seeking relief

23    under (b)(2) and (b)(3) here.  For the preliminary injunctive

24    relief, it would only be the (b)(2) class.  So Your Honor also

25    have the option to defer on the (b)(3) certification if it is

1    being issued in conjunction with, for example, a preliminary

2    injunction, because the (b)(2) is the injunctive relief, of

3    course, and the (b)(3) deals with the compensatory education.

4    We have collectively briefed both the (b)(2) and (b)(3), but I

5    wanted to also make a note of that here.

6            THE COURT:  Okay.

7            So, Ms. Kelley, I guess it's up to you to say what you

8    want to say.  And while you're on your feet, you can say

9    anything else from her earlier argument.

10           MS. KELLEY:  I would like to recite a poem.  I'm just

11   kidding.

12           I also have a comment on the PI since it was raised

13   again.  Ms. Banner, I think jokingly said that the plaintiffs

14   would love to have an individual hearing officer order them to

15   have a private limo, and I'm not suggesting they go back, but

16   that is something hearing officers have ordered in individual

17   cases.  Some students IEP say this child should be transported

18   via private route for such and such a reason because that is

19   the case that those students made, and it is solved on a

20   one-on-one basis.

21           Which brings me back to the point at the very high

22   level that they are just not entitled, even though it may seem

23   like there's a problem and the people on the other side and the

24   people on this side want to see a better system, there's no

25   free-standing entitlement to change the system.  If you can get

1    relief for your problem, there's nothing that says you have a
2    right to go to federal court and be a class representative or
3    seek broader changes.  The plaintiffs have to connect the dots.
4    They have to identify a legal violation.

5            And I'll just point back to communications as one of
6    the issues that is described at length in their motion.  And we
7    said in our opposition, where does it say here that the failure
8    to provide a parent text system is a violation of any law.

9            I don't believe they've ever responded to that.

10           THE COURT:  You're talking about the breadth of the
11   preliminary injunction order?

12           MS. KELLEY:  Yes, Your Honor.

13           Similarly with the supplemental declarations that
14   they've submitted, they've pointed to additional problems.  And
15   we haven't investigated every incident, but, yes, the buses are
16   sometimes still late.  That doesn't always mean that it's a
17   denial of FAPE.  It has to be more than a few times, there's a
18   question of ratio, there's a question of how long.  There's a
19   legal standard, and they haven't argued it for any of these
20   supplemental declarations or any of these, as I said,
21   smorgasbord of issues.

22           I will stop there and turn to the class order.  So as
23   to numerosity, our argument -- there's a couple of points.  We
24   are arguing that plaintiffs failed to show numerosity.  In part
25   because in in re White, the 2023 D.C. Circuit decision I handed

```
1    up last time, the Court explained that if the class is defined

2    in a way such that when you reach final judgment, the number

3    might be zero, it's not a proper class.  And so when I look at

4    their definition, and it includes all students, they think

5    there's 4,000, who experienced defendant's failure to provide

6    safe, reliable and appropriate transportation, I don't know

7    what that means.  And I believe we said in our opposition, I

8    think that means a violation of the law of some sort.

9            If that's the definition and the District wins at the

10   end of the day, then nobody is in the class and nobody is bound

11   by the decision.  And the D.C. Circuit has said that's

12   improper.

13           I would also submit if we just cut that second half

14   off and --

15           THE COURT:  Second half of what?

16           MS. KELLEY:  I'll say it more clearly.

17           If this were to be revised to be just all students who

18   require transportation in their IEP, you wouldn't have that

19   failsafe problem, but it would certainly be overbroad

20   because --

21           THE COURT:  What is the failsafe problem?

22           MS. KELLEY:  The failsafe problem is where if the

23   defendants win, nobody is bound by the decision.

24           THE COURT:  Nobody's what?

25           MS. KELLEY:  There's nobody in the class.
```

1          THE COURT:  This comes from this White opinion?

2          MS. KELLEY:  In re White.

3          THE COURT:  Yeah, I read it.  I didn't understand it.

4    I don't understand where the failsafe comes from.  Is it in

5    Rule 23?

6          MS. KELLEY:  No.  So other circuits and some district

7    courts here use that term, failsafe.  And the D.C. Circuit said

8    don't use that term, it's not in Rule 23.  But the logic

9    applies in the context of numerosity, because when the Court is

10   considering whether the class is numerous within the meaning of

11   Rule 23, it has to look at what happens if the defendant wins.

12   Is the class bound by the decision.

13          And if the class is defined to include only people who

14   have valid, legal claims, the class is zero.  And the point of

15   a class action is to sort of finally decide something for a

16   large group of people.  And if the plaintiffs are never bound

17   by it because they define their class in a way that if they

18   win, they win and if they lose, they win, that is a failsafe

19   class or a class that is not numerous within the meaning of

20   Rule 23.

21          THE COURT:  I'll read it again.  I won't say I didn't

22   understand it.  I usually find him quite understandable and

23   rational.

24          MS. KELLEY:  Yes, Your Honor.

25          Otherwise I'll just agree with Ms. Banner that we did

1    not intend to raise new arguments in our supplemental briefing.

2    We think we just explained again, in a slightly different way,

3    the points we tried to make in our opposition.  And yes, it

4    also does boil it down to this question of have these

5    individual plaintiffs already gotten relief in some way.  And

6    additional review of case law on typicality and adequacy,

7    there's not a lot of fact patterns like this, maybe because

8    it's not usual for plaintiffs who get relief through

9    administrative procedures to then go to federal court.

10          Maybe the easiest way to look at this is they want to

11   respect a (b)(3) class for kids who they think should get

12   compensatory education.  They already got compensatory

13   education.  I haven't heard anybody, anywhere, in any briefing

14   say that they want different or more or compensatory education

15   for things that happened after their hearing officer decision.

16          I think the case law is very clear that if you have

17   the relief -- if you already have the relief, you're not a

18   typical or adequate plaintiff to represent a class of people

19   who don't have that thing.  And it's most clear on the (b)(3)

20   point, but we think it's also true for (b)(2), there may be

21   some ambiguity about whether the plaintiffs think the relief

22   they got was really adequate but the burden is on them to show

23   that it wasn't.  And we submit they have not.

24          I'll stop there.  If the Court has any questions, I'd

25   of course be happy to answer them.

1        THE COURT:  I don't have any questions.  Anybody else
2    want to say anything about anything?
3        MS. BANNER:  One moment, Your Honor.
4        MS. WARNER:  I decided I didn't want to be a potted
5    plant today, Your Honor.
6        THE COURT:  Not everybody gets that.
7        MS. WARNER:  There's clearly a very fundamental
8    difference going on in this courtroom.  The District admits
9    that it has serious flaws in its transportation system for
10   children with disabilities.  It has admitted that in its
11   papers.  Counsel has admitted it in two arguments.  At the same
12   time the District says it's not a systemic problem, and the
13   District's bottom-line position is the only remedy here is for
14   these families to go back to five hearing officers, five
15   hearing officers for however many of the 4,000 members of this
16   class who have this problem, and clearly there are many.  We
17   have at least on a basic level shown that.  Go back to five
18   hearing officers who apparently believe they don't have
19   jurisdiction to order systemic relief and only order specific
20   relief for these five families, who several of them have
21   already provided further declarations that they're still
22   experiencing problems.
23       So we have a very practical issue here.  I go back to
24   what I said when we appeared before the Court on July 11.
25   Judge Tatel had a very specific point:  How else do you deal

1   with this problem.

2          So the result of this litigation has been that the

3   District has come forward with what it calls a plan.  We do not

4   believe that is a plan.  It is a goal.  It is an admirable

5   goal, but it is a goal with no urgency.  It apparently looks

6   like it's a three-year goal.

7          So we have competing problems here.  We believe it is

8   clear from the arguments that Ms. Banner has made today and in

9   our papers that this is, indeed, a systemic problem that can

10  only be solved by injunctive relief.

11         We now meet the District's argument that our

12  injunction order still is too broad.  Your Honor, we tried very

13  hard to come up with something that was tailored so that the

14  Court would feel comfortable to issue an injunction here,

15  because it is abundantly clear that otherwise this problem will

16  continue, through this semester and next semester.

17         So what we have tried to do is to come up with what we

18  thought was a practical, fair, sensible and reasonable

19  solution:  Order an expert to work with the District, not to

20  tell the District what to do but to work with the District on

21  those specific bullet points that go specifically to the

22  evidence that's before the Court as to the systemic problem

23  here, and see if there can be a real plan.  That is well within

24  the Court's jurisdiction, ability in a narrowly-tailored

25  injunction that goes specifically to what we have presented as

1    proof of the issues here.

2            And then secondly, we asked for there to be an order

3    requiring data, data that is fundamental to a solution here.

4    Otherwise, we cannot get the data.  The District has not

5    provided the data.  The data goes to this fundamental problem I

6    mentioned last time.  This is an issue of timeliness, of

7    personnel and equipment, and ultimately it can be fixed by a

8    routing approach that makes the most sense.

9            So we believe that the injunction order that we have

10   provided, the revised one, is tailored and goes -- and is

11   supported by the evidence that's before the Court.  But to say

12   in the end that there's no solution in this courtroom and

13   there's no solution with these five hearing officers means that

14   these families are simply not being given what the law requires

15   the District of Columbia to provide to them:  Related services,

16   transportation so that they have a free, appropriate public

17   education.  That's what we try to do in this order.  We believe

18   that we have done it and we have met our burden to show

19   likelihood of success on the merits.

20           Thank you.

21           THE COURT:  All right.  Ms. Kelley, do you want to say

22   anything else?

23           MS. KELLEY:  Thanks so much for continuing to hear us

24   out.

25           We do not agree that the system is broken.  We do not

1    agree that there is a systemic problem that is present and in

2    need of urgent changes or an expert report.  We do agree that

3    in the 2022/2023 school year there was a crisis.  It was caused

4    by a labor shortage coming off the end of the pandemic and also

5    an attempt to make things better with a new routing system.

6    And those things combined indisputably caused a lot of problems

7    for a lot of people, and OSSE has been very open about that

8    with the council, with individual plaintiffs who are on

9    stakeholder councils.  We have open ears and we have spent

10   years trying to address the issue.

11          Ms. Warner said, again, it can be fixed by a routing

12   approach that makes the most sense.  And I recall last time

13   here her saying, the problem is routing.

14          And I said, Your Honor, where in the record does it

15   say the problem is routing.

16          And I am telling you based on what we have put into

17   the record and extensive conversations with OSSE, we don't

18   believe the problem is routing.  Routing could be better, yes.

19   The bigger problem has been labor, and OSSE has been moving

20   with urgency, with somewhat extraordinary urgency, issuing

21   emergency procurements, pulling up six new vendors last year,

22   expanding it, more than doubling the funding.  We do believe

23   that this will make the system even better and that plaintiffs

24   have failed to show what the problem is or that it is systemic

25   or that the Court should do anything in particular.

```
1              And I will contrast that with the thing that they have
2    actually asked you to order, which is some months-long expert
3    process where we get unknown recommendations at the end of the
4    day.  That, to me, does not sound like urgency or a plan or a
5    goal.  That sounds like we just want to see what happens, and
6    we're hoping that this person can fix it.
7              We have submitted a plan, and respectfully, it has
8    dates, it has real things that are happening today.  And I
9    don't understand why the plaintiffs discount that.
10             So I'll stop there.
11             THE COURT:  You mentioned problems in the 2022/2023
12   school year.  What about in the 2023/2024 school year that's
13   just ended?
14             MS. KELLEY:  Well, as explained in the Park
15   declaration, we think that performance indicators were
16   significantly better.  We do point to this metric --
17             THE COURT:  They were better in 2023/2024?
18             MS. KELLEY:  Significantly.  Yes, Your Honor.
19             We point to the on-time terminal departure metric that
20   plaintiffs don't like but we think that it shows, again, if the
21   bus is leaving on time, there is a driver.  So it's not a labor
22   problem.  There's an attendant, there's a bus, et cetera.
23             In the January of 2023 when this sort of the peak of
24   the crisis, those on-time departure rates were in the low 80s.
25   They weren't good.  All of last year they have been in the high
```

1    90s.  Meaning that -- I can point to it in our briefing over

2    there, but we have reported to the council and to the Court

3    that more than 95 percent of buses are leaving the terminal on

4    time, and that is significantly better, absolutely, than in the

5    2022/2023 school year.

6          THE COURT:  Is that departure rates in the morning

7    from home or departure rates in the afternoon taking students

8    home?

9          MS. KELLEY:  From the terminal in the a.m. and p.m.

10   both stats are reported.

11         We also reported hard numbers about increases in

12   staffing and incentive programs to get more people to not call

13   out.  It's a supply and demand issue.  The demand for services

14   has increased over the last few years and the supply of drivers

15   has decreased, and we have done concrete things that have made

16   that better.  And as stated in the declaration:  Concretely,

17   for real, happening in the next two weeks, there will be more

18   private routes to fill what was a gap last year.

19         THE COURT:  I have one totally unrelated question.

20   Throughout your briefing you say, the plaintiffs have failed to

21   identify a single or uniform policy or practice that bridges

22   all their claims.  And then you say, they seek systemic relief.

23         Is there a difference between a policy and practice

24   and systemic relief?  I mean, is it a policy and practice for

25   which systemic relief is being sought, or are they synonymous

```
1    or what?  Maybe your team isn't ready to tell me that yet.  But
2    I just realized that I'm not sure whether I'm dealing with two
3    separate concepts that somehow relate to each other or whether
4    you're using them sort of interchangeably.
5            MS. KELLEY:  An excellent question.  We think that the
6    plaintiffs conflate the term and use it both to describe
7    systemic in the sense of "on behalf of all the other people in
8    the system," the class aspect, and systemic meaning "there is
9    something that is wrong," like the doors to the school are
10   locked and therefore no one can get in, right, something that
11   is a central problem.
12           And so we have sort of mimicked their use of it, but
13   they should be separated.  We think that they think they're the
14   same thing and that somehow they must somehow be able to get
15   relief for anybody in the system by changing the system.
16           THE COURT:  I just want to get the semantics right and
17   see if we're all on the same page, which is -- maybe I'll ask
18   them.  Are they alleging that -- I don't know where the phrase
19   has come from.  Is it there's an alleged policy or practice
20   that calls out for systemic relief, i.e., that is their
21   position, and your position that they failed to identify the
22   policy or practice that bridges all their claims and therefore
23   they're not entitled to systemic relief?  Is that an analytical
24   way to think about it, or are they being used by both sides,
25   advertently or inadvertently, interchangeably?
```

1          It would be nice if everybody were on the same page.

2     If you're not able to answer that today, that's fine.  If you

3     are, my law clerk and I would like some clarification.

4          MS. KELLEY:  We think that they think it's both class

5     and there's some kind of centralized problem that affects

6     everyone.  And we think they have failed to show a right to

7     relief in either sense.  They haven't in the class sense shown

8     that there is some common problem shared by all 4,000 people

9     who have IEPs that could be remedied by a common order, largely

10    because there isn't -- there doesn't seem to be any centralized

11    systemic thing, one thing, that the District is doing that

12    could be changed to fix the harm for the whole class.

13         THE COURT:  Okay.  Do you want to weigh in on that

14    one, Ms. Banner, before you call it a day?

15         MS. BANNER:  I will just answer that one question.

16    And I think maybe what's helpful is to think about these terms

17    as coming from different sources of law.  So I think the idea

18    of identifying a policy or practic, a singular policy or

19    practice, is a class concept.  That comes from *Walmart*, and as

20    interpreted by Judge Tatel in D.L. as we've talked about today,

21    plaintiffs believe that they have identified that policy or

22    practice, which is the failure to implement transportation

23    services for the entire class and that the injunction that we

24    are seeking seeks the various ways to impact that.  Right?  So

25    just the way that in D.L., for example, there were a failure to

```
 1    have a smooth transition of students from part C services to
 2    part B services, so the very youngest children into sort of
 3    traditional pre-K3 to high school education.  There are sort of
 4    different elements that needed to happen for a student to have
 5    a smooth transition, but they weren't each separate legal
 6    violations.  The legal violation was the failure to provide
 7    that.
 8             Then I think the systemic -- or we might think of it
 9    as structural -- language comes from a string of IDEA cases
10    that find that parents have the right to seek, and judges have
11    the right to order as appropriate relief with broad discretion,
12    structural or systemic relief when problems are not
13    individualized.  It's not about what does this one student need
14    to meet their disabilities or to receive FAPE but when there's
15    some break down in the system that's supposed to provide
16    services.
17             So I would direct the Court to Judge Tatel's final
18    decision in the D.L case which is at 860 F.3d 713, and then the
19    pen cite is on 731, it's the conclusion of the case, where he
20    says no doubts remedial provision authorize the courts to grant
21    such relief as they determine is appropriate.  For decades
22    courts across the country have done just that, ordering or
23    approving structural relief when IDEA violations require it.
24    We submit here that the IDEA violations that have denied our
25    individual plaintiffs and the class the seek to represent,
```

```
1   FAPE, do require such structural changes.
2           And the last thing I'll say is I don't think the
3   structural or systemic claims are just on behalf of other
4   people.  That's another point I think on which the District and
5   question disagree and which the record will show we
6   consistently sought them on behalf of our individual clients.
7   Not instead of other people.  Our clients need that relief to
8   get the relief they're seeking and they're also seeking that on
9   behalf of others.  It's not just on behalf of others.
10          THE COURT:  So basically, and my last question, policy
11  or practice comes from Rule 23 in *Walmart*?
12          MS. BANNER:  Correct.
13          THE COURT:  And systemic relief or system wide relief
14  or structural relief comes from the IDEA line of cases you're
15  relying on?
16          MS. BANNER:  That's correct.
17          THE COURT:  Anybody else want to say anything?  If
18  not, okay.
19          I'm going to deny the motion for preliminary
20  injunction.  I don't think that the plaintiffs have made out
21  their case for a preliminary injunction.  Certainly not a
22  likelihood of succeeding on the merits of everything that
23  they're asking for.  I also think that the proposed order is
24  not narrowly tailored and too broad.  And to do all of this
25  within 14 days is unrealistic, and that some of the things in
```

1    the long order in paragraph with all the bullet points find no

2    basis in the IDEA or Section 504 at this point.  And whether or

3    not they might be prophylactic measures at some point, if the

4    problems are so substantial that -- on the merits or through a

5    resolution of the case by settlement some of those things might

6    make sense.  But appointing an expert at this point to do all

7    of these things, I'm not sure where that comes from.  The time

8    frames within this order are unrealistic.  And at this point,

9    in terms of the preliminary injunctive relief, I am informed in

10   that decision by the second supplemental declaration of

11   Mr. Park.  It seems to me that the plaintiffs say it's not

12   really a plan, it's aspirational in its goals.  And it's both,

13   really.  It has deadlines, it has a commitment of funds.  It

14   has at the very least milestones to do certain things.  Some of

15   which dates have already passed and therefore one can look to

16   see -- he wouldn't have said it if it hadn't happened in

17   June 2024 under oath.  Things are happening right now in July

18   of 2024.  Other things are happening in July and August before

19   the new school year begins, and if they don't, then his plans

20   and the plans of OSSE will have failed.  And we'll know that as

21   we move into the remaining days of July and August before the

22   school year begins.  He in paragraph 17 and 18 talks about the

23   specific commitment of funds for fiscal year 2025 which

24   begins -- not school year 2025, the fiscal year begins October

25   of 2024.  So we shouldn't be miss led by the 2025, that's the

```
1   fiscal year, which means in October 2024.
2           With respect to the routing and GPS system, yes,
3   that's longer range, but for fiscal year 2025's capital budget
4   $3.2 million across three years, but nevertheless, and he
5   details what progress will be made in the short-term as well as
6   the kinds of things that will take place in the longer-term.
7   Some things by the end of July.  Some things by August.  Others
8   not until April or later.  The same with manual data
9   collection.  New terminal openings will be open in 2024/2025.
10  So for all of these reasons I don't think a preliminary
11  injunction is appropriate, and I don't think the plaintiffs
12  have made a case for one.  I do think it would be useful as we
13  go forward in this case.  Now, it may be that as we go forward
14  in this case -- I don't know if anything can be accomplished by
15  summary judgment in view of some of the things that have been
16  said in some of the IDEA cases.  Maybe the District will want
17  to move to dismiss either some portions of claims or some of
18  the plaintiffs, but we may wind up unless the case is resolved
19  through better mutual understanding and conversations and
20  agreements actually needing a trial where we're going to have
21  evidence and all that stuff.  We can expedite it if people
22  think that's appropriate, I suppose.
23          What I do think would be useful, and which I did in
24  Petties as well, is to have periodic status conferences to see
25  how things are going.  Not just status conferences with respect
```

1    to steps in litigation, but status conferences for the District

2    to report -- I'm assuming there will be conversations going on

3    between the parties, but also status conferences to report to

4    the Court about what's going on as we get close to the upcoming

5    school year and early part of the school year to see how things

6    are going.

7            As to the class certification question, there will be

8    some further briefing I guess next week or so, and I will just

9    take that under advisement.  We can go back and forth with

10   briefs forever, but if the next brief is the final brief, tell

11   me the next brief is the final brief.  Or if the other side

12   feels the need to submit something, fine.  If either side wants

13   to -- we have a proposed order from the plaintiffs on class

14   certification.

15           So I don't know what else to suggest other than finish

16   the filings and class certifications so we can deal with that,

17   set a status conference to see how things are going at the end

18   of August and file an answer to the -- I guess we have to

19   certify class, or not, before you file an answer to the

20   complaint, I'm not sure, or motion to dismiss.  So I guess the

21   next thing, unless anybody thinks otherwise, other than the

22   status conference is for me to decide the class certification

23   motion when it's ripe.

24           Anything anybody wants to say before we look at our

25   calendars?  If not, how's the week of August 26th?

1          MS. BANNER:  Your Honor, I believe -- I'm just
2    checking the calendar.  I believe the 26th is the first week of
3    school for DCPS.  I'm wondering if it would make sense to set
4    it either before that or the week after rather than the week
5    of.
6          THE COURT:  The week before that, I'm not going to be
7    available.  So I'm available the week of the 26th or the week
8    of September 2, other than Labor Day, I guess.
9          MS. BANNER:  I think the week of September 2nd would
10   be preferable.  It may also be preferable for defendants,
11   because I know the first week there's often -- not just
12   transportation, but it's a busy week for everybody in the
13   school system, I understand.
14         MS. KELLEY:  The week of Labor Day is fine for a
15   status conference.
16         THE COURT:  So we've been doing it at 2:00, I guess,
17   to make sure we have enough time.  What day do you like?  Maybe
18   not the day after Labor Day, but the 4th, the 5th or 6th.
19         MS. BANNER:  The 3rd, 4th, a 5th would be preferable
20   for plaintiffs.
21         THE COURT:  Tanya?  The 4th.  The afternoon of the
22   4th.  Wednesday, September 4th at 2:00, and we'll try to
23   resolve the class certification question.
24         MS. KELLEY:  If I may on scheduling, my colleague has
25   reminded me that we noted in our supplemental filing it might

1    be more efficient to decide a possible motion to dismiss before

2    the class briefing.  We think, for example, the plaintiffs have

3    failed to state disability discrimination claims.  There was a

4    discussion last time, and there will be issues.

5             THE COURT:  Let's do this then, let's set a motion --

6    a schedule for the motion to dismiss.  You propose a date to

7    file the motion.

8             MS. BANNER:  Do we want to consult on a schedule for

9    the briefing and submit it to the Court?

10            THE COURT:  Sure.  Why don't we do this.  Let's do

11   this:  September 4th, we'll set a status conference at 2:00.

12   You'll meet and confer about a schedule for a motion to

13   dismiss.  Depending upon the schedule, we can set another day

14   for an argument on it, or we can do it on the 4th, depending on

15   what your schedule is.  And would you also talk about whether

16   you agree that I should hold off on class certification?  You

17   don't have to decide right this minute, but as long as we're

18   talking scheduling anyway.

19            MS. BANNER:  We can discuss that and submit our

20   positions if we don't agree.

21            THE COURT:  That's a good plan.  So what's today?

22   Today is Tuesday.  Today is Tuesday.  So do you want to file

23   something next week on your proposed, hopefully agreed-upon

24   schedule?

25            MS. BANNER:  That sounds fine.

1          MS. KELLEY:  Yes, Your Honor.  Say a week from today

2     to file -- July 30th to file an agreed-upon schedule for the

3     motion to dismiss.  And if you want to say anything about

4     holding off on the class cert, if somehow that might affect the

5     September 4th day, you can put all that in your discussions.

6          MS. BANNER:  Thank you, Your Honor.

7          MS. KELLEY:  Thank you, Your Honor.

8          THE COURT:  Thanks.

9      (Proceedings concluded at 3:55 PM)

C E R T I F I C A T E

I, Stacy Johns, certify that the foregoing is an

accurate transcription of the proceedings in the

above-entitled matter.




/s/ Stacy Johns                    Date: July 26, 2024

Stacy Johns, RPR, RCR
Official Court Reporter

COURTROOM
DEPUTY: [1] 3/2
LAW CLERK: [2] 28/24
29/6
MS. BANNER: [32] 3/8
4/19 5/11 5/21 14/23
17/11 18/23 19/23 21/7
22/12 24/5 30/5 34/17
35/12 35/15 36/19
36/21 38/1 38/5 38/8
38/18 44/3 51/15 53/12
53/16 57/1 57/9 57/19
58/8 58/19 58/25 59/6
MS. KELLEY: [33] 3/15
6/5 7/23 9/24 10/22
12/10 13/18 14/11
14/14 14/22 24/6 25/14
27/3 27/5 29/13 39/10
40/12 41/16 41/22
41/25 42/2 42/6 42/24
46/23 48/14 48/18 49/9
50/5 51/4 57/14 57/24
59/1 59/7
MS. WARNER: [4] 3/6
9/8 44/4 44/7
THE COURT: [63]

$
$10.5 [1] 8/11
$10.5 million [1] 8/11
$3.2 [1] 55/4
$3.2 million [1] 55/4
$400 [1] 10/11
$6 [1] 8/10
$6 million [1] 8/10

'
'25 [1] 9/2

/
/s [1] 60/8

1
10.5 million [1] 9/5
10100 [1] 1/24
11 [1] 44/24
14 [3] 8/7 26/14 53/25
14th [1] 11/16
15 [2] 6/21 26/14
17 [3] 9/16 12/14 54/22
18 [2] 9/1 54/22
180 [1] 7/9
1:24-cv-00656-PLF [1]
1/5

2
20001-2703 [1] 1/25
20005 [2] 1/17 1/20
2022 [1] 37/25
2022/2023 [3] 47/3
48/11 49/5
2023 [6] 16/1 40/25
47/3 48/11 48/23 49/5
2023/2024 [2] 48/12
48/17
2024 [9] 1/6 16/1 48/12
48/17 54/17 54/18

24/25 55/1 60/8
2024/2025 [1] 55/9
2025 [4] 54/23 54/24
54/25 55/9
2025's [1] 55/3
22 [3] 20/15 37/24 38/4
23 [7] 1/6 38/17 42/5
42/8 42/11 42/20 53/11
24-656 [1] 3/2
26 [1] 60/8
26th [1] 56/25
26th is [1] 57/2
26th or [1] 57/7
2703 [1] 1/25
2:00 [4] 1/6 57/16
57/22 58/11
2:58 [1] 35/8
2nd would [1] 57/9

3
30 percent [1] 8/14
300 [1] 22/13
31-7 [1] 17/14
3:55 [1] 59/9
3rd [1] 57/19

4
4,000 [5] 25/25 38/7
41/5 44/15 51/8
400 [2] 1/24 7/11
47 [1] 36/18
47-3 [2] 27/1 36/18
4th [7] 57/18 57/19
57/21 57/22 58/11
58/14 59/5

5
500 [1] 1/20
504 [1] 54/2
5th or [1] 57/18
5th would [1] 57/19

6
6.5 million [1] 9/3
656 [1] 3/2
6th [1] 57/18

7
700 [1] 1/16
713 [1] 52/18
731 [1] 52/19

8
80s [1] 48/24
860 [1] 52/18

9
90s [1] 49/1
95 [1] 49/3

A
a.m [1] 49/9
ability [5] 20/20 20/25
31/7 37/10 45/24
able [8] 4/20 18/16
20/12 22/2 22/25 23/21
50/14 51/2
about [58] 4/13 5/5

5/10 5/12 5/18 5/23
5/24 6/7 6/23 6/25 9/16
10/19 10/20 11/23 13/6
14/12 15/16 15/24 18/8
18/9 21/12 21/14 23/22
24/1 24/4 24/16 26/13
27/22 27/23 27/24 28/5
28/8 28/11 29/10 33/1
35/7 35/10 35/13 36/17
37/2 37/17 38/7 38/10
40/10 43/21 44/2 47/7
48/12 49/11 50/24
51/16 51/20 52/13
54/22 56/4 58/12 58/15
59/3
above [1] 60/5
above-entitled [1] 60/5
absolutely [1] 49/4
abundantly [1] 45/15
accepted [1] 33/9
access [5] 16/24 21/21
21/22 23/18 36/2
accomplished [1]
55/14
accountable [2] 16/14
26/11
accumulated [1] 33/17
accurate [1] 60/4
acknowledged [2]
15/25 16/5
acknowledgment [1]
34/20
across [2] 52/22 55/4
act [1] 37/10
acted [1] 16/4
action [6] 1/4 3/2 29/15
29/19 31/20 42/15
actually [8] 4/5 9/1
11/19 17/15 26/23
35/25 48/2 55/20
ADA [1] 20/1
add [1] 10/18
addition [1] 8/10
additional [8] 3/23 3/25
8/11 9/5 24/19 26/16
40/14 43/6
address [4] 13/15 16/4
36/21 47/10
addressed [2] 20/24
36/24
addressing [4] 16/16
16/17 36/7 37/17
adequacy [1] 36/25
adequate [4] 28/2 37/7
43/18 43/22
administrate [1] 20/12
administrative [11]
17/12 17/14 18/2 20/2
20/6 26/10 31/2 31/8
36/8 37/9 43/9
administrator [3] 33/25
34/8 34/16
admirable [1] 45/4
admits [1] 44/8
admitted [3] 16/12
44/10 44/11
adopting [1] 16/11

adopts [1] 29/4
advantage [1] 22/1
advertently [1] 50/25
advice [2] 23/8 24/22
advisement [1] 56/9
affect [1] 59/4
affects [2] 13/9 51/5
affidavit [2] 9/1 9/15
afford [1] 21/2
after [8] 3/24 4/20 7/9
31/11 37/25 43/15 57/4
57/18
afternoon [8] 3/6 3/8
3/15 3/19 4/19 28/18
49/7 57/21
afternoon's [1] 13/17
again [15] 10/14 11/13
19/8 20/9 21/9 22/20
24/3 24/25 29/21 34/21
39/13 42/21 43/2 47/11
48/20
against [3] 18/2 33/10
34/22
age [2] 37/24 38/3
aggrieved [2] 29/16
ago [3] 7/19 38/19
38/20
agree [9] 12/10 34/15
35/1 42/25 46/25 47/1
47/2 58/16 58/20
agreed [6] 33/12 33/15
33/20 33/21 58/23 59/2
agreed-upon [2] 58/23
59/2
agreements [1] 55/20
aided [1] 2/5
al [2] 1/4 3/3
all [34] 3/20 11/14 12/5
14/16 14/17 18/12
18/13 18/25 24/6 26/15
28/18 30/2 30/7 30/12
30/21 31/22 35/9 37/24
38/20 41/4 41/17 46/21
48/25 49/22 50/7 50/17
50/22 51/8 53/24 54/1
54/6 55/10 55/21 59/5
alleged [1] 50/19
alleging [1] 50/18
Allen [1] 6/23
allow [3] 11/6 23/10
34/24
allowed [3] 19/25 20/8
31/20
allowing [1] 23/13
allows [1] 36/2
alone [1] 11/11
along [1] 11/3
already [7] 23/22 38/12
43/5 43/12 43/17 44/21
54/15
also [33] 3/9 3/10 4/4
4/6 5/8 6/1 6/21 7/7
7/20 17/23 21/23 22/8
23/16 24/3 26/21 27/12
28/3 29/10 29/18 37/13
38/24 39/5 39/12 41/13
43/4 43/20 47/4 49/11

53/8 53/23 56/3 57/10
58/15
although [1] 21/11
always [1] 40/16
am [3] 30/8 47/16 54/9
ambiguity [1] 43/21
analytical [2] 12/25
50/23
ancient [1] 34/10
another [8] 7/11 11/23
14/21 26/1 26/2 26/20
53/4 58/13
answer [6] 21/20 43/25
51/2 51/15 56/16 56/19
antidiscrimination [1]
32/25
anxiety [1] 32/9
any [19] 4/14 4/15
11/14 11/20 14/16
15/13 17/7 18/11 24/2
28/4 33/6 36/23 40/8
40/19 40/20 43/13
43/24 44/1 51/10
anybody [8] 28/17
29/11 43/13 44/1 50/15
53/17 56/21 56/24
anything [14] 10/18
11/2 11/10 14/7 14/11
39/9 44/2 44/2 46/22
47/25 53/17 55/14
56/24 59/3
anyway [1] 58/18
anywhere [1] 43/13
apparently [2] 44/18
45/5
appearances [3] 1/13
2/1 3/5
appeared [1] 44/24
applies [1] 42/9
apply [1] 14/17
appointing [1] 54/6
appreciate [6] 4/22 7/4
7/14 21/9 22/20 34/17
approach [3] 3/4 46/8
47/12
appropriate [11] 19/4
26/18 33/2 33/11 35/5
41/6 46/16 52/11 52/21
55/11 55/22
approving [1] 52/23
April [2] 7/8 55/8
Arc [1] 3/12
are [101]
argue [2] 20/16 29/22
argued [3] 13/25 19/10
40/19
arguing [2] 24/7 40/24
argument [13] 15/23
18/11 19/18 20/3 20/22
27/8 35/17 37/1 38/19
39/9 40/23 45/11 58/14
arguments [9] 13/6
14/17 21/8 29/23 36/24
37/1 43/1 44/11 45/8
around [2] 16/9 19/2
arrive [1] 15/17
articulated [1] 18/24
as [56] 6/2 6/9 6/17

Case 1:24-cv-00656-PLF Document 52 Filed 07/25/24 Page 62 of 71

## A

**as... [53]** 6/17 7/22 8/9
10/8 11/24 12/18 13/14
13/23 14/16 14/17
14/18 17/17 21/25 23/7
23/7 26/17 30/10 30/11
31/13 31/13 32/25
32/25 33/8 34/11 36/2
36/12 37/8 37/10 38/18
38/20 40/5 40/20 40/22
45/22 45/25 48/14
49/16 51/17 51/19
51/20 52/9 52/11 52/21
54/20 55/5 55/5 55/12
55/13 55/24 56/4 56/7
58/17 58/17
**ask [9]** 11/23 11/24
17/2 19/16 19/19 19/20
36/12 37/19 50/17
**asked [9]** 17/3 17/5
18/9 18/12 18/13 18/20
35/18 46/2 48/2
**asking [3]** 11/10 12/8
53/23
**aspect [1]** 50/8
**aspirational [1]** 54/12
**assertion [1]** 23/2
**assign [1]** 24/17
**assume [1]** 28/21
**assuming [2]** 18/8 56/2
**attachment [1]** 4/6
**attempt [1]** 47/5
**attendance [1]** 9/20
**attendant [1]** 48/22
**ATTORNEY [1]** 1/23
**August [5]** 54/18 54/21
55/7 56/18 56/25
**authorize [1]** 52/20
**autistic [1]** 25/23
**available [5]** 19/21 20/2
31/9 57/7 57/7
**avoid [1]** 33/9

## B

**B.D [5]** 29/6 29/7 29/13
29/14 31/20
**back [11]** 22/6 24/10
31/24 32/6 39/15 39/21
40/5 44/14 44/17 44/23
56/9
**bad [1]** 6/19
**balance [1]** 23/12
**Banner [13]** 1/15 3/8
4/18 11/24 13/14 24/11
28/3 29/9 30/4 39/13
42/25 45/8 51/14
**based [4]** 7/18 9/14
10/4 47/16
**basic [1]** 44/17
**basically [4]** 8/2 26/13
37/22 53/10
**basics [1]** 27/18
**basis [8]** 19/6 24/12
24/14 32/1 32/15 32/19
39/20 54/2
**be [92]**
**because [41]** 7/13

10/15 13/16 14/1 17/7
18/10 19/1 19/19 19/20
20/1 20/4 20/5 20/9
20/13 20/15 22/6 25/2
25/23 26/14 28/17 29/8
29/15 29/18 30/2 31/9
31/22 32/10 32/15
33/24 37/3 37/7 39/2
39/18 40/25 41/20 42/9
42/17 43/7 45/15 51/10
57/11
**been [21]** 7/24 10/16
12/2 17/9 17/10 19/19
19/21 20/5 30/11 32/9
32/21 33/7 33/10 34/18
45/2 47/7 47/19 47/19
48/25 55/15 57/16
**before [19]** 1/10 3/24
4/4 8/9 11/5 19/21
31/10 35/15 44/24
45/22 46/11 51/14
54/18 54/21 56/19
56/24 57/4 57/6 58/1
**began [2]** 7/8 7/9
**begin [1]** 34/13
**beginning [2]** 27/1
37/24
**begins [5]** 29/4 54/19
54/22 54/24 54/24
**behalf [10]** 1/3 17/16
17/22 17/23 18/4 50/7
53/3 53/6 53/9 53/9
**being [8]** 6/18 21/10
21/21 30/3 39/1 46/14
49/25 50/24
**believe [35]** 5/18 6/23
8/11 14/25 16/8 16/15
16/20 16/22 20/3 20/14
21/20 22/22 22/23
23/19 27/9 30/1 31/23
35/22 35/23 36/6 36/15
37/16 38/18 40/9 41/7
44/18 45/4 45/7 46/9
46/17 47/18 47/22
51/21 57/1 57/2
**believed [1]** 19/1
**believes [2]** 8/16 9/13
**below [1]** 25/7
**bench [4]** 8/17 8/20
8/25 9/12
**benefit [2]** 25/11 25/13
**benefits [1]** 26/20
25/22
**besides [1]** 26/20
**bespoke [1]** 6/13
**best [2]** 16/13 16/21
**Beth [1]** 1/22
**better [11]** 8/2 27/16
39/24 47/5 47/18 47/23
48/16 48/17 49/4 49/16
55/19
**between [5]** 13/19
23/12 30/17 49/23 56/3
**beyond [1]** 11/6
**big [1]** 11/18
**bigger [1]** 47/19
**bit [1]** 10/21 20/15
**bizarre [1]** 6/15

**bless [1]** 45/19
**board [1]** 12/18
**boil [2]** 37/1 43/4
**boils [1]** 20/21
**both [14]** 3/22 13/4
18/4 22/12 23/4 34/12
35/21 37/23 39/4 49/10
50/6 50/24 51/4 54/12
**bottom [2]** 5/18 44/13
**bottom-line [1]** 44/13
**bound [4]** 41/10 41/23
42/12 42/16
**breadth [1]** 40/10
**break [1]** 52/15
**bridge [1]** 13/19
**bridges [2]** 49/21 50/22
**brief [10]** 11/16 14/14
24/11 30/5 36/16 38/19
56/10 56/10 56/11
56/11
**briefed [1]** 39/4
**briefing [12]** 15/22
20/17 36/14 36/24
36/25 43/1 43/13 49/1
49/20 56/8 58/2 58/9
**briefly [1]** 36/21
**briefs [2]** 37/12 56/10
**bring [4]** 18/1 29/18
31/8 37/11
**bringing [1]** 4/14
**brings [1]** 39/21
**broad [5]** 21/2 36/1
45/12 52/11 53/24
**broader [3]** 19/16
26/11 40/3
**broadly [1]** 19/3
**broken [2]** 12/13 12/14
12/15 12/22 46/25
**brought [1]** 29/24
**budget [2]** 9/2 55/3
**budgeting [1]** 9/11
**bullet [3]** 12/5 45/21
54/1
**burden [3]** 27/17 43/22
46/18
**bus [7]** 8/6 24/16 25/23
25/23 32/8 48/21 48/22
**buses [5]** 8/7 8/21 34/6
40/15 49/3
**buss [1]** 34/5
**bussed [1]** 10/10
**busy [1]** 57/12
**buying [1]** 34/5

## C

**cadre [1]** 7/25
**calendar [1]** 57/2
**calendars [1]** 56/25
**call [7]** 8/17 8/19 8/24
28/6 33/23 49/12 51/14
**call-outs [1]** 8/17
**called [2]** 9/17 33/25
**calls [2]** 45/3 50/20
**came [4]** 33/12 34/1
34/4 34/5
**can [43]** 7/4 9/9 9/10
10/7 11/24 14/1 14/1
14/4 15/7 21/4 22/24

29/6 24/12 24/23 26/19
26/25 28/2 28/13 28/17
32/1 32/15 34/6 35/3
36/5 36/15 39/8 39/25
45/9 45/23 46/7 47/11
48/6 49/1 50/10 54/15
55/14 55/21 56/9 56/16
58/13 58/14 58/19 59/5
**can't [3]** 29/18 30/20
34/4
**cannot [2]** 24/7 46/4
**capable [1]** 6/12
**capital [1]** 55/3
**Capitol [1]** 1/20
**Carol [1]** 3/18
**carried [1]** 23/1
**case [31]** 7/22 15/16
19/18 19/25 20/24 21/4
24/9 26/4 26/20 26/25
27/21 28/21 30/1 30/18
31/16 32/12 32/15
32/18 35/2 38/8 39/19
43/6 43/16 52/18 52/19
53/21 54/5 55/12 55/13
55/14 55/18
**cases [11]** 26/13 26/14
27/17 27/21 30/10 33/6
33/12 39/17 52/9 53/14
55/16
**Catch [1]** 20/15
**Catch-22 [1]** 20/15
**cause [2]** 12/20 29/14
**caused [2]** 47/3 47/6
**causes [1]** 28/8
**causing [2]** 35/22
35/23
**Center [1]** 3/10
**central [1]** 50/11
**centralized [2]** 51/5
51/10
**cert [7]** 4/8 10/20 13/9
13/12 14/15 36/17 59/4
**certain [1]** 54/14
**certainly [5]** 5/23 10/9
20/9 41/19 53/21
**certification [14]** 4/12
14/20 24/4 29/11 35/7
35/10 36/11 37/18
38/25 56/7 56/14 56/22
57/23 58/16
**certifications [1]** 56/16
**certified [1]** 13/4
**certifies [1]** 37/23
**certify [2]** 56/19 60/3
**cetera [2]** 30/23 48/22
**challenge [4]** 18/16
18/18 27/25 33/7
**challenges [1]** 7/20
**challenging [3]** 15/1
17/8 38/9
**chancellor [1]** 33/19
**change [11]** 5/3 7/3
12/22 14/6 16/4 19/12
25/6 25/10 31/3 37/15
39/25
**changed [4]** 19/2 32/17
34/23 51/12
**changes [10]** 16/14

**changing [1]** 50/15
**Charles [3]** 27/12
27/13 33/5
**check [2]** 8/13 9/25
**checking [1]** 57/2
**Chelsea [1]** 3/10
**child [8]** 1/3 9/25 15/18
25/3 25/5 25/20 27/22
39/17
**children [7]** 8/5 9/22
12/3 23/18 27/24 44/10
52/2
**Children's [1]** 3/10
**choice [1]** 33/23
**chooses [2]** 10/1 22/4
**Chris [1]** 3/7
**circle [1]** 25/2
**circuit [4]** 26/12 40/25
41/11 42/7
**circuits [1]** 42/6
**cite [4]** 21/4 27/13
27/22 52/19
**cities [1]** 10/5
**city [1]** 4/4
**Civil [5]** 1/4 1/15 3/2
3/9 3/11
**claim [1]** 12/12
**claimed [1]** 28/3
**claims [16]** 17/25 18/1
18/3 18/4 18/6 19/9
20/11 31/9 37/3 37/11
42/14 49/22 50/22 53/3
55/17 58/3
**clarification [1]** 51/3
**class [64]**
**clear [9]** 12/12 15/1
22/15 27/16 33/19
43/16 43/19 45/8 45/15
**clearly [5]** 10/16 17/17
41/16 44/7 44/16
**clerk [1]** 51/3
**client [2]** 32/2 34/23
**clients [6]** 15/14 30/8
32/20 36/8 53/6 53/7
**close [1]** 56/4
**closer [2]** 28/21 28/21
**co [1]** 3/17
**co-counsel [1]** 3/17
**coherent [1]** 13/23
**colleague [1]** 57/24
**colleagues [2]** 26/21
38/19
**collection [2]** 11/4 55/9
**collectively [1]** 54/4
**COLUMBIA [7]** 1/1 1/7
1/23 3/3 3/16 26/11
46/15
**Colwill [1]** 3/17
**combined [2]** 22/12
47/6
**come [14]** 12/6 13/4
16/19 18/18 22/24
26/15 29/13 31/14 33/3
38/17 45/3 45/13 45/17
50/19

**C**

**comes [8]** 16/24 42/1 42/4 51/19 52/9 53/11 53/14 54/7
**comfortable [1]** 45/14
**coming [5]** 4/4 5/5 23/7 47/4 51/17
**comment [3]** 10/23 11/24 39/12
**commenting [1]** 11/11
**commitment [3]** 8/10 54/13 54/23
**COMMITTEE [3]** 1/15 3/9 3/11
**committing [3]** 6/18 6/24 22/7
**common [2]** 51/8 51/9
**commonality [1]** 38/16
**communications [1]** 40/5
**compensatory [4]** 39/3 43/12 43/12 43/14
**competing [2]** 7/20 45/7
**complaint [3]** 17/13 17/17 56/20
**complete [2]** 30/19 30/20
**compliance [2]** 24/20 29/19
**complications [1]** 24/8
**comply [3]** 25/16 25/19 25/21
**components [1]** 16/19
**computer [1]** 2/5
**computer-aided [1]** 2/5
**concept [1]** 51/19
**concepts [1]** 50/3
**concern [1]** 24/16
**concerned [3]** 5/8 5/10 5/12
**concerning [1]** 36/6
**concerns [4]** 5/16 12/19 21/20 28/8
**concluded [1]** 59/9
**conclusion [1]** 52/19
**concrete [1]** 49/15
**Concretely [1]** 49/16
**conditions [1]** 10/4
**confer [1]** 58/12
**conference [5]** 1/10 56/17 56/22 57/15 58/11
**conferences [4]** 55/24 55/25 56/1 56/3
**conflate [1]** 50/6
**conjunction [1]** 39/1
**connect [1]** 40/3
**connected [1]** 13/19
**considering [1]** 42/10
**consistent [2]** 17/20 32/21
**consistently [4]** 15/8 32/22 34/24 53/6
**consists [1]** 38/11
**consult [3]** 4/20 36/5 58/8

**consultant [7]** 16/8 22/24 23/5 23/6 23/14 35/19 36/4
**consultation [2]** 23/8 24/22
**consultative [1]** 35/2
**contemplated [1]** 36/12
**context [3]** 13/2 13/3 42/9
**contexts [1]** 13/5
**continue [5]** 9/3 19/3 32/16 35/3 45/16
**continued [5]** 2/1 22/18 30/13 30/16 31/15
**continuing [1]** 46/23
**contrast [1]** 48/1
**conversation [2]** 6/25 15/23
**conversations [3]** 47/17 55/19 56/2
**correct [6]** 19/23 36/19 38/1 38/5 53/12 53/16
**cost [1]** 10/6
**costs [1]** 9/6
**could [18]** 6/15 6/19 8/7 19/6 20/4 24/14 24/17 27/24 28/2 31/14 31/25 32/19 33/20 34/6 34/11 47/18 51/9 51/12
**council [5]** 4/5 6/21 6/23 47/8 49/2
**councils [1]** 47/9
**counsel [4]** 3/4 3/17 3/18 44/11
**country [1]** 52/22
**couple [3]** 5/1 38/19 40/23
**course [8]** 14/1 20/12 22/17 31/15 36/4 37/6 39/3 43/25
**court [41]** 1/1 2/3 2/3 5/25 6/6 6/21 11/17 11/21 18/16 18/18 19/5 19/24 20/7 20/20 23/19 26/15 26/15 26/17 26/18 31/14 32/20 33/17 34/7 36/12 36/17 37/19 40/2 41/1 42/9 43/9 43/24 44/24 45/14 45/22 46/11 47/25 49/2 52/17 56/4 58/9 60/9
**Court's [1]** 45/24
**courtroom [1]** 44/8 46/12
**courts [3]** 42/7 52/20 52/22
**cover [1]** 10/11
**coverage [1]** 9/7
**crash [1]** 6/16
**crisis [2]** 47/3 48/24
**crucial [1]** 24/13
**CRYSTAL [2]** 1/3 3/3
**cut [4]** 28/17 29/7 29/9 41/13
**cv [1]** 1/5

**D**

**D.C [7]** 1/8 7/20 17/1 38/4 40/25 41/11 42/7
**D.L [9]** 19/5 20/24 26/20 26/20 27/22 28/22 51/20 51/25 52/18
**D.L.s [2]** 28/24 28/25
**D.R [1]** 1/3
**Daggett [1]** 17/16
**damages [1]** 19/25
**data [8]** 11/3 21/14 46/3 46/3 46/4 46/5 46/5 55/8
**date [3]** 4/14 58/6 60/8 54/15
**David [2]** 3/17 33/22
**day [17]** 9/11 9/20 13/8 15/13 15/16 21/21 32/22 41/10 48/4 51/14 57/8 57/14 57/17 57/18 57/18 58/13 59/5
**days [5]** 3/24 32/8 32/8 53/25 54/21
**DC [3]** 1/17 1/20 1/25
**DCPS [1]** 57/3
**deadlines [1]** 54/13
**deal [3]** 4/15 44/25 56/16
**dealing [1]** 50/2
**deals [1]** 39/3
**decade [1]** 7/19
**decades [1]** 52/21
**decide [4]** 42/15 56/22 58/1 58/17
**decided [2]** 18/15 44/4
**decision [12]** 18/18 18/19 18/19 19/17 31/21 40/25 41/11 41/23 42/12 43/15 52/18 54/10
**decisions [7]** 16/2 17/6 17/8 17/10 18/10 31/1 38/9
**declaration [13]** 4/2 4/20 4/23 5/13 7/7 9/2 22/21 32/1 32/11 34/19 48/15 49/16 54/10
**declarations [18]** 3/25 7/12 11/15 15/14 15/15 21/11 21/23 22/12 22/17 23/23 30/11 30/12 32/22 35/22 36/9 40/13 40/20 44/21
**decreased [1]** 49/15
**dedicated [1]** 9/3
**defendant [4]** 1/8 1/21 3/16 42/11
**defendant's [2]** 36/16 41/5
**defendants [6]** 4/5 15/2 16/7 34/12 41/23 57/10
**defer [1]** 38/25
**deficiencies [1]** 16/5
**define [1]** 42/17

**defined [2]** 41/9 43/13
**definition [4]** 37/16 37/20 41/4 41/9
**delays [1]** 12/2
**delirations [1]** 36/9
**deliver [5]** 15/8 15/18 15/21 16/17 16/25
**delivered [1]** 30/3
**delivering [1]** 17/3
**delivery [1]** 38/13
**demand [4]** 7/15 10/16 49/13 49/13
**denial [3]** 11/20 17/17 40/17
**denied [3]** 21/21 37/3 52/24
**denies [1]** 16/3
**deny [2]** 11/21 53/19
**Deoda [1]** 26/22
**departure [2]** 48/19 48/24 49/6 49/7
**depending [3]** 37/19 58/13 58/14
**deputy [1]** 4/3
**describe [3]** 13/20 13/22 50/6
**described [2]** 14/6 40/6
**designing [1]** 6/13
**desk [1]** 21/4
**detail [5]** 5/16 6/2 16/7
**detailed [2]** 32/10 33/8
**details [5]** 5/6 5/7 10/7 22/23 55/5
**determine [1]** 52/21
**determined [2]** 10/4 38/12
**determines [1]** 26/18
**determining [1]** 16/21
**develop [2]** 17/19 23/14
**did [23]** 8/10 12/16 16/6 17/22 17/25 18/25 19/8 19/10 20/10 20/11 26/2 27/13 27/15 28/2 30/18 31/2 31/18 31/22 32/2 36/6 37/9 42/25 55/23
**didn't [15]** 14/16 18/12 18/13 18/15 19/19 19/20 20/16 27/10 27/14 28/12 33/5 33/7 42/3 42/21 44/4
**difference [4]** 9/13 31/17 44/8 49/23
**different [11]** 10/24 14/16 23/3 23/3 30/2 30/21 38/15 43/2 43/14 51/17 52/4
**dig [1]** 16/9
**dire [1]** 26/5
**direct [1]** 52/17
**direction [1]** 22/20
**disabilities [7]** 21/2 23/18 32/10 38/3 38/3 44/10 52/14
**disability [2]** 37/24 58/3
**disagree [2]** 23/2 53/5

**disagreement [1]** 30/17
**discontinued [1]** 32/5
**discount [1]** 48/9
**discovery [5]** 11/5 11/6 11/8 16/9 28/4
**discretion [1]** 52/11
**discrimination [1]** 58/3
**discuss [2]** 13/13 58/19
**discussing [2]** 13/2 13/3
**discussion [3]** 13/17 37/2 58/4
**discussions [2]** 4/14 59/5
**dismiss [8]** 13/9 17/25 55/17 56/20 58/1 58/6 58/13 59/3
**dismissed [6]** 18/3 20/13 31/9 31/10 31/11 31/14
**dispute [1]** 18/9
**distance [1]** 13/11
**district [66]** 4/22 7/24 15/22 16/13 17/15 20/13 20/14 20/22 22/21 31/24 35/17 36/13 37/4 44/13 45/11 **Division [1]** 32/4
**do [46]** 6/23 7/17 11/17 12/10 15/7 15/9 16/9 23/5 25/11 25/17 26/16 29/23 30/20 31/24 32/12 33/6 34/8 35/5 36/15 37/3 44/25 45/3 45/17 45/20 46/17 46/21 46/25 46/25 47/2 47/22 47/25 48/16 51/13 53/1 53/24 54/1 54/14 55/12 55/23 57/17 58/5 58/8 58/10 58/10 58/14 58/22
**docket [1]** 36/18
**document [1]** 11/11
**documents [2]** 3/23 28/7
**does [15]** 8/20 10/12 12/6 13/4 20/9 21/12 23/10 26/10 34/20 35/1 40/7 43/4 47/14 48/4 52/13
**doesn't [9]** 3/21 10/15 20/22 24/20 24/21 24/22 28/1 40/16 51/10
**doing [4]** 10/5 29/20 51/11 57/16
**dollars [1]** 48/8
**don't [54]** 4/13 5/14 6/16 7/13 7/14 8/3 9/25 10/12 12/9 12/19 13/7 13/13 14/4 16/21 19/17 20/19 21/20 22/22 24/2 24/9 27/4 27/24 28/17 29/7 29/7 29/8 29/9 30/22 33/23 35/3 35/6 36/23 37/5 40/9 41/6

**D**

don't... [19] 42/4 42/8 43/19 44/1 44/18 47/17 48/9 48/20 50/18 53/2 53/20 54/19 55/10 55/11 55/14 56/15 58/10 58/17 58/20
done [4] 16/13 46/18 49/15 52/22
doors [1] 50/9
dots [2] 11/14 40/3
double [1] 8/13
doubling [1] 47/22
doubts [1] 52/20
down [4] 20/21 37/1 43/4 52/15
Dr. [2] 15/25 34/19
Dr. Grant [1] 34/19
Dr. Grant's [1] 15/25
dramatic [1] 9/13
driver [3] 8/7 9/20 48/21
drivers [7] 7/15 7/16 7/18 7/22 8/8 8/19 8/25 49/14
dropped [3] 25/3 25/5 25/15
due [2] 28/5 36/8
during [1] 15/23

**E**

each [8] 3/21 9/19 16/22 24/15 24/18 24/19 50/3 52/5
earlier [3] 23/22 27/1 39/9
early [1] 56/5
earmarked [1] 9/9
ears [1] 47/9
easiest [1] 43/10
easily [1] 34/2
easy [2] 34/9 34/9
ECF [2] 17/14 36/18
echo [1] 31/7
education [10] 16/24 21/22 23/19 38/9 39/3 43/12 43/13 43/14 46/17 52/3
efficiency [1] 35/4
efficient [1] 58/1
efficiently [2] 16/13 34/25
either [6] 3/24 29/9 51/7 55/17 56/12 57/4
elements [1] 52/4
eligible [2] 10/2 17/20
else [8] 10/18 14/11 39/9 44/1 44/25 46/22 53/7 56/15
embraced [1] 10/13
emerged [1] 28/19
emergency [1] 47/21
EMERY [1] 1/19
employee [1] 8/6
end [11] 6/19 9/16 13/8 31/10 32/21 41/10 46/12 47/4 48/3 55/7

ended [1] 48/13
enforce [1] 30/20 31/1
enforcement [1] 31/20
enormous [1] 24/19
enough [5] 8/19 10/10 21/20 22/23 57/17
enroll [1] 22/4
enrolls [1] 10/2
ensure [7] 5/25 6/15 9/6 22/25 24/20 25/15 35/3
enthusiastically [1] 10/13
entire [2] 9/17 51/23
entitled [7] 17/7 31/6 31/23 36/16 39/22 50/23 60/5
entitlement [1] 39/25
Epstein [1] 3/18
equal [1] 16/24
equipment [1] 46/7
essentially [3] 10/3 10/25 24/18
et [4] 1/4 3/3 30/22 48/22
Evan [1] 3/12
even [15] 5/14 10/14 12/1 13/8 14/19 16/6 18/13 18/24 27/10 27/14 27/24 31/12 34/19 39/22 47/23
eventually [1] 33/7
ever [1] 40/9
every [6] 11/10 12/7 15/11 15/16 21/21 40/15
everybody [4] 3/19 44/6 51/1 57/12
everybody's [2] 14/2 18/10
everyone [2] 10/15 51/6
everything [5] 6/24 11/2 11/10 20/19 53/22
evidence [4] 26/16 45/22 46/11 55/21
eviscerate [1] 26/8
exact [2] 8/3 36/7
exactly [2] 9/8 18/23
examine [1] 28/6
example [6] 19/24 25/14 27/22 39/1 51/25 58/2
excellent [3] 7/23 9/6 50/5
excluded [1] 21/3
excuse [1] 37/14
exhaust [3] 19/20 20/11 20/16
exhausted [4] 20/17 20/18 20/18 31/15
exhausting [2] 20/1 20/4
exhaustion [3] 20/5 20/10 20/11
exhibit [4] 6/6 17/14 17/15 36/18

expand [1] 7/11 8/13
expanding [2] 7/8 47/22
expansion [1] 9/18
expected [1] 11/3
expediency [1] 35/4
expedite [3] 6/24 25/16 55/21
expedited [1] 23/23
experience [1] 7/19
experienced [1] 41/5
experiencing [2] 37/7 44/22
expert [12] 11/1 11/9 12/22 16/8 16/20 22/24 24/23 36/9 45/19 47/2 48/2 54/6
expertise [2] 16/10 20/9
experts [3] 28/13 35/21
explain [2] 15/16 21/23 37/25
explained [5] 6/9 11/16 41/1 43/2 48/14
explaining [1] 16/2
explicitly [2] 19/11 20/24
expound [1] 37/12
extensive [1] 47/17
extent [5] 4/25 5/4 5/7 22/16 24/16
extraordinary [3] 8/23 11/12 47/20
extreme [1] 24/15

**F**

F.3d [1] 52/18
fact [9] 11/6 15/14 21/17 24/25 31/9 32/22 35/19 37/1 43/7
factors [1] 38/20
facts [3] 4/15 11/17 24/9
factual [1] 9/14
fail [2] 19/4 19/16
failed [11] 11/13 19/17 24/24 29/23 40/24 47/24 49/20 50/21 51/6 54/20 58/3
failing [1] 15/5
failsafe [6] 41/19 41/21 41/22 42/4 42/7 42/18
failure [15] 15/21 16/2 16/17 16/23 16/24 16/25 18/19 18/20 26/3 33/16 40/7 41/5 51/22 51/25 52/6
failures [3] 16/12 35/23 35/24
fair [2] 10/6 45/18
faith [3] 16/3 16/23 17/18
fall [1] 7/9
families [10] 7/9 7/11 10/9 10/12 12/20 22/13 26/9 44/14 44/20 46/14
family [2] 10/3 10/15
FAPE [6] 11/20 15/4

far [3] 7/3 10/12 18/22
fast [3] 7/5 23/17 23/17
faster [6] 6/1 23/21
federal [3] 20/20 40/2 43/9
feel [1] 45/14
feeling [1] 27/21
feels [1] 56/12
feet [1] 39/8
felt [1] 28/12
few [6] 8/18 10/17 11/1 21/7 40/17 49/14
fifth [1] 32/8
figure [1] 25/24
figured [1] 13/15
file [7] 36/13 56/18 56/19 58/7 58/22 59/2 59/2
filed [8] 3/22 3/25 4/9 7/10 8/9 16/6 20/4 36/14
files [1] 16/9
filing [3] 4/6 27/1 57/25
filings [4] 4/1 26/24 28/20 56/16
fill [4] 8/17 8/24 9/12 49/18
final [4] 41/2 52/17 56/10 56/11
finalizing [1] 30/15
finally [1] 42/15
find [10] 7/18 9/22 21/1 27/22 27/24 34/6 34/6 42/22 52/10 54/1
finds [1] 29/18
fine [4] 51/2 56/12 57/14 58/25
fines [2] 33/10 33/15
finish [1] 56/15
firmly [1] 30/1
first [14] 4/16 8/25 10/25 17/14 18/24 21/9 21/24 24/6 26/15 30/7 33/13 36/11 57/2 57/11
fiscal [5] 9/2 54/23 54/24 55/1 55/3
fit [1] 11/17
five [13] 16/2 17/4 24/15 25/18 26/1 26/1 26/2 28/5 44/14 44/14 44/20 46/2 46/13
fix [7] 14/1 15/21 16/21 25/9 26/4 48/6 51/12
fixed [11] 15/12 19/6 19/7 24/12 24/14 24/23 31/25 32/19 34/21 46/7 47/11
fixing [1] 34/5
flaws [1] 44/9
fleshed [1] 20/7
flexibility [1] 9/12
Floor [1] 1/17
focused [3] 8/4 23/6 35/20
folks [1] 6/11
follow [1] 11/3
following [2] 18/11

forcing [1] 6/19
foregoing [1] 60/3
foresee [1] 6/15
forever [1] 56/10
forgot [1] 33/24
form [1] 18/5
forth [1] 56/9
forum [1] 31/8
forward [4] 22/15 45/3 55/13 55/13
fought [1] 18/2
found [4] 19/5 19/8 19/11 19/24
four [1] 25/23
Fourth [1] 1/17
frames [1] 54/8
framework [1] 23/15
frankly [2] 6/16 31/13
free [2] 39/25 46/16
free-standing [1] 39/25
freed [1] 8/7
frees [2] 7/15 9/20 10/16
FRIEDMAN [2] 1/10 26/22
friends [1] 12/11
fulfilled [1] 14/2
full [3] 31/19 31/19 37/9
fully [2] 20/12 31/15
fundamental [5] 30/17 31/17 44/7 46/3 46/5
fundamentally [1] 20/21
funding [2] 7/11 47/22
funds [4] 8/23 9/12 54/13 54/23
further [3] 14/13 44/21 56/8
futile [1] 19/19 19/21 20/5
future [1] 7/3

**G**

gap [1] 49/18
gas [1] 7/25
Gene [1] 3/7
general [2] 1/23 3/18
get [30] 10/7 13/7 13/8 14/21 15/18 18/12 18/13 18/25 19/10 19/17 25/4 25/19 25/24 25/24 26/16 28/24 28/18 30/8 31/2 39/25 43/8 43/11 46/4 48/3 49/12 50/10 50/14 50/16 53/8 56/4
gets [4] 13/4 13/11 14/20 44/6
getting [4] 11/10 12/3 24/17 32/20
Gilmore [2] 33/22 34/5
give [2] 8/17 20/23
given [2] 15/13 46/14
gives [1] 9/21
giving [1] 23/7
go [23] 4/16 6/2 9/10

**G**

**go... [20]** 10/12 11/1 11/18 11/19 16/9 21/4 22/6 24/10 28/17 33/24 39/15 40/2 43/9 44/14 44/17 44/23 45/21 55/13 55/13 56/9
**goal [5]** 45/4 45/5 45/5 45/6 48/5
**goals [5]** 5/18 54/12
**goes [3]** 45/25 46/5 46/10
**going [21]** 4/24 10/11 13/15 15/11 21/19 22/14 22/21 24/10 26/1 28/14 35/9 35/11 44/8 53/19 55/20 55/25 56/2 56/4 56/6 56/17 57/6
**Goldman [3]** 3/7
**good [10]** 3/6 3/8 3/15 3/19 4/19 10/15 14/8 20/3 48/25 58/21
**got [8]** 12/7 14/12 17/4 21/6 25/18 31/10 43/12 43/22
**gotten [4]** 4/10 26/5 28/19 43/5
**government [1]** 17/3
**GPS [3]** 5/12 24/20 55/2
**grab [1]** 21/4
**grant [4]** 14/19 26/17 34/19 52/20
**Grant's [1]** 15/25
**granted [1]** 37/18
**great [1]** 28/14
**Gregory [1]** 3/17
**grievance [1]** 31/22
**ground [1]** 30/2
**group [1]** 42/16
**guaranteed [1]** 5/15
**guess [12]** 3/24 7/12 12/3 12/24 17/2 19/14 39/7 56/8 56/18 56/20 57/8 57/16

**H**

**H.D [4]** 17/16 17/18 17/19 25/15
**had [11]** 4/14 12/25 26/4 26/5 28/6 29/1 31/15 33/7 33/10 35/13 44/25
**hadn't [1]** 54/16
**half [3]** 38/20 41/13 41/15
**hand [1]** 7/16
**handed [1]** 40/25
**handle [1]** 8/7
**Hanley [1]** 1/19
**happen [6]** 8/20 15/11 25/6 34/23 35/4 52/4
**happened [1]** 3/22 28/16 30/10 43/15 54/16
**happening [7]** 5/1 5/4 32/13 48/8 49/17 54/17

**happens [4]** 5/25 6/1 42/11 48/5
**happy [8]** 5/16 5/23 6/1 14/23 30/9 35/12 37/11 43/25
**hard [3]** 6/11 45/13 49/11
**harm [1]** 51/12
**harmed [1]** 17/10
**harms [1]** 37/8
**has [38]** 5/19 7/24 9/25 10/16 15/24 22/23 23/15 25/24 27/18 29/13 30/10 32/9 32/9 38/12 38/15 40/17 41/11 42/11 43/24 44/9 44/10 44/11 45/2 45/3 45/8 46/4 47/7 47/19 47/19 48/7 48/8 49/14 49/15 50/19 54/13 54/13 54/14 57/24
**have [155]**
**haven't [7]** 14/6 28/19 33/1 40/15 40/19 43/13 51/7
**having [10]** 6/25 7/16 12/24 20/6 20/17 20/18 22/16 23/13 36/1 37/2
**he [13]** 6/23 9/2 9/16 26/13 26/13 26/19 26/20 28/11 29/1 52/19 54/16 54/22 55/4
**hear [4]** 14/13 24/3 28/15 46/23
**heard [2]** 28/10 43/13
**hearing [35]** 3/24 6/22 8/9 16/2 17/4 17/6 17/8 18/3 18/10 18/15 18/18 19/8 19/11 19/20 19/22 20/8 25/4 25/8 25/19 28/10 28/14 31/1 31/2 31/10 31/11 31/11 31/12 36/13 39/14 39/16 43/15 44/14 44/15 44/18 46/13
**hearings [5]** 17/24 28/5 31/16 36/8 37/10
**help [2]** 34/8 35/2
**helpful [2]** 6/2 51/16
**her [9]** 1/3 12/4 17/16 32/3 32/5 32/9 32/10 39/9 47/13
**here [41]** 3/20 3/23 5/18 8/13 12/14 12/25 15/1 15/2 15/20 16/7 16/15 20/3 20/5 23/12 25/7 26/3 27/9 28/1 28/18 28/19 29/1 31/18 31/19 32/20 32/25 34/11 34/18 37/10 38/23 39/5 40/7 42/7 44/13 44/23 45/7 45/14 45/23 46/1 46/3 47/13 52/24
**herself [1]** 1/3
**hidden [1]** 11/20
**high [4]** 28/9 39/21

**high-level [1]** 28/9
**highlights [1]** 10/22
**him [5]** 32/6 33/22 33/24 33/25 42/22
**his [7]** 9/1 9/15 29/2 32/10 33/21 33/21 54/19
**history [1]** 34/10
**hit [1]** 7/25
**hold [3]** 26/10 34/22 58/16
**holding [1]** 59/4
**home [6]** 12/3 15/18 15/20 25/24 49/7 49/8
**Honor [38]** 3/6 3/15 4/19 5/19 6/3 6/5 7/4 7/24 9/8 9/24 12/10 14/24 18/23 19/23 20/21 21/16 27/5 29/13 30/5 31/7 33/8 34/17 36/11 36/19 38/18 38/22 38/24 40/12 42/24 44/3 44/5 45/12 47/14 48/18 57/1 59/1 59/6 59/7
**Honor's [2]** 35/12 37/17
**HONORABLE [1]** 1/10
**hope [2]** 7/4 21/12
**hopeful [1]** 22/22
**hopefully [1]** 58/23
**hoping [2]** 3/20 48/6
**hour [1]** 10/10
**house [1]** 15/17
**how [23]** 4/24 5/5 6/7 6/10 7/17 11/7 11/17 12/15 15/24 16/2 17/9 21/14 21/15 22/14 22/15 23/11 25/13 27/24 37/17 40/18 44/25 55/25 56/5 56/17
**how's [1]** 56/25
**however [1]** 44/15
**huge [1]** 23/13
**humanly [1]** 6/24
**hundred [1]** 8/19
**hundreds [1]** 8/14

**I**

**I'd [1]** 43/24
**I'll [11]** 7/12 30/5 33/4 40/5 41/16 42/21 42/25 43/24 48/10 50/17 53/2
**I'm [28]** 3/16 5/16 5/23 9/4 9/8 12/24 14/19 14/23 18/22 24/10 28/14 29/4 29/25 30/1 35/12 36/21 39/10 39/15 50/2 50/2 53/19 54/7 56/2 56/20 57/1 57/3 57/6 57/7
**I've [4]** 4/10 7/17 21/6
**i.e [1]** 50/20
**I2C3 [1]** 26/14
**idea [25]** 7/13 12/21 17/7 20/2 20/9 20/22 21/1 24/7 25/21 26/8

**27/7 27/19 29/18 29/19** 32/24 33/16 34/4 34/5 51/17 52/9 52/23 52/24 53/14 54/2 55/16
**identified [2]** 6/12 51/21
**identify [3]** 40/4 49/21 50/21
**identifying [1]** 51/18
**IEP [7]** 10/1 14/2 27/23 27/25 38/10 39/17 41/18
**IEPs [2]** 15/4 51/9
**immediately [1]** 9/15
**impact [2]** 22/15 51/24
**implement [6]** 15/5 15/6 17/19 18/19 23/12 51/22
**implementation [1]** 27/23
**implemented [5]** 4/25 5/6 6/8 21/16 23/1
**implementing [2]** 15/3 16/11
**important [3]** 20/7 29/8 31/18
**imposed [1]** 33/15
**imposition [1]** 23/13
**impossible [2]** 27/7 29/22
**improper [1]** 41/12
**improvement [1]** 34/22
**inability [2]** 13/22 28/4
**inadequate [1]** 19/22
**inadvertently [1]** 50/25
**inappropriate [1]** 27/7
**incentive [1]** 49/12
**incident [1]** 40/15
**include [1]** 42/13
**includes [1]** 9/2 41/4
**including [2]** 4/2 11/15
**increased [1]** 49/14
**increases [1]** 49/11
**indeed [2]** 30/14 45/9
**independent [1]** 16/22
**indicative [1]** 13/24
**indicators [1]** 48/15
**indisputably [1]** 47/6
**individual [16]** 10/14 10/14 12/20 18/7 24/23 25/17 26/8 28/8 31/4 31/16 39/14 39/16 43/5 47/8 52/25 53/6
**individualized [1]** 52/13
**indulgence [1]** 35/13
**inefficient [1]** 8/6
**inexplicitly [1]** 32/5
**information [3]** 4/23 21/14 28/4
**informed [1]** 54/9
**initial [3]** 30/12 32/10 36/13
**initially [1]** 23/4
**injunction [22]** 4/11 10/19 11/25 12/8 13/2 13/7 13/21 13/22 14/1 14/2 23/20 35/4 39/2

**40/11 45/12 45/14** 45/25 46/9 51/23 53/20 53/21 55/11
**injunctive [5]** 35/15 38/23 39/2 45/10 54/9
**instance [1]** 33/13
**instead [3]** 19/7 22/7 53/7
**intend [1]** 43/1
**intended [1]** 35/15
**interchangeably [2]** 50/4 50/25
**interpretation [1]** 29/14
**interpreted [1]** 51/20
**intervention [1]** 23/19
**invalid [1]** 12/23
**investigated [1]** 40/15
**investigating [1]** 11/2
**investment [1]** 21/10
**is [258]**
**isn't [7]** 8/20 10/11 10/24 27/23 32/14 50/1 51/10
**issue [12]** 13/14 14/1 14/5 14/9 15/20 16/17 31/12 44/23 45/14 46/6 47/10 49/13
**issued [1]** 39/1
**issues [13]** 20/7 28/12 28/18 31/8 31/15 35/21 36/7 38/14 38/15 40/6 40/21 46/1 58/4
**issuing [1]** 47/20
**it [158]**
**it's [39]** 9/16 9/25 10/7 10/15 10/25 12/4 12/14 14/14 19/15 22/5 22/14 22/15 25/9 26/4 27/17 28/16 31/13 33/11 38/3 39/7 40/16 41/3 42/8 43/8 43/19 43/20 44/12 45/6 48/21 49/13 51/4 52/13 52/19 53/9 54/11 54/12 54/12 56/23 57/12
**its [6]** 23/11 31/3 33/21 44/9 44/10 54/12

**J**

**January [1]** 48/23
**job [1]** 16/8
**Johns [2]** 2/3 60/3 60/8 60/9
**joined [2]** 3/9 3/16
**jokingly [1]** 39/13
**JUDGE [12]** 1/11 20/23 26/7 26/12 26/22 26/22 28/22 28/23 29/2 44/25 51/20 52/17
**judges [1]** 52/10
**judgment [2]** 41/2 55/15
**July [8]** 1/6 44/24 54/17 54/18 54/21 55/7 59/2 60/8
**July 11 [1]** 44/24
**July 30th to [1]** 59/2

**J**

**June [1]** 54/17
**June 2024 [1]** 54/17
**jurisdiction [6]** 18/16
19/9 19/17 28/12 44/19
45/24
**just [38]** 6/6 8/12 10/5
11/13 14/1 21/7 21/17
29/22 29/25 31/21
31/24 35/13 36/6 36/11
36/14 37/2 37/13 37/19
39/10 39/22 40/5 41/13
41/17 42/25 43/2 48/5
48/13 50/2 50/16 51/15
51/25 52/22 53/3 53/9
55/25 56/8 57/1 57/11

**K**

**K3 [1]** 52/3
**Kaitlin [2]** 1/15 3/8
**Kathy [1]** 3/10
**keeps [1]** 30/19
**Keith [1]** 25/8
**Kelley [8]** 1/22 3/16 6/4
21/25 24/3 38/15 39/7
46/21
**Kelley's [2]** 21/8 23/2
**Ketcham [1]** 3/17
**Ketcham-Colwill [1]**
3/17
**kidding [1]** 39/11
**kids [7]** 10/10 25/11
25/13 25/22 25/23 30/2
43/11
**kind [6]** 12/24 19/12
27/11 32/18 35/2 51/5
**kinds [2]** 28/12 55/6
**know [19]** 4/13 7/12
7/17 8/16 9/25 13/13
13/13 13/23 14/4 15/10
24/10 28/22 29/7 41/6
50/18 54/20 55/14
56/15 57/11
**knowledge [2]** 33/21
33/22
**knows [1]** 11/11

**L**

**labor [8]** 7/15 10/16
47/4 47/19 48/21 57/8
57/14 57/18
**lack [3]** 5/8 5/12 18/19
**Lamberth [2]** 26/22
29/2
**language [2]** 26/19
52/9
**large [2]** 24/8 42/16
**largely [1]** 51/9
**last [27]** 3/20 3/23 6/22
7/18 7/24 8/4 8/9 8/11
8/18 10/17 12/25 27/9
28/19 33/4 33/8 33/18
38/6 41/1 46/6 47/12
47/21 48/25 49/14
49/18 53/2 53/10 58/4
**late [3]** 8/21 32/9 40/16
**later [2]** 10/21 55/8

**law [13]** 3/16 4/15
19/14 19/18 27/18
28/22 40/8 41/8 43/6
43/16 46/14 51/3 51/17
**laws [1]** 33/1
**LAWYERS' [1]** 1/15 3/9
3/11
**least [5]** 5/14 16/1
28/25 44/17 54/14
**leave [2]** 36/12 37/20
**leaving [2]** 48/21 49/3
**led [1]** 54/25
**left [1]** 21/4
**legal [8]** 12/17 16/22
16/23 40/4 40/19 42/14
52/5 52/6
**legally [2]** 12/23 13/23
**length [1]** 40/6
**lengthy [1]** 6/25
**let [7]** 8/12 11/11 11/23
17/2 19/15 33/14 34/10
**let's [3]** 58/5 58/5 58/10
**level [14]** 13/25 16/7
17/12 18/2 19/7 20/2
20/13 25/1 28/9 31/2
38/9 38/10 39/22 44/17
**levied [1]** 33/10
**like [18]** 3/22 9/11 14/6
19/5 23/17 29/25 30/7
36/22 39/10 39/23 43/7
45/6 48/4 48/5 48/20
50/9 51/3 57/17
**likelihood [5]** 12/1 12/4
12/7 46/19 53/22
**likely [1]** 12/2
**limits [1]** 23/4
**limo [1]** 39/15
**limos [1]** 30/8
**limousine [1]** 24/18
**line [3]** 19/24 44/13
53/14
**linger [1]** 35/3
**lingering [1]** 8/18
**list [3]** 35/18 35/25
36/7
**litigate [1]** 20/12
**litigation [3]** 16/6 45/2
56/1
**little [2]** 10/21 20/15
**LLP [1]** 1/19
**local [2]** 11/5 38/9
**locked [1]** 50/10
**logic [1]** 42/8
**long [5]** 35/19 40/18
48/2 54/1 58/17
**longer [2]** 55/3 55/6
**longer-term [1]** 55/6
**look [11]** 3/21 14/3
16/20 28/21 35/19 36/4
41/3 42/11 43/10 54/15
56/24
**looks [2]** 28/21 45/5
**loop [1]** 31/24
**lose [1]** 42/18
**losing [1]** 23/18
**lost [1]** 18/3
**lot [9]** 8/1 11/14 11/25
14/12 29/15 37/1 43/7

**love [1]** 39/14
**low [1]** 48/24
**luck [1]** 22/5

**M**

**made [9]** 21/10 22/17
37/15 39/19 45/8 49/15
53/20 55/5 55/12
**maintain [1]** 8/10
**major [1]** 10/22
**make [14]** 6/12 9/13
11/2 12/12 16/10 28/1
35/13 39/5 43/3 47/5
47/23 54/6 57/3 57/17
**makes [4]** 30/21 35/20
46/8 47/12
**making [1]** 16/14
**manual [1]** 55/8
**many [7]** 21/14 22/14
27/21 33/7 33/7 44/15
44/16
**March [1]** 37/24
**Margaret [1]** 1/19
**market [1]** 10/4
**Maryland [2]** 7/21
10/10
**Mateya [2]** 1/22 3/15
**matter [1]** 60/5
**may [7]** 13/18 39/22
43/20 55/13 55/18
57/10 57/24
**maybe [19]** 3/21 8/19
13/7 13/8 13/14 14/13
14/23 19/15 25/22 27/1
27/10 29/19 43/7 43/10
50/1 50/17 51/16 55/16
57/17
**mayor [2]** 33/24 33/25
**MCDERMOTT [1]** 1/19
**me [15]** 4/14 8/13
11/23 17/2 19/15 33/14
37/14 37/22 39/21 48/4
50/1 54/11 56/11 56/22
57/25
**mean [7]** 12/6 26/12
28/13 28/15 33/15
40/16 49/24
**meaning [4]** 42/10
42/19 49/1 50/8
**meaningless [1]** 25/2
**means [9]** 9/5 9/9 15/9
22/1 30/22 41/7 41/8
46/13 55/1
**measures [1]** 54/3
**mechanical [1]** 2/4
**meet [4]** 38/20 45/11
52/14 58/12
**meeting [1]** 38/10
**member [1]** 6/23
**members [2]** 30/22
44/15
**mentioned [3]** 7/18
46/6 48/11
**merits [7]** 11/18 12/1
13/3 26/17 46/19 53/22
54/4
**messaging [1]** 24/21

**met [2]** 46/13
**methodology [1]** 9/17
**metric [2]** 48/16 48/19
**might [10]** 19/17 23/17
26/16 37/18 41/3 52/8
54/3 54/5 57/25 59/4
**mileage [1]** 10/8
**milestones [1]** 54/14
**million [5]** 8/10 8/11
9/3 9/5 55/4
**millions [1]** 33/9
**mimicked [1]** 50/12
**minimize [1]** 12/19
**minor [1]** 1/3
**minute [1]** 58/17
**minutes [1]** 35/6
**mischaracterization [1]**
17/11
**miss [1]** 54/25
**missing [1]** 6/7
**mitigates [1]** 7/15
**moment [2]** 10/19 24/3
44/3
**Monday [1]** 36/15
**money [11]** 8/17 9/9
9/21 21/10 21/18 22/2
22/3 34/3 34/6 34/7
34/10
**monitors [1]** 24/19
**Monod [1]** 3/12
**month [2]** 10/11 21/16
**months [4]** 5/1 6/15
11/1 48/2
**months-long [1]** 48/2
**more [25]** 4/1 4/16 5/16
5/23 6/1 7/16 7/18 7/19
8/14 10/7 12/4 14/12
23/23 28/20 30/14
30/15 31/21 40/17
41/16 43/14 47/22 49/3
49/12 49/17 58/1
**morning [1]** 49/6
**most [4]** 30/3 43/19
46/8 47/12
**motion [20]** 5/21 11/22
12/12 13/9 13/25 14/20
20/13 27/14 29/20
29/23 40/6 53/19 56/20
56/23 58/1 58/5 58/6
58/7 58/12 59/3
**motivated [1]** 34/14
**move [4]** 7/5 23/21
54/21 55/17
**moved [1]** 17/24
**moving [1]** 47/19
**Mr. [6]** 4/21 6/10 21/12
34/5 34/19 54/11
**Mr. Gilmore [1]** 34/5
**Mr. Park [4]** 4/21 6/10
21/12 54/11
**Mr. Park's [1]** 34/19
**Ms [4]** 4/18 6/4 21/25
30/4
**Ms. [20]** 11/24 13/14
13/14 17/16 21/8 23/2
24/3 24/11 28/3 29/9
32/2 35/11 38/15 39/7
39/13 42/25 45/8 46/21

**met [2]** 46/13
**Ms. Banner [9]** 11/24
13/14 24/11 28/3 29/9
39/13 42/25 45/8 51/14
**Ms. Daggett [1]** 17/16
**Ms. Kelley [4]** 24/3
38/15 39/7 46/21
**Ms. Kelley's [2]** 21/8
23/2
**Ms. Robertson [1]** 32/2
**Ms. Warner [3]** 13/14
35/11 47/11
**much [7]** 6/1 13/11
19/5 21/17 22/15 33/1
46/23
**must [5]** 15/5 25/5 25/6
25/21 50/14
**mutual [1]** 55/19
**my [15]** 3/17 4/7 7/18
12/11 21/4 26/21 27/16
28/20 28/21 34/14
34/18 38/19 51/3 53/10
57/24

**N**

**name [1]** 31/18
**named [5]** 17/5 18/13
18/25 19/1 30/16
**narrow [3]** 15/6 29/14
36/1
**narrowly [6]** 12/17
27/20 33/2 35/20 45/24
53/24
**narrowly-tailored [2]**
33/2 45/24
**necessarily [1]** 8/20
**necessary [1]** 27/16
**need [14]** 5/17 11/14
14/21 22/5 25/10 27/20
34/21 36/4 38/10 38/12
47/2 52/13 53/7 56/12
**needed [3]** 20/17 33/12
52/4
**needing [1]** 55/20
**needs [2]** 8/17 19/7
**nephew [2]** 32/4 32/9
**never [6]** 6/15 15/10
25/6 25/7 26/25 42/16
**nevertheless [1]** 55/4
**new [22]** 5/4 5/8 5/11
5/11 6/10 6/13 7/7 7/7
14/17 23/24 24/20
24/21 25/16 36/23
37/13 37/14 37/14 43/1
47/5 47/21 54/19 55/9
**next [12]** 5/1 5/14 7/2
8/12 35/10 45/16 49/17
56/8 56/10 56/11 56/21
58/23
**nice [1]** 51/1
**no [15]** 1/5 4/24 5/5
11/8 21/14 24/2 29/22
39/24 42/6 45/5 46/12
46/13 50/10 52/20 54/1
**nobody [4]** 41/10 41/10
41/23 41/25
**Nobody's [1]** 41/24
**none [1]** 17/5

Case 1:24-cv-00655-PLF   Document 52   Filed 01/26/24   Page 67 of 71

**N**

North [1]  1/20
not [128]
note [2]  28/3 37/13 39/5
noted [1]  57/25
notes [1]  7/7
nothing [2]  28/7 40/1
notice [6]  4/6 32/7 37/13 37/18 37/20 37/25
now [10]  7/3 8/23 10/20 19/8 24/1 25/24 38/2 45/11 54/17 55/13
nowhere [2]  11/16 17/9
number [7]  8/3 8/4 9/19 26/12 26/14 38/6 41/2
numbers [2]  22/8 49/11
numerosity [4]  38/16 40/23 40/24 42/9
numerous [2]  42/10 42/19
nuts [1]  33/24
nutshell [1]  11/4
NW [3]  1/16 1/20 1/24

**O**

oath [1]  54/17
obtain [1]  28/2
obviously [2]  27/11 28/20
October [2]  54/24 55/1
October 2024 [1]  55/1
off [10]  25/3 25/5 25/15 28/17 29/8 29/9 41/14 47/4 58/16 59/4
offer [1]  30/7
OFFICE [1]  1/23
officer [15]  16/2 17/6 18/10 18/18 19/20 19/22 20/8 25/4 25/8 25/19 28/10 28/14 31/1 39/14 43/15
officer's [1]  17/8
officers [10]  17/4 18/3 18/15 19/8 19/11 39/16 44/14 44/15 44/18 46/13
Official [2]  2/3 60/9
often [1]  57/11
okay [7]  6/4 14/10 14/22 38/3 39/6 51/13 53/18
old [1]  14/18
once [3]  22/3 33/7 37/20
one [49]  7/19 8/5 8/18 9/11 9/14 11/11 13/19 13/21 15/4 16/22 18/5 18/12 19/6 19/6 24/12 24/12 24/14 24/14 26/1 26/1 26/9 26/9 26/9 26/23 28/23 29/1 29/1 29/3 31/18 31/25 31/25 32/8 32/15 32/15 32/19
32/19 39/20 39/20 40/5 44/3 46/10 49/19 50/10 51/11 51/14 51/15 52/13 54/15 55/12
one-fifth [1]  32/8
ones [1]  36/5
only [14]  4/9 7/21 8/5 10/20 17/3 25/15 26/9 33/23 34/14 38/24 42/13 44/13 44/19 45/10
open [3]  47/7 47/9 55/9
openings [1]  55/9
operational [1]  5/14
operations [2]  4/3 5/2
opinion [1]  42/1
oppose [2]  27/14 27/15 33/5
opposition [5]  7/10 17/15 40/7 41/7 43/3
option [1]  38/25
options [2]  23/8 24/22
oral [1]  36/25
order [43]  4/10 4/11 4/13 5/2 5/24 5/25 10/23 11/24 12/6 12/9 14/4 14/15 14/17 14/20 15/4 23/3 23/4 24/1 25/4 25/9 25/17 31/3 37/15 37/19 37/21 37/23 39/14 40/11 40/22 44/19 44/19 45/12 45/19 46/2 46/9 46/17 48/2 51/9 52/21 53/23 54/1 54/8 56/13
ordered [1]  39/16
ordering [2]  19/12 52/22
orders [1]  31/11
originally [1]  34/4
OSSE [23]  3/18 5/3 6/11 8/4 8/12 8/16 8/23 8/25 9/12 10/3 11/1 11/10 15/2 16/10 17/19 19/2 24/17 25/17 31/3 47/7 47/17 47/19 54/20
OSSE's [4]  16/9 17/17 19/12 28/5
other [37]  3/21 4/5 9/14 9/20 9/22 10/5 11/25 12/11 15/15 17/18 17/19 17/22 18/5 21/7 24/1 25/11 25/13 25/22 28/23 29/1 29/19 30/21 33/6 33/15 34/3 38/17 39/23 42/6 50/3 50/7 53/3 53/7 54/18 56/11 56/15 56/21 57/8
others [4]  30/2 53/9 53/9 55/7
otherwise [5]  21/1 42/25 45/15 46/4 56/21
ought [1]  4/15
our [46]  5/13 5/16 5/24 6/7 7/10 10/23 12/12 14/17 15/14 15/22 15/23 18/23 19/1 22/9 22/18 24/24 27/21

32/19 39/20 40/6
34/23 35/19 35/21 36/8
36/10 36/25 36/25
37/12 38/11 38/19 40/7
40/23 41/7 43/1 43/3
45/9 45/11 46/18 49/1
52/24 53/6 53/7 56/24
57/25 58/19
out [16]  8/20 13/15
20/7 21/13 22/5 22/5
23/1 24/9 25/24 28/18
28/19 32/7 46/24 49/13
50/20 53/20
outlining [1]  4/3
outs [1]  8/17
over [12]  3/23 5/1 6/14
8/3 8/3 8/18 10/17 19/9
28/12 30/4 49/1 49/14
overbroad [1]  41/19
own [5]  9/22 13/9 20/8
23/11 33/21

**P**

p.m [2]  1/6 49/9
page [5]  6/6 6/21 27/2 50/17 51/1
page 15 [1]  6/21
page 6 [1]  27/2
page 8 [1]  6/6
paid [1]  11/11
pandemic [1]  47/4
papers [3]  22/18 44/11 45/9
paragraph [7]  9/1 9/15 9/15 9/17 12/6 54/1 54/22
paraphrase [2]  26/7 26/24
paraphrasing [1]  27/2
parent [10]  9/18 9/18 10/1 15/11 21/24 22/4 22/7 35/21 36/9 40/8
parents [10]  3/25 7/3 9/21 15/9 15/15 21/21 22/1 22/6 23/17 52/10
parents' [2]  7/8 21/11
Park [4]  4/2 4/21 6/10 21/12 48/14 54/11
Park's [1]  34/19
part [5]  30/3 40/24 52/1 52/2 56/5
participating [2]  22/9 22/11
particular [3]  12/16 36/5 47/25
parties [4]  4/19 30/14 32/24 56/3
party [1]  4/16
pass [1]  30/4
passed [1]  54/15
patterns [1]  43/7
PAUL [1]  1/10
pay [2]  10/25 33/16
peak [1]  48/23
Peg [1]  3/6
pen [1]  52/19
people [20]  8/21 21/13 21/15 22/8 25/25 33/22

38/2 38/11 39/23 39/24
42/13 42/16 43/18 47/7
49/12 50/7 51/8 53/4
53/7 55/21
percent [2]  8/14 49/3
Perez [1]  19/24
perfect [1]  33/23
performance [1]  48/15
period [3]  6/14 25/21 27/8
periodic [1]  55/24
permit [1]  11/7
permits [1]  8/12
persist [2]  32/16
person [1]  48/6
personnel [1]  46/7
Petties [7]  26/2 26/3 26/23 27/10 28/22 33/5 55/24
ph [1]  26/22
phrase [1]  50/18
Pl [12]  7/10 11/21 13/11 13/24 14/4 14/15 17/16 22/18 23/25 30/12 36/10 39/12
picture [1]  11/18
pieces [2]  4/25 22/22
place [4]  8/25 15/7 23/6 55/6
plaintiff [7]  11/9 17/12 17/16 19/25 24/11 24/18 43/18
plaintiff's [1]  4/9
plaintiffs [59]  1/5 1/14 3/7 4/10 10/14 10/24 14/13 15/11 17/5 17/22 17/25 18/2 18/13 18/25 19/1 19/10 20/3 20/10 20/14 20/17 20/25 24/16 24/20 24/24 25/18 27/13 27/17 28/1 28/15 29/16 29/21 30/13 30/16 31/14 31/18 34/12 37/3 39/13 40/3 40/24 42/16 43/5 43/8 43/21 47/8 47/23 48/9 48/20 49/20 50/6 51/21 52/25 53/20 54/11 55/11 55/18 56/13 57/20 58/2
plaintiffs' [7]  4/21 5/21 7/12 30/24 30/25 31/13 37/6
plan [15]  4/23 4/25 22/23 23/11 23/14 23/17 23/17 37/20 45/3 45/4 45/23 48/4 48/7 54/12 58/21
plans [5]  4/3 16/11 22/25 54/19 54/20
plant [1]  44/5
please [1]  3/4
PLF [1]  1/5
PM [2]  35/8 59/9
pockets [1]  32/13
podium [1]  3/4
poem [1]  39/10
point [22]  6/6 6/21 12/5

24/24 26/5 27/12 27/16
34/1 34/14 39/21 40/5
42/14 43/20 44/25
48/16 48/19 49/1 53/4
54/2 54/3 54/6 54/8
pointed [1]  40/14
points [6]  35/13 36/24
40/23 43/3 45/21 54/1
policies [11]  16/15
17/19 18/6 19/2 19/13
25/1 25/5 25/10 28/5
31/3 32/17
policy [14]  14/5 14/9
14/25 16/16 28/9 49/21
49/23 49/24 50/19
50/22 51/18 51/18
51/21 53/10
political [1]  7/5
pooh [2]  7/13 7/13
pooh-pooh [1]  7/13
portions [1]  55/17
position [12]  4/21
18/24 20/15 30/24
30/25 31/13 31/25 37/4
37/6 44/13 50/21 50/21
positions [2]  30/15
58/20
possible [3]  6/17 6/24
58/1
possibly [2]  24/7 27/25
potted [1]  44/4
practic [1]  51/18
practical [2]  44/23
45/18
practically [1]  14/3
practice [13]  14/4 14/9
16/16 28/9 32/16 49/21
49/23 49/24 50/19
50/22 51/19 51/22
53/11
practices [4]  15/1
16/15 18/6 31/3
pre [2]  31/11 52/3
pre-hearing [1]  31/11
pre-K3 [1]  52/3
preceding [1]  9/15
Precisely [1]  9/24
preferable [1]  57/10
57/10 57/19
preliminary [18]  4/11
5/17 5/22 10/19 11/25
12/8 13/2 13/7 23/20
35/4 35/15 38/23 39/1
40/11 53/19 53/21 54/9
55/10
prepared [1]  36/21
present [1]  47/1
presentation [1]  4/22
presented [1]  45/25
pretty [1]  7/5
prior [1]  14/17
prioritize [1]  20/10
private [17]  8/1 8/2
8/13 8/15 8/24 9/3 9/6
21/10 22/13 22/14
24/18 30/8 32/5 33/13
39/15 39/18 48/18
problem [33]  10/17

**P**

**problem... [32]** 12/25
13/21 13/22 15/24
15/25 22/3 27/23 28/16
34/2 34/13 39/23 40/1
41/19 41/21 41/22
44/12 44/16 45/1 45/9
45/15 45/22 46/5 47/1
47/13 47/15 47/18
47/19 47/24 48/22
50/11 51/5 51/8
**problems [19]** 8/18
13/24 14/5 15/12 22/18
28/11 28/13 30/14
30/16 32/16 33/21
34/21 40/14 44/22 45/7
47/6 48/11 52/12 54/4
**procedures [4]** 25/1
25/6 25/10 43/9
**proceed [1]** 20/10
**proceeding [1]** 20/6
**proceedings [3]** 2/4
59/9 60/4
**process [8]** 7/1 23/24
24/23 26/10 27/25 28/5
36/8 48/3
**procure [2]** 5/7 5/11
**procurement [3]** 6/8
7/1 23/24
**procurements [1]**
47/21
**produced [1]** 2/5
**proffer [2]** 28/13 32/1
**program [13]** 7/8 9/4
9/18 9/19 9/21 10/2
10/13 21/11 21/24
21/25 21/25 22/4 22/7
**programs [3]** 10/4
22/12 49/12
**progress [1]** 55/5
**proof [1]** 46/1
**proper [1]** 41/3
**prophylactic [1]** 54/3
**propose [1]** 58/6
**proposed [13]** 4/10
4/11 5/24 6/9 10/23
10/24 14/3 14/15 37/14
37/14 53/23 56/13
58/23
**prove [3]** 12/13 12/16
12/21
**provide [13]** 16/3 16/10
16/23 16/24 17/19
18/20 24/8 35/24 40/8
41/5 46/15 52/6 52/15
**provided [4]** 37/18
44/21 46/5 46/10
**providers [1]** 33/16
**provision [1]** 52/20
**public [1]** 46/16
**publicly [1]** 15/25
**pulling [1]** 47/21
**purpose [3]** 9/10 21/1
26/8
**purposes [2]** 34/3
34/12
**push [1]** 8/13

put **[6]** 8/14 19/15 32/6
33/14 47/16 59/5
**puts [1]** 20/15

**Q**

**question [30]** 7/23 9/14
10/20 10/21 11/23 12/4
12/11 13/1 13/1 13/3
13/10 13/11 14/8 14/21
14/24 15/16 17/2 24/13
25/12 27/4 40/18 40/18
43/4 49/19 50/5 51/15
53/5 53/10 56/7 57/23
**questions [10]** 4/7 24/1
24/2 28/20 30/6 35/18
36/17 37/17 43/24 44/1
**quite [2]** 19/11 42/22

**R**

**raise [3]** 14/24 36/6
43/1
**raised [5]** 6/22 35/21
36/7 36/23 39/12
**range [1]** 55/3
**Raphael [1]** 4/2
**rate [1]** 10/8
**rates [3]** 48/24 49/6
49/7
**rather [5]** 31/21 36/1
37/17 38/16 57/4
**ratio [1]** 40/18
**rational [1]** 42/23
**RCR [2]** 2/3 60/9
**re [2]** 40/25 42/2
**reach [2]** 24/9 41/2
**reached [2]** 17/10
31/12
**read [4]** 7/17 14/16
42/3 42/21
**readily [1]** 34/2
**reading [1]** 5/13
**ready [2]** 9/10 50/1
**real [5]** 5/5 5/9 45/23
48/8 49/17
**realize [1]** 7/2
**realized [3]** 29/25 34/1
50/2
**really [17]** 4/23 5/12
6/13 7/25 14/4 17/8
20/14 22/16 25/2 26/10
29/8 34/2 38/14 38/15
43/22 54/12 54/13
**reason [2]** 29/17 39/18
**reasonable [2]** 25/20
45/18
**reasons [2]** 8/1 55/10
**recall [1]** 47/12
**receive [11]** 15/4 15/10
19/4 30/13 30/18 31/5
31/18 31/22 34/24 37/9
52/14
**received [2]** 16/1 30/19
**receiver [4]** 27/10
27/11 33/18 33/24
**receivership [1]** 33/9
**receives [1]** 15/11
**receiving [1]** 15/13
**recent [1]** 28/20

**recently [1]** 4/1
**recess [1]** 35/8
**recite [1]** 39/10
**recollection [1]** 33/19
**recommendations [3]**
11/3 23/11 48/3
**record [8]** 3/5 20/6
21/23 28/7 30/23 47/14
47/17 53/5
**recorded [1]** 2/4
**recounted [1]** 27/9
**recruit [1]** 7/25
**reduce [2]** 9/19 21/13
**reduces [2]** 7/14 10/16
**Reed [1]** 29/3
**regarding [1]** 4/7
**registry [2]** 33/17 34/7
**regular [2]** 5/2 32/6
**reimburse [1]** 10/3
**reimbursement [2]**
10/6 21/25
**relate [1]** 50/3
**related [9]** 15/3 15/4
15/21 16/3 16/18 18/20
18/21 35/24 46/15
**relating [1]** 17/2
**relatively [1]** 32/3
**reliable [2]** 17/20 41/6
**reliably [1]** 15/8
**reliance [1]** 21/13
**relief [82]**
**rely [1]** 29/15
**relying [1]** 53/15
**remaining [1]** 54/21
**remedial [1]** 52/20
**remedied [1]** 51/9
**remedy [1]** 44/13
**remember [2]** 8/3 34/4
**reminded [1]** 57/25
**repeated [1]** 24/11
**repeatedly [1]** 27/13
**report [3]** 47/2 56/2
56/3
**reported [3]** 49/2 49/10
49/11
**Reporter [1]** 2/3 2/3
60/9
**represent [4]** 31/5 37/8
43/18 52/25
**representative [1]** 40/2
**representatives [1]**
37/11
**representing [1]** 21/18
**request [5]** 10/25 11/4
11/5 11/12 28/7
**requested [1]** 24/25
**requests [1]** 12/5
**require [8]** 24/20 24/21
24/22 26/8 38/4 41/18
52/23 53/1
**requirement [1]** 23/5
**requirements [1]** 13/20
**requires [1]** 46/14
**requiring [1]** 46/3
**reserve [1]** 36/22
**resolution [1]** 54/5
**resolve [2]** 15/24 57/23
**resolved [1]** 55/18

**resolves [1]** 3/21
**resolving [1]** 3/21
**resources [4]** 6/25 9/3
16/13 24/19
**respect [6]** 4/11 4/12
37/16 43/11 55/2 55/25
**respectfully [2]** 12/15
23/2 48/7
**respond [2]** 27/14
36/22
**responded [1]** 40/9
**responding [1]** 4/7
**response [3]** 16/11
21/8 36/13
**Responses [1]** 36/17
**responsible [2]** 15/2
15/3
**rest [1]** 37/8
**result [2]** 30/10 45/2
**results [1]** 8/21
**review [2]** 34/18 43/6
**reviewing [1]** 4/20
**revised [2]** 41/17 46/10
**right [34]** 3/24 3/24 8/9
9/16 10/10 10/20 13/6
18/1 18/8 18/17 18/22
18/23 19/22 24/1 24/6
27/25 28/6 29/16 30/1
32/18 35/9 36/22 38/8
38/18 40/2 46/21 50/10
50/16 51/6 51/24 52/10
52/11 54/17 58/17
**RIGHTS [3]** 1/15 3/9
3/11
**ripe [1]** 56/23
**risk [1]** 55/12
**ROBERTSON [3]** 1/3
3/3 32/2
**Rose [1]** 1/15
**route [4]** 8/1 9/4 24/16
39/18
**routes [11]** 8/3 8/4 8/15
8/22 8/24 9/19 21/10
21/13 22/14 22/14
49/18
**routing [2]** 5/11 6/8
24/21 25/16 46/8 47/5
47/11 47/13 47/15
47/18 47/18 55/2
**RPR [2]** 2/3 60/9
**Rule [5]** 42/5 42/8
42/11 42/20 53/11
**Rule 23 [5]** 42/5 42/8
42/11 42/20 53/11
**rules [1]** 11/6 11/7
**rulings [1]** 33/8
**run [2]** 9/19 26/6
**rushed [1]** 6/19

**S**

**safe [2]** 17/21 41/6
**safely [2]** 15/19 34/25
**said [30]** 6/23 12/18
13/23 20/24 21/25
24/11 25/9 26/3 26/13
26/19 26/23 26/24 27/1
27/2 31/7 33/18 33/23
34/6 38/6 39/13 40/7

40/20 41/7 41/11 42/7
42/14 47/11 47/14
54/16 55/16
**same [11]** 10/8 12/24
13/21 25/22 37/1 37/7
44/11 50/14 50/17 51/1
55/8
**sanction [1]** 34/11
**sate [1]** 3/4
**satellite [2]** 13/25 25/1
**say [23]** 7/13 11/13
17/9 21/7 24/6 29/11
33/4 33/11 38/22 39/7
39/8 39/8 39/17 40/7
41/16 42/21 43/14 44/2
46/11 46/21 47/15
49/20 49/22 53/2 53/17
54/11 56/24 59/1 59/3
**saying [12]** 17/6 20/18
20/19 26/24 27/6 28/16
29/21 29/22 29/25
30/19 36/3 47/13
**says [14]** 8/16 9/2 9/4
17/3 18/17 18/17 19/14
25/4 25/19 26/15 28/14
40/1 44/12 52/20
**scale [1]** 26/11
**schedule [7]** 58/6 58/8
58/12 58/13 58/15
58/24 59/2
**scheduling [2]** 57/24
58/18
**school [32]** 5/14 7/2
8/6 8/12 12/3 12/3
15/10 15/18 21/3 21/16
23/7 24/17 25/3 25/5
25/15 25/20 25/23 30/8
32/8 47/3 48/12 48/12
49/5 50/9 52/3 54/19
54/22 54/24 56/5 56/5
57/3 57/13
**scope [1]** 23/4
**Seat [1]** 25/8
**second [4]** 4/2 41/13
41/15 54/10
**secondly [1]** 46/2
**Section [1]** 54/2
**Section 504 [1]** 54/2
**see [11]** 14/4 16/6
25/12 39/24 45/23 48/5
50/17 54/16 55/24 56/5
56/17
**seek [10]** 12/17 17/22
19/25 20/25 26/9 37/8
40/3 49/22 52/10 52/25
**seeking [11]** 5/7 30/20
30/25 31/1 31/4 31/19
34/23 38/22 51/24 53/8
53/8
**seeks [1]** 51/24
**seem [4]** 23/17 32/13
39/22 51/10
**seems [5]** 12/13 35/19
54/11
**seen [1]** 18/10
**self [1]** 10/2
**self-transport [1]** 10/12
**semantics [1]** 50/16

**S**

semester [2] 45/16 45/16
send [1] 12/22
sense [9] 5/9 28/1 46/8 47/12 50/7 51/7 51/7 54/6 57/3
sensible [1] 45/18
sent [1] 32/9
separate [3] 14/15 50/3 52/5
separated [1] 50/13
September [5] 57/8 57/9 57/22 58/11 59/5
September 4th [2] 58/11 59/5
September 4th at [1] 57/22
serious [1] 44/9
service [9] 9/6 15/3 15/5 15/7 15/8 15/21 16/3 16/18 35/24
services [14] 15/6 16/25 18/20 18/21 31/5 32/6 32/7 38/13 46/15 49/13 51/23 52/1 52/2 52/16
serving [1] 8/5
set [8] 5/18 36/1 36/3 56/17 57/3 58/5 58/11 58/13
settle [1] 33/20
settlement [1] 54/5
several [2] 3/23 44/20
severe [1] 32/9
shall [1] 26/17
shared [1] 51/8
she [2] 28/11 32/7
shift [1] 8/24
Shira [1] 3/12
Shoemaker [1] 3/7
short [3] 23/6 32/18 55/5
short-term [2] 23/6 55/5
shortage [2] 7/16 47/4
shortly [1] 32/14
should [12] 11/21 12/22 14/2 14/13 16/20 18/16 38/7 39/17 43/11 47/25 50/13 58/16
shouldn't [2] 18/9 54/25
show [18] 11/13 12/1 12/2 12/7 22/18 24/24 27/18 27/19 27/19 30/13 32/22 34/20 40/24 43/22 46/18 47/24 51/6 53/5
shown [6] 28/1 30/12 32/24 35/23 44/17 51/7
shows [2] 30/23 48/20
side [5] 12/11 39/23 39/24 56/11 56/12
sides [2] 3/22 50/24
sign [2] 21/15 37/22
significant [1] 13/16

significantly [4] 16/24 48/16 48/18 49/4
silent [1] 35/11
silly [1] 34/10
similar [1] 10/5
similarly [2] 17/18 40/13
simplified [1] 23/23
simply [1] 46/14
since [7] 3/19 3/23 14/14 18/17 29/13 30/11 39/12
single [3] 12/7 15/6 49/21
singular [1] 51/18
sit [1] 34/11
sitting [1] 34/3
situated [1] 17/18
situation [2] 19/15 19/22
six [1] 47/21
Sixth [1] 1/24
slash [1] 13/2
slightly [1] 43/2
smooth [2] 52/1 52/5
smorgasbord [2] 12/18 40/21
so [92]
software [4] 5/8 5/11 23/21 23/24
solution [7] 7/24 16/21 33/3 45/19 46/3 46/12 46/13
solve [1] 34/13
solved [4] 13/21 32/15 39/19 45/10
some [47] 3/21 3/22 3/25 4/1 4/5 4/7 5/17 10/9 10/10 10/12 11/2 11/3 12/19 13/6 13/11 14/5 16/10 19/14 19/18 21/18 22/16 22/22 24/8 26/21 29/19 30/12 39/17 41/8 42/6 43/5 43/21 48/2 51/3 51/5 51/8 52/15 53/25 54/3 54/5 54/14 55/7 55/7 55/15 55/16 55/17 55/17 56/8
somebody [1] 26/5
somehow [5] 31/25 50/3 50/14 50/14 59/4
something [15] 6/18 19/5 19/6 20/23 24/10 24/12 24/14 29/4 39/16 42/15 45/13 50/9 50/10 56/12 58/23
sometimes [2] 15/9 40/16
somewhat [1] 47/20
somewhere [1] 18/17
son [1] 17/16
soon [1] 31/13
Sorry [1] 27/3
sort [19] 5/2 10/7 20/22 22/4 22/9 25/2 28/4 28/4 32/15 33/11 33/12 36/2 41/8 42/15 48/23

sought [8] 17/12 17/13 17/17 17/23 19/1 37/4 49/25 53/6
sound [2] 37/17 48/4
sounds [4] 7/3 29/25 48/5 58/25
sources [1] 51/17
speak [2] 7/25 22/13
speaking [1] 31/21
specific [8] 6/17 6/22 6/25 30/6 44/19 44/25 45/21 54/23
specifically [5] 8/4 9/10 25/8 45/21 45/25
specificity [2] 6/1 35/25
specified [2] 25/7 25/7
spend [1] 11/1
spent [1] 47/9
spinning [1] 29/10
spoke [1] 26/13
spoken [2] 26/21 33/1
spots [1] 8/24
spring [4] 22/17 22/19 32/3 34/19
St [1] 1/20
stable [1] 32/3
Stacy [4] 2/3 60/3 60/8 60/9
staffing [1] 49/12
stage [2] 13/24 21/18
stakeholder [1] 47/9
standard [2] 10/8 40/19
standing [2] 30/22 39/25
start [1] 14/23
started [4] 10/5 15/24 27/6 32/4
starts [1] 21/16
state [1] 58/3
stated [2] 29/17 49/16
STATES [3] 1/1 1/11 3/13
stating [1] 17/25
stats [1] 49/10
status [9] 1/10 55/24 55/25 56/1 56/3 56/17 56/22 57/15 58/11
statute [2] 18/17 26/19
stemmatic [1] 13/7
stenography [1] 2/4
steps [2] 6/9 56/1
still [8] 5/17 19/18 20/19 24/24 28/8 40/16 44/21 45/12
stipend [8] 7/8 9/18 9/18 21/11 21/24 21/24 22/4 22/7
stop [5] 25/12 32/14 40/22 43/24 48/10
straights [1] 26/5
Street [2] 1/16 1/24
strike [1] 23/12
string [1] 52/9
strong [1] 7/5
structural [6] 52/9

**[column continues]**

52/12 52/23 53/1 53/8 53/14
student [4] 18/7 19/6 52/4 52/13
student's [2] 15/3 16/3
students [22] 8/14 15/4 16/25 17/4 17/10 17/20 17/23 18/5 19/3 21/2 21/15 31/4 37/24 38/3 38/7 38/10 39/17 39/19 41/4 41/17 47/9 52/1
stuff [1] 55/21
subject [1] 38/13
submit [11] 11/21 14/16 23/11 32/1 37/20 41/13 43/23 52/24 56/12 58/9 58/19
submitted [13] 4/21 5/19 15/15 16/7 21/11 23/4 30/11 34/18 36/10 37/14 37/15 40/14 48/7
submitting [1] 30/15
substantial [1] 54/4
suburbs [1] 7/21
succeed [1] 13/8
succeeding [2] 12/5 53/22
success [3] 12/1 12/7 46/19
such [8] 26/3 26/5 26/17 39/18 39/18 41/2 52/21 53/1
sufficient [1] 22/3
suggest [1] 56/15
suggesting [1] 39/15
suggests [2] 29/15 29/18
Suite [1] 1/24
Sullivan [1] 3/10
summary [1] 55/15
summer [2] 32/4 32/8
superintendent [3] 4/3 6/11 33/19
supervision [1] 34/8
supplement [1] 6/7
supplemental [9] 4/2 11/15 20/16 36/14 40/13 40/20 43/1 54/10 57/25
supplemented [1] 11/16
supply [2] 49/13 49/14
support [2] 9/4 36/10
supported [1] 46/11
suppose [3] 11/1 18/11 55/22
supposed [2] 11/17 52/15
supposedly [1] 6/7
supposedly-missing [1] 6/7
Supreme [1] 19/24
sure [13] 6/12 9/4 9/8 14/19 16/10 30/8 35/14 36/20 50/2 54/7 56/20 57/17 58/10
synonymous [1] 49/25
system [33] 5/12 5/12

**[column continues]**

6/8 6/13 6/16 12/13 12/14 12/21 15/7 16/4 21/14 22/6 22/16 24/21 25/16 26/16 28/11 28/13 34/23 39/24 39/25 40/8 44/9 46/25 47/5 47/23 50/8 50/15 50/15 52/15 53/13 55/2 57/13
system-wide [2] 28/11 28/13
systemic [42] 13/1 13/10 13/14 14/24 14/25 15/20 16/16 18/1 18/4 18/5 19/7 19/12 20/11 20/23 20/25 23/25 24/8 26/4 26/13 26/25 27/6 28/11 31/8 32/18 44/12 44/19 45/9 45/22 47/1 47/24 49/22 49/24 49/25 50/7 50/8 50/20 50/23 51/11 52/8 52/12 52/3 53/13

**T**

table [1] 33/13
tailored [8] 12/17 27/20 33/2 35/20 45/13 45/24 46/10 53/24
take [11] 8/21 21/13 22/1 23/10 24/15 26/16 30/9 35/6 35/19 55/6 56/9
taken [2] 8/2 35/8
taking [2] 25/23 49/7
talk [13] 4/13 5/16 5/23 10/20 14/12 21/12 23/22 24/4 29/10 35/7 35/9 35/12 58/15
talked [1] 51/2
talking [4] 3/20 10/19 40/10 58/18
talks [2] 9/16 54/22
Tanya [1] 57/21
Tatel [8] 20/23 26/7 26/12 28/22 28/23 29/3 44/25 51/20
Tatel's [1] 52/17
teachers [1] 7/21
team [3] 6/11 38/19 52/1
technology [1] 6/13
tell [4] 9/9 45/20 50/1 56/10
telling [1] 47/16
ten [2] 32/8 35/6
term [6] 23/6 42/7 42/8 50/6 55/5 55/6
terminal [4] 48/19 49/3 49/9 55/9
terms [4] 4/14 32/3 51/16 54/9
testimony [4] 4/4 6/22 16/1 34/18
testing [1] 6/14
text [2] 24/10 40/8
than [12] 4/16 23/3 23/3 36/1 40/17 47/22 49/3 49/4 56/15 56/21 57/4 57/8

**T**

**Thank [8]** 3/13 3/14 5/20 6/5 24/5 46/20 59/6 59/7
**Thanks [2]** 46/23 59/8
**that [482]**
**that's [40]** 3/22 6/2 7/4 11/5 12/15 13/16 14/8 14/21 15/11 18/23 19/23 20/23 23/21 26/2 28/14 28/15 29/2 29/3 30/21 30/22 34/14 34/18 36/19 38/1 38/8 38/18 41/9 41/11 45/22 46/11 46/17 48/12 51/2 52/15 53/4 53/16 54/25 55/3 55/22 58/21
**their [35]** 9/22 10/1 11/16 12/5 12/8 13/22 13/24 14/3 14/15 15/17 17/13 17/15 19/2 20/8 20/11 20/16 21/21 23/18 23/22 24/11 24/16 30/15 36/8 37/9 40/6 41/4 41/18 42/17 43/15 49/22 50/12 50/20 50/22 52/14 53/21
**them [24]** 8/19 9/23 13/15 15/18 20/15 22/5 24/10 24/17 24/25 25/7 25/7 25/9 28/6 28/15 30/9 34/24 39/14 43/22 43/25 44/20 46/15 50/4 50/18 53/6
**themselves [2]** 7/13 17/23
**then [21]** 4/1 6/14 10/3 11/2 12/17 18/11 22/2 25/10 25/16 26/21 32/14 35/6 38/13 41/10 43/9 46/2 49/22 52/8 52/18 54/19 58/5
**there [79]**
**there's [32]** 4/24 5/8 7/10 8/1 8/11 11/8 11/19 17/9 26/20 26/21 28/25 29/19 36/5 39/23 39/24 40/1 40/17 40/18 40/18 40/23 41/5 41/25 43/7 44/7 46/12 46/13 48/22 48/22 50/19 51/5 52/14 57/11
**thereafter [1]** 32/14
**therefore [7]** 7/15 9/20 12/22 19/16 50/10 50/22 54/15
**these [21]** 4/24 11/15 11/17 12/5 12/20 24/19 26/1 27/24 30/10 33/6 35/3 40/19 40/20 43/4 44/14 44/20 46/13 46/14 51/16 54/7 55/10
**they [130]**
**they'll [1]** 25/10
**they're [16]** 12/2 12/8 12/21 16/14 20/18

20/19 21/19 29/16 30/1 31/6 44/21 50/13 50/23 53/8 53/8 53/23
**they've [8]** 11/14 12/7 16/5 16/12 25/7 40/9 40/14 40/14
**thing [14]** 4/9 12/8 12/16 13/16 18/24 33/4 33/23 43/19 48/1 50/14 51/11 51/11 53/2 56/21
**things [33]** 3/21 4/5 4/24 5/4 6/15 7/6 11/25 21/7 21/19 29/21 32/13 33/16 35/22 36/4 38/17 43/15 47/5 47/6 48/8 49/15 53/25 54/5 54/7 54/14 54/17 54/18 55/6 55/7 55/7 55/15 55/25 56/5 56/17
**think [74]**
**thinking [2]** 29/4 29/5
**thinks [1]** 56/21
**this [112]**
**those [33]** 5/2 5/6 8/21 8/24 10/22 11/20 15/12 16/14 16/22 17/24 17/25 18/1 18/4 19/9 20/12 22/12 22/16 22/25 23/10 27/17 28/12 30/2 31/9 31/15 32/16 33/11 38/13 38/20 39/19 45/21 47/6 48/24 54/5
**though [1]** 39/22
**thought [3]** 29/1 34/12 45/18
**thoughts [1]** 5/24
**thousand [2]** 22/10 22/11
**three [3]** 8/5 45/6 55/4
**three-year [1]** 45/6
**through [9]** 6/2 24/23 26/9 37/24 38/4 43/8 45/16 54/4 55/19
**throughout [2]** 22/19 49/20
**thrown [1]** 11/14
**tied [1]** 10/7
**time [37]** 6/22 7/4 7/18 10/8 10/25 12/25 15/17 15/18 15/19 21/17 24/17 25/3 25/5 25/15 25/20 25/20 25/21 25/24 27/9 28/19 30/3 31/12 33/8 33/18 34/15 38/6 41/1 44/12 46/6 47/12 48/19 48/21 48/24 49/4 54/7 57/17 58/4
**timeline [1]** 6/20
**timeliness [1]** 46/6
**timely [1]** 15/10
**times [2]** 27/15 40/17
**today [14]** 4/16 32/2 33/1 35/11 36/21 44/5 45/8 48/8 51/2 51/20 58/21 58/22 58/22 59/1
**told [1]** 25/25

too [2] 13/10 43/17 53/24
**took [2]** 8/3 26/19
**top [1]** 27/6
**topics [1]** 35/18
**total [1]** 9/19
**totally [2]** 6/13 49/19
**touched [1]** 29/20
**towards [1]** 21/19
**traditional [1]** 52/3
**transcript [3]** 1/10 2/4 4/4
**transcription [2]** 2/5 60/4
**transition [2]** 52/1 52/5
**transport [3]** 9/22 9/23 10/2
**transportation [36]** 9/6 9/7 10/1 15/2 15/6 15/8 15/10 15/12 15/13 15/17 16/12 16/16 16/25 17/20 17/21 19/3 19/4 22/6 31/5 32/3 32/5 32/6 32/7 32/21 33/20 34/15 34/24 35/24 38/4 38/11 38/12 41/6 41/18 44/9 46/16 51/22 57/12
**transported [1]** 39/17
**trial [1]** 55/20
**tried [6]** 6/17 12/12 23/12 43/3 45/12 45/17
**trouble [1]** 12/19
**true [4]** 25/9 25/14 33/4 43/20
**try [2]** 46/17 57/22
**trying [4]** 12/21 15/20 34/21 47/10
**Tuesday [1]** 58/22 58/22
**turn [2]** 35/16 40/22
**two [11]** 13/20 18/15 28/24 28/25 30/14 30/15 32/7 35/13 44/11 49/17 50/2
**type [1]** 37/19
**types [1]** 36/3
**typical [3]** 31/22 37/7 43/18
**typicality [3]** 36/25 38/16 43/6

**U**

**Uber [1]** 10/11
**Ubers [1]** 10/8
**ultimately [3]** 33/14 36/23 46/7
**unclear [1]** 22/14
**under [12]** 17/7 19/18 19/25 22/9 22/11 27/7 29/19 31/20 37/23 38/23 54/17 56/9
**undermine [1]** 21/1
**understand [12]** 5/2 20/6 23/9 23/16 32/12 35/1 35/17 42/3 42/4 42/22 48/9 57/13
**understandable [1]** 42/22

understanding [3] 15/22 22/9 55/19
**undisputed [1]** 38/7
**unfettered [1]** 36/2
**uniform [1]** 49/21
**union [1]** 8/6
**unique [1]** 7/19
**UNITED [3]** 1/1 1/11 3/12
**universally [1]** 18/3
**unknown [1]** 48/3
**unless [6]** 8/19 19/1 30/5 38/14 55/18 56/21
**unlike [1]** 27/21
**unrealistic [2]** 6/18 53/25 54/8
**unrelated [1]** 49/19
**unsurmountable [1]** 34/2
**until [6]** 5/14 15/12 16/6 19/2 32/16 55/8
**up [22]** 4/14 7/15 8/7 8/14 9/4 9/5 9/20 10/16 13/4 21/15 29/13 30/9 33/3 34/4 34/5 38/17 39/7 41/1 45/13 45/17 47/21 55/18
**upcoming [1]** 56/4
**updates [1]** 4/15
**upfront [1]** 22/2
**upon [3]** 58/13 58/23 59/2
**URBAN [1]** 1/15
**urgency [6]** 5/9 5/13 45/5 47/20 47/20 48/4
**urgent [2]** 21/20 47/2
**us [7]** 6/19 14/20 22/15 27/9 30/17 30/21 46/23
**use [9]** 7/9 7/14 8/6 16/13 21/19 42/7 42/8 50/6 50/12
**used [3]** 9/11 34/11 50/24
**useful [3]** 34/11 55/12 55/23
**using [4]** 22/7 23/21 23/23 50/4
**usual [1]** 43/8
**usually [1]** 42/22

**V**

**valid [2]** 13/23 42/14
**variety [1]** 16/19
**various [1]** 51/24
**vehemently [1]** 19/10
**vendor [2]** 6/12 8/24
**vendors [3]** 8/1 8/2 47/21
**verb [2]** 9/5 9/9
**versus [1]** 3/3
**very [17]** 9/16 13/16 20/24 21/17 21/15 29/14 30/9 33/18 39/21 43/16 44/7 44/23 44/25 45/12 47/7 52/2 54/14
**via [1]** 39/18
**viable [1]** 14/3
**view [4]** 10/23 35/20

39/15 55/15
**violation [11]** 12/17 16/22 16/23 27/18 27/19 32/25 32/25 40/4 40/8 41/8 52/6
**violations [4]** 33/15 52/6 52/23 52/24
**Virginia [1]** 7/21
**vs [1]** 1/6

**W**

**waiting [1]** 8/21
**Wakschlag [1]** 3/12
**wall [1]** 11/15
**Walmart [2]** 51/19 53/11
**wandering [1]** 11/10
**want [45]** 4/13 6/23 7/3 7/13 9/22 10/15 10/18 11/13 12/19 13/13 14/14 21/7 24/3 24/6 24/15 25/2 27/10 28/17 28/18 29/7 29/8 29/9 29/9 29/10 29/22 31/7 31/24 34/22 36/6 36/11 39/8 39/24 43/10 43/14 44/2 44/4 46/21 48/5 50/16 51/13 53/17 55/16 58/8 58/22 59/3
**wanted [5]** 20/19 27/11 35/13 37/13 39/5
**wants [4]** 4/16 29/11 56/12 56/24
**Warner [5]** 1/19 3/6 13/14 35/11 47/11
**was [36]** 3/20 4/6 4/6 4/21 12/16 13/21 14/16 16/6 17/3 17/4 20/1 20/1 21/2 25/16 26/12 29/3 31/3 31/8 33/22 33/23 33/25 34/2 34/3 34/9 35/8 36/2 37/15 39/12 43/22 45/13 45/18 47/3 47/3 49/18 52/6 58/3
**Washington [7]** 1/8 1/15 1/17 1/20 1/25 3/9 3/11
**wasn't [6]** 19/4 19/5 24/25 27/11 34/9 43/23
**Wasserstein [1]** 3/17
**way [19]** 9/11 10/5 13/23 14/7 16/21 19/16 25/15 25/24 29/20 29/23 33/14 35/5 41/2 42/17 43/2 43/5 43/10 50/24 51/25
**ways [5]** 5/24 9/22 12/14 23/20 51/24
**we [190]**
**we'd [1]** 11/3
**we'll [5]** 10/20 35/7 54/20 57/22 58/11
**we're [20]** 5/8 5/12 10/19 13/1 13/3 15/20 16/17 25/25 26/1 26/24 27/6 29/21 29/22 30/20 34/21 37/11 48/6 50/17

# W

**we're... [2]** 55/20 58/17
**we've [5]** 12/18 14/12 36/24 51/20 57/16
**Wednesday [1]** 57/22
**week [15]** 38/20 56/8 56/25 57/2 57/4 57/4 57/6 57/7 57/7 57/9 57/11 57/12 57/14 58/23 59/1
**weeks [2]** 38/19 49/17
**weigh [2]** 20/8 51/13
**welcome [2]** 4/17 29/12
**well [19]** 6/2 7/22 9/16 11/5 11/6 11/24 14/17 14/19 18/8 20/22 23/7 25/9 29/3 32/25 38/21 45/23 48/14 55/5 55/24
**well-worn [1]** 20/22
**were [35]** 3/20 3/23 3/25 4/1 4/20 8/5 11/8 12/25 19/12 20/11 20/13 22/13 22/17 25/14 25/15 27/9 28/5 31/9 31/10 31/11 31/12 31/14 31/21 33/15 35/21 36/7 36/9 37/2 37/3 41/17 48/15 48/17 48/24 51/1 51/25
**weren't [2]** 48/25 52/5
**what [70]**
**what's [5]** 28/23 32/23 51/16 56/4 58/21
**whatever [1]** 29/11
**wheels [1]** 29/10
**when [21]** 5/6 6/8 13/13 14/3 15/11 21/15 26/15 26/16 27/15 32/4 34/1 34/11 41/2 41/3 42/9 44/24 48/23 52/12 52/14 52/23 56/23
**where [14]** 12/6 14/21 19/25 28/6 32/13 40/7 41/22 42/4 47/14 48/3 50/18 52/19 54/7 55/20
**whether [19]** 11/18 11/19 11/19 13/4 15/16 22/3 23/21 28/8 30/18 34/4 37/2 37/4 38/10 42/10 43/21 50/2 50/3 54/2 58/15
**which [48]** 4/6 7/24 8/5 8/11 8/12 8/14 8/20 8/21 9/12 10/13 10/16 11/8 11/24 12/25 13/15 13/21 17/14 18/5 18/24 21/2 22/1 23/22 24/11 26/10 27/12 28/22 31/3 31/5 31/23 32/10 32/12 33/1 33/24 36/17 37/16 38/7 39/21 48/2 49/25 50/17 51/22 52/18 53/4 53/5 54/15 54/23 55/1 55/23
**whichever [1]** 4/16
**while [4]** 4/22 21/12

29/16 39/8

**White [3]** 40/25 42/1 42/2
**who [33]** 4/24 6/10 7/3 8/1 8/7 10/12 10/12 10/13 11/11 13/20 15/15 21/3 21/21 22/13 22/24 23/18 24/3 32/2 32/2 33/22 38/4 38/13 41/5 41/17 42/13 43/8 43/11 43/19 44/16 44/18 44/20 47/8 51/9
**who's [1]** 6/12
**whole [4]** 12/13 12/14 12/21 51/12
**whom [2]** 10/9 38/11
**whose [1]** 16/8
**why [8]** 5/17 8/1 16/8 21/24 27/5 35/6 48/9 58/10
**wide [3]** 28/11 28/13 53/13
**will [60]** 1/19 5/6 6/6 6/8 6/10 6/10 6/11 6/14 6/21 7/5 8/14 8/17 8/23 9/4 9/11 9/13 9/19 10/3 10/23 12/13 15/17 15/17 15/18 21/12 21/13 21/15 21/15 21/19 22/14 22/25 23/5 23/20 24/3 25/11 25/12 25/13 28/3 30/4 32/1 33/2 33/24 34/24 36/4 38/22 40/22 45/15 47/23 48/1 49/17 51/15 53/5 54/20 55/5 55/6 55/9 55/16 56/2 56/7 56/8 58/4
**willing [1]** 34/8
**win [5]** 13/8 41/23 42/18 42/18 42/18
**wind [1]** 55/18
**windows [1]** 32/13
**wins [2]** 41/9 42/11
**within [7]** 23/15 25/20 42/10 42/19 45/23 53/25 54/8
**without [4]** 6/17 20/1 20/4 32/7
**witnesses [2]** 28/6 28/11
**won [1]** 20/18
**won't [1]** 42/21
**wondering [1]** 57/3
**work [9]** 6/14 10/12 21/19 22/24 23/14 23/15 33/2 45/19 45/20
**worked [1]** 33/22
**working [5]** 6/11 22/5 23/9 32/13 32/14
**works [3]** 8/2 9/11 12/15
**world [1]** 11/8
**worn [1]** 20/22
**would [45]** 3/20 5/13 5/25 11/7 11/9 11/9 11/21 14/6 14/16 19/3 19/19 19/21 20/5 21/1

21/15 25/17 27/12 28/10 28/16 30/7 30/9 31/20 32/20 32/21 34/12 36/22 37/19 37/22 37/25 38/24 39/10 39/14 41/13 41/19 45/14 51/1 51/3 52/17 55/12 55/23 57/3 57/9 57/19 58/15
**wouldn't [5]** 26/7 26/7 32/20 41/18 54/16
**writing [1]** 36/22
**written [1]** 37/12
**wrong [2]** 13/10 17/6 50/9
**wrote [3]** 26/20 29/1 29/3

# X

**XYZ [1]** 25/23

# Y

**Yeah [1]** 42/3
**year [32]** 4/4 5/5 5/14 7/2 7/2 7/10 7/24 8/4 8/9 8/11 8/12 8/23 9/2 23/7 23/8 45/6 47/3 47/21 48/12 48/12 48/25 49/5 49/18 54/19 54/22 54/23 54/24 54/24 55/1 55/3 56/5 56/5
**years [5]** 8/18 10/17 47/10 49/14 55/4
**yes [14]** 9/8 9/25 12/10 27/5 28/22 29/13 40/12 40/15 42/24 43/3 47/18 48/18 55/2 59/1
**yesterday [1]** 36/14
**yet [3]** 16/4 28/7 50/1
**you [87]**
**You'll [1]** 58/12
**you're [11]** 7/20 13/6 13/10 18/8 29/11 39/8 40/10 43/17 50/4 51/2 53/14
**you've [2]** 4/14 18/20 25/18
**youngest [1]** 52/2
**your [54]** 3/4 3/6 3/15 4/19 5/19 6/2 6/5 7/4 7/23 9/8 9/24 12/10 13/6 14/24 18/23 19/23 20/21 21/16 26/23 27/1 27/5 28/21 29/13 30/5 31/7 33/8 34/17 35/12 35/18 36/11 36/19 37/17 38/18 38/22 38/24 39/8 40/1 40/12 42/24 44/3 44/5 45/12 47/14 48/18 49/20 50/1 52/1 57/1 58/15 58/23 59/1 59/5 59/6 59/7

# Z

**Zeisel [1]** 3/10
**zero [2]** 41/3 42/14
**Zoom [1]** 3/11