UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CRYSTAL ROBERTSON, on behalf of herself and her minor child D.R.; | ) ) ) |
| ELIZABETH DAGGETT, on behalf of herself and her minor child H.D.; | ) ) ) |
| JOANN MCCRAY, on behalf of herself and her minor child J.C.; | ) ) ) |
| VERONICA GUERRERO, on behalf of herself and her minor child A.F.; | ) ) ) |
| MARCIA CANNON-CLARK AND DAVID CLARK, on behalf of themselves and their minor child B.R.C.; and | ) ) ) ) |
| THE ARC OF THE UNITED STATES | ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| DISTRICT OF COLUMBIA, | ) ) |
| Defendant. | ) ) ) |

Civil Action No. 24-0656 (PLF)

ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that defendant's Partial Motion to Dismiss [Dkt. No. 58] is

GRANTED IN PART and DENIED IN PART.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 1\16\25