# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CRYSTAL ROBERTSON, on behalf of herself and her minor child D.R.; <br><br> ELIZABETH DAGGETT, on behalf of herself and her minor child H.D.; <br><br> JOANN MCCRAY, on behalf of herself and her minor child J.C.; <br><br> VERONICA GUERRERO, on behalf of herself and her minor child A.F.; <br><br> MARCIA CANNON-CLARK AND DAVID CLARK, on behalf of themselves and their minor child B.R.C.; and <br><br> THE ARC OF THE UNITED STATES, <br><br>         Plaintiffs, <br>    v. <br><br> DISTRICT OF COLUMBIA, <br><br>         Defendant. | Case No. 1:24-cv-00656 (PLF) <br><br><br><br><br><br><br><br> JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER |

**CONSENT MOTION FOR ENTRY OF PROTECTIVE ORDER**

Pursuant to Federal Rule of Civil Procedure 26(c), Plaintiffs move for the entry of a protective order in this case. The parties have conferred as to the contents of that order, and the District consents to the relief requested herein. A copy of the proposed protective order is attached hereto as Exhibit 1. Plaintiffs therefore respectfully move for adoption of that order for the reasons described below.

**DISCUSSION**

The Court may, for good cause, issue a protective order governing the disclosure of information in any of a variety of circumstances. *See* Fed. R. Civ. P. 26(c)(1); *see also Klayman*

*v. Judicial Watch, Inc.*, 247 F.R.D. 19, 23 (D.D.C. 2007) (explaining that such a showing of good cause must be supported by specific facts).

Good cause exists for the entry of a protective order here. This case involves confidential information including but not limited to: (1) personal identifiable information such as home addresses, telephone numbers, dates of birth, social security numbers, and other sensitive data; (2) information protected by or specifically prohibited from release by statutes or regulations; and (3) other information the movants jointly agree should be subject to the terms of the attached proposed order. Entry of the attached protective order will therefore facilitate resolution of this case.

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court enter the attached protective order.

Dated: April 7, 2025

Respectfully submitted,

|  |  |
|---|---|
| Dated: April 7, 2025. | Respectfully submitted, |
| /s/ *Kaitlin R. Banner*<br>Kaitlin R. Banner, D.C. Bar No. 1000436<br>Chelsea Sullivan, D.C. Bar No. 90017708<br>WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS<br>700 14th Street, N.W., Suite 400<br>Washington, DC 20005<br>(202) 319-1000<br>kaitlin_banner@washlaw.org<br>chelsea_sullivan@washlaw.org<br><br>Katherine Zeisel DC Bar No. 979552<br>CHILDREN'S LAW CENTER<br>501 3rd St, NW, 8th Floor<br>Washington, DC 20001 | /s/ *Margaret H. Warner*<br>Margaret H. Warner, D.C. Bar No. 359009<br>Eugene I. Goldman, D.C. Bar No. 9399959<br>Christopher M. Shoemaker, D.C. Bar No. 90019351<br>Theresa M. Babendreier, D.C. Bar No. 90005505<br>MCDERMOTT WILL & EMERY LLP<br>500 North Capitol Street NW<br>Washington, DC 20001<br>(202) 756-8400<br>mwarner@mwe.com<br>egoldman@mwe.com<br>cshoemaker@mwe.com<br>tbabendreier@mwe.com |

(202) 267-4900  
kzeisel@childrenslawcenter.org

*Counsel for Plaintiffs*

Right column:

Shira Wakschlag, D.C. Bar No. 1025737  
Evan Monod, D.C. Bar No. 1764961  
THE ARC OF THE UNITED STATES  
2000 Pennsylvania Ave. NW  
Washington, D.C. 20006  
(202) 534-3708  
wakschlag@thearc.org  
monod@thearc.org