UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CRYSTAL ROBERTSON, on behalf of herself and her minor child D.R.; <br><br> ELIZABETH DAGGETT, on behalf of herself and her minor child H.D.; <br><br> JOANN MCCRAY, on behalf of herself and her minor child J.C.; <br><br> VERONICA GUERRERO, on behalf of herself and her minor child A.F.; <br><br> MARCIA CANNON-CLARK AND DAVID CLARK, on behalf of themselves and their minor child B.R.C.; and <br><br> THE ARC OF THE UNITED STATES <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br><br> Defendant. | Civil Action No. 24-0656 (PLF) |

MEMORANDUM OPINION AND ORDER

    On April 11, 2025, the Court ordered the District to send a Notice to the parents of any students who may have their personally identifiable information disclosed if the Court orders production of trip tickets generated during the 2024-2025 school year. See Order of April 11, 2025 [Dkt. No. 91] at 2-4. The Court ordered the District to allow a 14-day objection period following distribution of the Notice. See id. at 3-4. The Court further ordered that the parties file a joint status report on or before May 28, 2025, advising the Court of (i) the potential

production of the trip tickets, (ii) the number of objections that were lodged, and (iii) a suggested procedure for handling trip tickets to which objections were lodged.  See id. at 4.

On May 28, 2025, the parties filed a joint status report advising the Court that the District distributed the Notice on April 29, 2025, and families were given until May 16, 2025 to object to the disclosure of their students' personally identifiable information.  See May 28, 2025 Joint Status Report [Dkt. No. 95] at 1.  According to the report, the District received 297 objections to the disclosure of student information ("objectors") "out of more than 4,100 students whose families received the notice."  Id.  "Because most of those students are assigned to different routes, the total number of routes that include objectors is close to 300."  Id.

The parties agree that the personal information of the objectors should not be disclosed, and that the District will produce all trip tickets for routes that do not include an objector.  See May 28, 2025 Joint Status Report at 1.  But the parties disagree regarding:  (i) the production of trip tickets that include both students whose families did not object to the disclosure of their information and one or more objectors; (ii) the time frame for which trip tickets are to be produced; and (iii) the timeline over which the District will produce trip tickets. Id. at 1-2.  The Court has considered the parties' respective positions.  Accordingly, it is hereby

ORDERED that, on or before July 1, 2025, the District shall produce, without redaction, all trip tickets generated between August 26, 2024 and November 30, 2024 for routes that do not include an objector; and it is

FURTHER ORDERED that, on or before July 1, 2025, the parties shall submit a joint status report informing the Court of the total number of students assigned to routes that are subject to an objection (i.e., students on routes or in document compilations containing one or more trip tickets that have been objected to).

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: 6/17/25