# EXHIBIT B

## DECLARATION OF MALERIE GOODMAN

COMES NOW, Malerie Goodman and pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct:

1. My name is Malerie Goodman, and I am over 18 years old. I have personal knowledge of the facts as stated herein.

2. I am the parent of K.G., who was a 2nd grader during the 2024-2025 school year, first at J.O. Wilson Elementary School until January 2025, then at Langley Elementary School for the remainder of the school year.

3. My family and I are members of The Arc of the United States, and we benefit from the advocacy The Arc does related to special education and integration of students with disabilities.

4. K.G. is identified as a student with a disability under the Individuals with Disabilities Education Act as a student with an emotional disability.  He has an Individualized Education Program (IEP) that requires transportation to and from school through the Office of the State Superintendent for Education's Division of Transportation (OSSE DOT).  He began taking the OSSE bus in January of 2024.

5. K.G.'s disability substantially limits his major life activities, including, but not limited to, learning.

6.  During the 2024-2025 school year, K.G. was on route 772, and there were about 10 children on his route.

7.  K.G.'s bus was scheduled to pick him up in the morning around 8:20 AM, but that was changed to 8:00 AM after spring break. This coincided with when I filed a state complaint against OSSE DOT and DCPS for bus delays and K.G. was missing education time. DCPS denied the claims, claiming that OSSE DOT was responsible. Once it went into mediation,

transportation tightened up. Although my issue was better, I know issues continue for other students, especially students whose parents do not have the means or time to file complaints.

8. In the morning, the bus would go through periods of being late. For example, the bus would be late three times in one week, be on time every day the next week, and then late two days the following week. On days it was late, K.G. would arrive at Langley Elementary after the 8:45 AM start time and miss time from his education. When I could, I drove K.G. to school myself or took public transportation when the bus was late, but, as a working mom, I was not always able to.

9. Between February 2025 to April 2025, K.G.'s bus was late approximately twelve times, causing him to miss instructional time when I was not able to drive him. K.G.'s scheduled pick-up time was at 8:00 am, but the bus could pick him up within a 30-minute window from 7:45 – 8:15 am.

    a.   On February 5, 2025, K.G. was picked up at 9:41 AM, which is over an hour and a half late;

    b.  On February 6, 2025, K.G. was picked up at 8:48 AM, which is about 45 minutes late;

    c.   On February 18, 2025, K.G. was picked up at 9:24 AM, which is about an hour and a half late;

    d.  On February 18, 2025, I took K.G. to school after receiving a text letting me know the bus would be late;

    e.  On March 10, 2025, K.G. was picked up at 10:53 AM, which is almost three hours late;

    f.  On March 11, 2025, K.G. was picked up at 8:53 AM, which is almost an hour late;

g. On March 12, 2025, K.G. was picked up at 8:58 AM, which is almost an hour late;

h. On March 17, 2025, the bus arrived at 9:15 AM, but I took K.G. to school after receiving a text letting me know the bus would be late;

i. On March 18, 2025, K.G. was picked up at 9:02 AM, which is over an hour late;

j. On April 4, 2025, I took K.G. to school after receiving a text letting me know the bus would be late;

k. On April 9, 2025, the bus did not arrive so I took K.G. to school. I received a text at 9:08 AM that the bus would be 40 minutes late after I had already dropped off K.G. at school;

l. On April 10, 2025, I took K.G. to school after receiving a text letting me know the bus would be late.

10. I was proactive in trying to correct these issues with OSSE. Most of the time, when the bus was late to pick him up in the morning, I called the Parent Resource Center. When I did, I was placed on hold for extended amounts of time, sometimes as long as 30 minutes. When being placed on hold for so long delayed getting K.G. to school, I would hang up, assume the bus wasn't coming, and make arrangements. When I did get through to someone, they were often not able to help me. The entire system seemed archaic. They are not proactive about communicating issues and the automated texts regarding bus arrival times do not always come.

11. K.G. became very nervous about going to school and worried about being late. He constantly asked when the bus was going to come and became dysregulated when it was late. As a result, it took him a while to readjust and acclimate after he arrived to school late. K.G. requires structure and reliability to get through the day, and OSSE did not provide that.

12. At Langley, in the afternoon, the bus was scheduled to drop him off at approximately 3:30 PM. It usually takes a minimum of 15 minutes to get from school to our home. From February through May 2025, K.G. was consistently arriving home between 3:15 and 3:30 PM, despite the fact that dismissal was supposed to be 3:15 PM. I learned that K.G. was being pulled from class early and brought to the bus at 3:00 PM. This unrealistic scheduled drop-off time caused K.G. to miss instructional time with his non-disabled peers at the end of the school day.

13. When I complained about this issue of K.G. being pulled from class early, OSSE explained that the school staff was responsible for releasing K.G. early. After I complained, K.G. continued to be pulled from class early but was singled out by bus drivers and made to wait outside of the bus until 3:15 pm while other kids boarded.

14. Missing instructional time at the end of the day was especially harmful for K.G., as that was one of the only times of the day he was in class with his typically developing peers and able to engage in age-appropriate social interaction. That time was incredibly important for K.G.'s own development. Further, being taken out of that class early ostracized K.G. from his other classmates. This injury was compounded when K.G. was made to wait outside the bus while other students boarded. Perceived rejection is a major trigger for K.G. and this experience made him frustrated and confused.

15. Issues with OSSE transportation burdened our entire family. It is already stressful to be a parent of child with special needs and the unreliability of K.G.'s transportation added to that stress. From January through May, I was late for work six or seven times because I had to drive K.G. to school or accompany him on public transportation. I worked in retail, so being on time was incredibly important. Being late impacted my coworkers who depended on me. Often, I was late by over an hour.

16. I wanted K.G. to get to and from school on time so he could participate in his education. K.G. needed safe, reliable, and appropriate transportation in order to receive Free Appropriate Public Education (FAPE), have equal access to his education, and ensure he was not unnecessarily segregated from his peers.

17. For the 2025 – 2026 school year, K.G. no longer takes OSSE transportation because I am now homeschooling him.

18. I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated this __9__ day of October, 2025 at Washington, District of Columbia.

_____
Malerie Goodman, Declarant