# EXHIBIT C

**<u>DECLARATION OF STEPHANIE MALTZ</u>**

COMES NOW, Stephanie Maltz, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct:

1. My name is Stephanie Maltz, and I am over 18 years old. I have personal knowledge of the facts as stated herein.

2. I am the parent of L.M., who is 10 years old. We live in the District of Columbia. L.M. is in second grade at the Kennedy Krieger School's Fairmount campus (herein Kennedy Krieger) in Baltimore, Maryland, which is a non-public full-time school for students with disabilities run by the Kennedy Krieger Institute.

3. L.M. has been diagnosed with a rare genetic disorder, has global developmental disabilities, and needs applied behavioral analysis (ABA) therapy and speech therapy for behavioral and speech-language issues.

4. L.M.'s disabilities substantially limit his major life activities, including, but not limited to, learning.

5. L.M. has been identified as a student with disabilities and has an Individualized Education Plan (IEP) that classifies L.M. as a student with a disability and entitles L.M. to special education transportation through the Office of the State Superintendent of Education's Division of Transportation (OSSE DOT). L.M. is currently on route 860. There are five other kids on L.M.'s bus route.

6. L.M. has been entitled to special education transportation through OSSE DOT in every IEP he has had since October 2021. Because L.M. weighs about fifty pounds, his IEP also requires that he be provided with a car seat when he is being transported. His IEP

also states that he must sit in the aisle to prevent him from banging his head in frustration against the window.

7. On July 1, 2025, L.M. began school for the current school year (2025-2026) and was late on the first day of school because of OSSE DOT's failures. After not receiving a call or text regarding pickup, I called the Parent Resource Center at 5:50 AM to request a status of the bus. I was on the phone for over fifteen minutes while the customer service representative tried to locate the bus, but I was told the bus had not even left the terminal yet. At this point, it was around 6:05 AM, and L.M.'s scheduled pick up time was 6:23 AM. L.M. was not picked up until 7:20 AM, an hour after his scheduled pick up time, and too late to arrive at school in time for the 8:00 AM start. As a result, L.M. was late on his first day of school. L.M. loves school and was distraught that he missed part of the school day.

8. Again, on July 14, 2025, L.M. was picked up thirty minutes late in the morning. It was also on this day that there were system-wide outages with the Parent Resource Center so I did not receive texts or calls about the delay.

9. For the first two weeks of school, from July 1 to July 10, 2025, there were five additional instances where the bus arrived outside the scheduled pickup window, with the bus frequently arriving earlier than the scheduled time. Because the bus arrives early, parents have had to coordinate with each other to have their student picked up at another child's stop. This creates additional delays in transportation because staff then have to call and get approval to let the child on the bus.

10. Afternoon arrivals at home have also been an issue during the summer session. L.M. is

scheduled to be dropped off at 2:36 PM, but he actually gets home closer to 3:00 PM—nearly thirty minutes after his scheduled time. There is no communication from OSSE or the bus driver if they are running late.

11. On top of the delays with L.M.'s bus, at the beginning of the 2025-2026 school year new staff were assigned to L.M.'s route. The new driver and attendant were not prepared or trained to handle the needs of students on this route. On the first day of summer school, July 1, 2025, the bus driver and attendant were not aware L.M. needed to be in a car seat, despite this being in his IEP, so I had to go onto the bus and put him in the seat and buckle him in. L.M. also cannot sit next to the window because he will bang his head, but staff would not guarantee his placement in an aisle seat unless it was added to his IEP. OSSE told me this was not necessary, but I have since pushed and had it added to his IEP based on this experience. There was also a lack of adequate staff on the bus this day – two of the students needed 1:1 aides but there were no aides present.

12. Again, on July 3, 2025, despite two students requiring 1:1 dedicated aide, there was only one dedicated aide on the bus.

13. OSSE DOT and the Parent Resource Center (PRC) continually fail to communicate with parents regarding pickup times or changes in service. Many times, the confirmation of bus service comes after 6:00 AM, which is too close to L.M.'s pickup time of 6:30 AM.

14. When I do receive text message updates about arrival times, they are not informative or helpful. During the first week of the 2025-26 school year, on or about July 7, 2025, I received a text at 5:55 AM saying the bus was at my house but it did not actually come until 6:17 AM. One parent with a student on L.M.'s route received a text at 5:33 AM that

the bus was three minutes away and was then texted again at 5:36 AM that the bus was 13 minutes away. On July 14, 2025, there were systemwide issues with PRC calls and texts which resulted in parents on multiple routes not receiving notifications about arrival times for their child's transportation.

15. On July 11, 2025, inadequacies in staffing and training culminated in L.M. being assaulted multiple times by another student. L.M. has ridden the bus with the other student for three years. On this day the other student did not have the appropriate dedicated aide present. L.M. was hit in the stomach and head multiple times while staff failed to intervene. The staff did not know how to respond and were not trained on how to appropriately respond to the other child's disabilities. Throughout the duration of the assault, the bus was parked in front of my home, yet I was not notified or contacted by the staff until 15 minutes after the assault occurred. When I tried to get on the bus to assist my son and help deescalate the situation, the staff yelled at me, further upsetting L.M., so I had to step away. During that time, staff told the other student that they could be sent to jail for their actions while L.M. was in earshot of the conversation and causing the other student to become upset.

16. Staff also did not know who to contact in this situation, so they called dispatch and had to wait over 20 minutes for guidance before calling an ambulance and the police. Once both the police and an ambulance arrived, the bus took L.M. to school and left the other student in the custody of the police until the student's parents arrived.

17. Since July 1, 2025, I have been in contact with OSSE DOT employees regarding my concerns about the lack of appropriate staffing and the failure to train staff on how to work with the children on the bus.

18. After the incident, I called the Parent Resource Center to file a complaint. I immediately requested a return to the prior bus staff who were familiar with our children and could properly deescalate different behaviors.

19. This situation was extremely distressing for me, L.M., and the other child. Because OSSE staff told the other child he was going to jail, when the police arrived, he was fearful and upset. I was frustrated that I had repeatedly raised my concerns about the lack of staff training, but they were ignored until my son was harmed. Since that time, L.M. has experienced behavioral issues that I believe are the result of that incident, because when he acts out, he now fearfully asks whether he will be taken to jail for misbehaving, an idea that he had not heard before the July bus incident.

20. More recently, on September 5, 2025, aides incorrectly attempted to place L.M. in a window seat and subsequently yelled at him for refusing, though his IEP states that he must be seated in an aisle seat. On that day, the bus attendant was absent, leaving three child-specific aides and the bus driver. The aides attempted to seat L.M. in the window seat. Accordingly, L.M. refused to be placed in the seat, but none of the four adults on the bus appeared to know that he was required to sit in the aisle. L.M.'s resistance was not understood by the other aides, and I had to intervene to explain why he was upset and unable to be seated by the window. L.M.'s accommodation is stated on his IEP, and it is also my understanding that his accommodation is on the trip ticket. The bus staff should have been aware of L.M.'s accommodation to understand why he resisted the incorrect seat placement. Had I not been there to intervene, L.M.'s needs and appropriate refusal to sit where he is not allowed would not have been respected by the staff. Had I not been there to intervene, L.M.'s needs and appropriate refusal to sit where he is not allowed

would not have been respected by the staff.

21. On September 12, 2025, I received a call from an OSSE attendant stating that no one was at home to pick up L.M. in the afternoon. This was an erroneous call, as my husband was at home for pickup. Ultimately, I was able to get in contact with my husband and OSSE staff to confirm that L.M. could be dropped off at home, though the incident caused some disruptive confusion and concern until the issue was resolved. We discovered that the dispatcher didn't understand the driver's communication at the drop-off and then reported that misunderstanding to us.

22. At least six times during the 2024-25 school year, I received no communication from OSSE at all regarding bus service that day. For example, in January 2025, L.M.'s bus went to Kennedy Krieger High School in Baltimore after picking up his route at the Fairmount campus. L.M. came home over an hour late, and the only updates I received were from a student on the bus who relayed what happened. I did not receive any notification from OSSE and had to call the PRC to find out what happened. Had I not called the PRC for an update, I would not have known if or when my child's transportation was arriving.

23. L.M. loves going to school and wants to ride the bus with his friends and peers. It is frustrating and upsetting to L.M. when the bus is late and he does not trust the staff to safely transport him to and from school. It impacts L.M.'s ability to regulate his emotions due to anxiety from not knowing if the bus will come or if he will miss the start of his day. Given his disabilities, L.M. requires consistency and routine. When the schedule is different, he does not understand why things cannot be like they were before. When the

bus does not come on time, L.M. gets very upset and asks why he cannot see his friends. He will become aggressive and combative to get on the bus when it finally does arrive. When he arrives to school agitated, it impacts his education because his routine has been thrown off and he is out of sorts.

24. L.M. requires safe, reliable, and appropriate transportation in order to receive a Free Appropriate Public Education (FAPE) and to have equal access to his education and to ensure he is not unnecessarily segregated from his peers.

25. I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated this _9__ day of October, 2025 at Washington, District of Columbia.

Stephanie Maltz  Digitally signed by Stephanie Maltz
Date: 2025.10.09 20:15:23 -04'00'

Stephanie Maltz
Stephanie Maltz, Declarant