# EXHIBIT E

**<u>DECLARATION OF CATHY MILER</u>**

COMES NOW, Cathy Miler pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct:

1.  My name is Cathy Miler, and I am over 18 years old. I have personal knowledge of the facts as stated herein.

2.  I am the parent of S.S., who attends St. Coletta of Greater Washington, also known as St. Coletta Special Education Public Charter School, a full-time special education public charter school in Washington, DC.

3.  S.S. is identified as a student with a disability under the Individuals with Disabilities Education Act and has an Individualized Education Program (IEP) that requires transportation to and from school through the Office of the State Superintendent for Education's Division of Transportation (OSSE DOT).

4.  S.S. has epilepsy, a ventriculoperitoneal shunt, hydrocephalus, and developmental delays. He uses a gastrointestinal tube for feeding.  S.S.'s IEP requires the bus to be climate controlled and equipped with a booster seat. His IEP also requires the windows to remain closed and a nurse to be on the bus. These requirements are necessary because S.S. is at a higher risk of having a seizure in cold or hot environments or if his severe allergies are triggered by the open windows.

5.  S.S.'s disabilities substantially limit his major life activities including, but not limited to, learning.

6.  S.S. was on route 115 during the 2024-2025 school year. There were approximately 6 to 8 other students on the route.

7.   In the morning, S.S.'s IEP requires him to be picked up after 7:30 AM after he takes his morning medication. During the 2024-2025 school year, the bus arrived without working air

conditioning approximately four or five times. When this happened, S.S. missed the entire school day because it was too hot for him to ride the bus safely without risk of triggering a seizure, and I did not have an alternative way to get him to school.

8. Even when the bus did have working climate control, it often came late. From August 2024 to May 2025, the bus came 20-30 minutes late nearly every morning. Approximately five times, the bus did not come at all because there was no bus driver. When the bus did not arrive, S.S. missed school.

9. In the afternoon, S.S.'s IEP requires him to be dropped off by 4:00 PM so we can feed him. During the 2024-2025 school year, the bus consistently dropped S.S. off after 4:00 PM. Instead, he consistently arrived home thirty minutes late around 4:30 PM. I received texts from OSSE almost every day that S.S. would be dropped off late. Some afternoons during the heat of the summer, S.S. came home on a bus without working air conditioning.

10. On June 4 and June 13, 2025, S.S.'s bus did not have working air conditioning so he did not go to school.

11. On June 11, 2025, S.S. was driven home on a bus without working air conditioning. On that day, temperatures were in the high eighties. S.S.'s eyes were red and puffy when he came home because the windows on the bus were open, triggering his allergies and putting him at risk for a seizure. When I spoke to the bus driver on June 10, the bus driver told me that OSSE does not have enough buses with working air conditioning to accommodate S.S.'s IEP.

12. Problems with S.S.'s transportation are especially disruptive because I do not have the ability to transport him myself when the climate control is not working or if the bus is late or doesn't arrive. I do not have a driver's license and cannot afford to pay for Lyfts or Ubers to take him to school or pick him up.

13. S.S. gets extremely frustrated by the issues with the bus. S.S. likes to go to school and is sad when he has to stay home. He often cries when he cannot take the bus because climate control is not working. It is very overwhelming to have to deal with the issues with the bus on top of all of the other advocacy I have to do for S.S. I had to stop a job training program because the transportation issues limited by ability to attend the program.

14. S.S. requires safe, reliable, and appropriate transportation in order to receive a Free Appropriate Public Education (FAPE) and to have equal access to his education and to ensure he is not unnecessarily segregated from his peers.

15. I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated this 10/9/202 day of October, 2025 at Washington, District of Columbia.

_____
Cathy Miler (Oct 9, 2025 14:21:58 EDT)
Cathy Miler, Declarant