# EXHIBIT F

**<u>DECLARATION OF MAX SKOLNIK</u>**

Max Skolnik, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct:

1.      My name is Max Skolnik, and I am over 18 years old. I have personal knowledge of the facts as stated herein.

2.      I am a D.C. resident and the parent of C.S., a 4th-grader at The Katherine Thomas School in Rockville, Maryland. Katherine Thomas is a non-public school that specializes in educating students with learning disabilities and autism.

3.      C.S. is diagnosed with ADHD and autism. C.S.'s disability substantially limits her major life activities including, but not limited to, learning.

4.      C.S. has been identified as a student with disabilities and has an individualized education plan. Her IEP classifies C.S. as a student with autism and ADHD, and it entitles C.S. to special education transportation through the Office of the State Superintendent of Education's Division of Transportation (OSSE DOT). C.S. has been eligible for special education transportation through OSSE DOT in every IEP she has had since the spring of 2025, when C.S. was approved for a non-public placement outside of D.C.

5.      During the Spring of 2025, C.S. began travelling by bus from Northeast D.C. to Katherine Thomas School in Rockville, MD. Pickup was typically at 7:00 am and drop-off was around 5:00 pm. During the 2025-2026 school year, C.S. makes the same trip. Her route is 421. She is scheduled to be picked up at 7:00 am. At the end of the day, C.S. is scheduled to arrive home between 5:00 and 5:15 pm. From the students that I see on the bus with C.S., I believe there are approximately 6 other students on her bus, all of whom attend Katherine Thomas.

6.       During the first week of the 2025-2026 school year, the bus arrived early at 6:00 am, fifty minutes before her scheduled pick-up time, drove over three and a half hours, then

eventually arrived at school between 9:15 and 9:30 am. C.S.'s first class begins at 9:00 am, so C.S. was often late every day for the first 5 days of school. During that period, she left school each afternoon around 3:20 pm and did not arrive home until between 6:00 and 6:30 pm, causing her to be on the bus approximately 2.5 to 3 hours after leaving school. In total, C.S. was spending about 6 hours a day on the bus, which meant that she spent about the same time on the bus as she actually spent in school each day. These extended hours on the bus disrupted C.S.'s emotional state. She came home extremely energetic after spending three hours on the bus. In turn, it was stressful for our other child to experience his younger sister acting so disruptively. Given her difficulty calming down at home following the long bus rides, I suspect it was equally difficult for C.S. to settle down in the mornings at school.

7.      In addition to leaving home early, arriving late to class, and spending over six hours on the bus, the transit also arrived with a different aide each day. This was a departure from the prior year, where the same aide arrived each day, and knew each student by name. These new aides were occasionally gruff with the students for taking a longer time to get on the bus, despite the fact that it takes young children—especially neurodiverse children—a moment to feel comfortable entering a vehicle with an unknown adult.

8.      Further, there is no reliable tracking system for the bus, an issue that is especially concerning because the bus did not follow a specified route at the beginning of the school year. Out of concern for our daughter, we had to place an AirTag on her backpack to find out when she would be arriving home each night and where she was during the hours-long bus ride. From this AirTag, we learned that, during the first two weeks of school, the bus crossed D.C., Maryland, and Virginia multiple times before arriving at our home.

9.     Several times the OSSE text messaging system added to the confusion. For a week and a half between the end of August and the first week of September, an automated text in the early morning told us that C.S. would be scheduled to be picked up at 6:30 am. Then, at 5:50 am, we would receive another text that the bus would be 30 minutes late. At 6:00 am, a third automated text said that the bus would be 30 minutes early. We weren't sure if that meant the bus would arrive 30 minutes earlier than the original drop off, or the new, late drop off, creating confusion for C.S. and the rest of the family as to when to prepare her for school and take her to bus. We had to prepare C.S. for three different pickup scenarios within a single morning, which disrupted her routine and caused her emotional distress leading into the school day. Another time, a text message stated that the bus route was set to change but did not indicate when the change would take place, leaving us guessing as to when we should get C.S. ready for school. These changes caused unnecessary confusion and changes in routine that could have been easily remedied had the automated text messages provided more information.

10.     I have heard from parents, teachers, and OSSE officials that the bus runs poorly at the beginning of each school year. People repeatedly told me that "this happens every year at OSSE. They always have a rough start. It takes a few weeks. You just have to get used to it," or "just bear with us." Bus drivers were not able to provide additional information and were visibly frustrated with the difficult bus schedule. Everyone we spoke with—parents and OSSE alike repeated the same thing—OSSE transit was lacking due to not enough buses and not enough staff.

11.     My wife and I called the Parent Resource Center repeatedly to resolve the issue or determine when C.S. will arrive home. We often spent between thirty and fifty minutes on hold. Most operators told us that they had no information to share when we called—they didn't even

know where the bus was located at the time of our call. However, we felt obligated to continue calling regularly to document the issue, as we were told this was a necessary part of resolving the problem. This resulted in us spending many evenings on hold, only to be told that the service had no information to share about the whereabouts of our daughter or when she might arrive.

12.    We did not experience an improvement until September 3, 2025, when I reached out to Oliver Stoute, the constituent director in Zachary Parker's (Ward 5) office. Mr. Stoute immediately connected me with the right people in OSSE's transportation division. Ultimately, my wife and I communicated with Raphael Park, the Deputy Superintendent of Operations, OSSE. After reaching out to Mr. Park, we received a printed paper from the bus driver one morning —I believe it was September 5—that indicated C.S. and her fellow students were assigned a new route number and pickup time.

13.    Now, the bus operates more smoothly. However, for the first few weeks, the bus still arrived approximately thirty minutes early to pick up C.S. and the inconsistent communication remained unhelpful. She also arrived to school around 8:20 am and had to sit on the bus for approximately 25 minutes until the school doors opened at 8:45 am. The early departure time required that we administer C.S.'s Adderall dosage very early in the morning, so that the effects likely wear off well before the end of the school day.

14.    Routine is important for C.S. The unexpected changes, different aides, and shifting routes caused turmoil for C.S. during this period. When the bus ride was especially long, she would arrive at home in a state of emotional dysregulation. The six hours of driving meant that she had not been able to move freely for half of her day. From her agitated state at the end of the day, I suspect that the long bus ride to school had similar dysregulating effects on her ability to learn effectively at school.

15. It is extremely frustrating to see how the apathy and lack of planning has impacted C.S.'s educational opportunities. When reporting that elementary age students were spending six hours on a bus to school due to inefficient pickup and route lines, OSSE call center staff and bus drivers were powerless to help. Schools were equally powerless. This real-life educational concern became a classic bureaucratic issue where OSSE staff told us to speak to other people, passing the buck around to other staff members. From our experience and the conversations we have had with other parents, it seems like no one at OSSE is willing to organize the bus schedule before the school year. The general attitude was one of resign—instead of plotting out routes or providing parents with an option to drop off all kids who live nearby at a pre-set communal drop off, the bus instead zig-zags across the city traffic for hours each day. This is an easily remedied issue, and especially important to children like C.S., who must to take medication at set times each day to ensure they are ready and able to learn like their peers.

16. I want C.S. to arrive at school on time so she can be actively engaged in her education. C.S. requires safe, reliable, and appropriate transportation in order to receive Free Appropriate Public Education (FAPE) and have equal access to her education and to ensure she is not unnecessarily segregated from her peers.

17. I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated this 8th day of October, 2025 at Washington, District of Columbia.

_____
Max Skolnik, Declarant