# EXHIBIT G

## <u>DECLARATION OF PAMELA LEAKE</u>

Pamela Leake, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct.

1. My name is Pamela Leake, and I am over 18 years old. I have personal knowledge of the facts as stated herein.

2. My family and I are members of The Arc of the United States, and we benefit from the advocacy The Arc does related to special education and integration of students with disabilities.

3. I am the parent of G.L., who is a student at the Kennedy School for the 2024-2025 and 2025-2026 school years. The Kennedy School specializes in serving students with autism, intellectual disabilities, emotional disabilities, learning disabilities, and traumatic brain injuries.

4. G.L. is identified as a student with a disability under the Individuals with Disabilities Education Act as a student diagnosed with autism and an intellectual disability. He also has a seizure disorder. G.L.'s disabilities substantially limit his major life activities including, but not limited to, learning.

5. G.L. has an Individualized Education Program (IEP) that entitles him to transportation to and from school through the Office of the State Superintendent for Education's Division of Transportation (OSSE DOT). G.L. takes the OSSE bus and is entitled to an aide while on the bus. My understanding is that this was supposed to be a 1:1 aide due to G.L.'s seizure disorder.

6. G.L. rode Route 939 for the 2024-2025 school year and rode Route 552 for Extended School Year (ESY). There were at least three to four other students on the bus during the regular school year, and at least two other students on the bus during ESY.

7. There was no consistency with G.L.'s transportation the 2024-2025school year. The drivers, aides, and pick-up and drop-off times regularly changed without notice.

8. In the morning, G.L. was late to school due to transportation issues one to two times a week. I know because I regularly called the school to ask if he arrived on time.  When he was late, it would be well after 9:00 am even though school started at 8:30 am. When he was late to school, he missed any of his IEP services or academic classes, including life skills and reading class. He also missed school altogether at least three times due to transportation issues in the 2024-2025 school year.

9. There were also problems when the bus arrived at our house to pick up G.L. earlier than his scheduled pick-up time. This happened about four or five times when the bus arrived around 6:40 am even though the designated pickup time was around 7:15 am.

10. There was one incident where I was notified G.L.'s pick-up time would be 6:50 am, so I went outside to wait for the bus at 6:30 am. When the bus did not arrive by 7:00 am, I called the Parent Call Center, which told me the bus had arrived at 6:25 am, about an hour before his scheduled pick-up time.

11. The early pickups negatively affect G.L. because he benefits from routine. When the routine changes, he can become upset or aggressive, and it is not easy to calm him down. I do not send him to school in these situations.

12. There were also transportation problems in the afternoon. It was almost daily that he arrived home from school late. He was rarely home from school before 5:00 pm, even

though school ended at 3:00 pm. He missed at least four therapy appointments on Fridays because the bus was late dropping him off. I changed my work schedule so that I could pick him up from school myself on Fridays because the bus was not dependable.

13. I called the Parent Call Center two to three times a week to get information about the bus's location. I never got to speak to a representative right away, and I was on hold for anywhere from 10 to 25 minutes. The Call Center told me the bus came when it did not or suggested that I should drive G.L. to school myself. It has also offered to send a second bus, but that bus would not come until 10:00 am.

14. Because of his seizure disorder, I am also concerned about the length of time he is on the bus and the lack of functioning air conditioning on the bus.  If G.L's body overheats, it can trigger a seizure. In April, I had to pick him up because G.L's bus broke down after 5:00 pm and it was hot outside without any air conditioning.

15. During the 2024-2025 school year, including during ESY, G.L.'s dad or I have had to drive G.L. to school around five times due to transportation issues. These transportation problems have also caused me to be late to work.

16. G.L. requires safe, reliable, and appropriate transportation in order to receive a Free Appropriate Public Education (FAPE) and to have equal access to his education and to ensure he is not unnecessarily segregated from his peers.

17. I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated this 3rd day of October, 2025 at Washington, District of Columbia.


Pamela Leake (Oct 3, 2025 10:49:07 EDT)

Pamela Leake, Declarant