# EXHIBIT H

## DECLARATION OF MICHELE WALKER

COMES NOW, Michele Walker, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct:

1. My name is Michele Walker, and I am over 18 years old. I have personal knowledge of the facts as stated herein.

2. I am the parent of J.W., who is a tenth grader at MacArthur High School.

3. My family and I are members of The Arc of the United States, and we benefit from the advocacy The Arc does related to special education and integration of students with disabilities.

4. J.W. is identified as a student with a disability under the Individuals with Disabilities Education Act and has an Individualized Education Program (IEP) that requires transportation through the Office of the State Superintendent for Education's Department of Transportation (OSSE DOT).

5. J.W. is diagnosed with autism spectrum disorder, anxiety, and severe scoliosis.

6. J.W.'s disability substantially limits his major life activities including, but not limited to, learning.

7. In December 2022, J.W. had spinal fusion surgery to stabilize his spine. As a result of his surgery, J.W.'s orthopedic surgeon provided a note stating that J.W. should not be on the bus longer than 30 minutes. Based on J.W.'s doctor's note, which was provided to the school and discussed in J.W.'s IEP meetings, J.W.'s IEP requires that he is picked up last in the morning and dropped off first in the afternoon to limit his travel time as much as possible.

### 2024-2025 School Year

8. For the 2024-2025 school year, J.W. was on route 524. As required in his IEP, J.W. was supposed to be picked up last in the morning and dropped off first at home in the afternoon.

To my knowledge, there were other kids who rode the bus with J.W. to and from MacArthur High School.

9. From the start of the school year, there were consistent delays to J.W.'s bus in the morning and afternoon. J.W.'s scheduled pick-up time during the 2024-2025 school year was around 8:00 AM.

10. Instead, he was picked up around 7:00 AM, an hour earlier than his scheduled pick-up time. J.W. frequently text me that he arrived early to school around 8:00 AM and had to sit on the bus until the school doors opened at 8:30 AM. I also tracked his location through his phone to find out when he arrived at school. The time spent waiting on the bus for the school doors to open unnecessarily extended the time J.W. sat on the bus and exacerbated his back pain.

11. In the beginning of the school year, J.W.'s accommodation to be picked up last in the morning and dropped off first in the afternoon was not followed. I learned from J.W.'s bus driver that he was not actually the last one picked up before getting to school and he would often have to sit on the bus for longer than 30 minutes while the bus picked up another route, violating his doctor's recommendation.

12. I filed a complaint with the Parent Resource Center about the early arrival to school, but I learned it was closed without notification and did not get a call back. It was only after I continued to call and complain multiple times to the OSSE Parent Resource Center that J.W.'s morning bus ride times improved. In the late fall of 2024, OSSE DOT began picking J.W. up at 8:00 AM, his original scheduled time, instead of 7:00 AM, and he was on the bus for 45 minutes to an hour.

13.    Although J.W. was picked up at 8:00 AM, this scheduled time was not realistic. He on occasion arrived late to school and was approximately 10 minutes late for his first class at 9:00 AM.

14.    There also were occasions when the bus unexpectedly arrived late in the morning without any clear communication from the Parent Resource Center. On at least four to five occasions throughout the 2024-2025 school year, my husband or I drove J.W. to school. Because J.W.'s bus pick-up at 8:00 AM was already dropping him off very close to the start of the school day, we would typically only wait 15 minutes past the scheduled pick-up time until we decided to drive him ourselves. This caused extra stress in the morning for both me and J.W., anxiety for J.W., and I had to miss work to take him to school. Now that I work in-person in Maryland, it is more difficult for me to drive J.W.

15.    During the middle of the school year, J.W.'s morning route improved. There was a bus aide who helped ensure the morning route was followed and updated parents about the status of the bus, but in the spring that aide was no longer on the bus. Because of this, I stopped receiving updates about when the bus arrived or accurate communication about its location and whether it would be on time.

16.    From mid-May 2025 until the end of the school year, morning transportation again was untenable. OSSE was not abiding by J.W.'s accommodation, and he was again picked up too early around 7:00-7:10 AM, nearly an hour before his pickup time. Because of the early pick-up times, he was again sitting on the bus for an hour and a half because the bus was double routed before he arrived to school. This violated his IEP that he should be the last one picked up in the morning. It caused anxiety for J.W. and stress and inconvenience for our family.

17. It took over five weeks to resolve this issue. I called the Parent Resource Center frequently. Specifically, I called the Parent Resource Center ten times between May 15, 2025 and June 18, 2025 and was on the phone or on hold with them for a total of nearly 2.5 hours. I also filed complaints and sent emails to try and get some answers. The Parent Resource Center consistently stated that they would call or email me back, but I did not receive a response. When someone called me back, it was often the wrong person (e.g., a safety officer rather than a compliance officer). I was assured that would not be an issue with the next school year, but the issue resurfaced starting on the first day of school, August 25, 2025.

18. It felt like the Parent Resource Center was a black hole and no one was able to help me. This was similar to my previous experiences with the Parent Resource Center – it is not any individual employee's fault – rather, it seems to be a systemic problem. Staff members seem to lack the authority to actually fix problems and merely route tickets to management that are routinely ignored or closed without a real resolution

19. The afternoon bus was completely ineffective all year. J.W. was on the bus for approximately two hours, which is much longer than it should have taken, even with D.C. traffic. On average, J.W. would be dropped off at 5:30 PM.

20. This length of ride was physically exhausting for J.W. due to his spinal injury, and it made him resistant to doing anything because he was so exhausted. J.W. would have meltdowns about having been on the bus for so long and would come home complaining that his back hurt. He would not want to do his homework or work with his ABA therapist and would retreat to his room.

21. He missed family activities, multiple ABA therapy sessions, afterschool tutoring, and a social skills group meeting due to the bus arriving significantly late. As a result, he either

missed the sessions entirely or was too exhausted and frustrated to participate meaningfully. This situation was particularly difficult for our family, as we were unable to cancel these services on short notice and were still responsible for the costs of sessions he could not attend.

22.    Since the long afternoon bus rides were consistently a problem, J.W. stopped using OSSE transportation in the afternoon within the first month of the 2024-2025 school year. Instead, J.W. took public transportation home.

2025-2026 School Year

23.    At the start of the 2025-2026 school year, J.W. was on route 550.  His scheduled school year pickup time was between 7:00 AM and 7:05 AM, and the drop-off was 4:00 PM. MacArthur High School starts at 9:00 AM and ends at 3:30 PM.

24.    As required in his IEP, J.W. is supposed to be picked up last in the morning and dropped off first at home in the afternoon.

25.    On August 25, 2025, the first day of school, J.W. was picked-up at 6:55 AM and was not the last picked up in the morning, in violation of his IEP. J.W. had to sit on the bus for approximately an hour and a half until he got to school and the doors opened. The long bus ride caused him pain in his back.

26.    That afternoon J.W. was the last student dropped off, in violation of his IEP. J.W. sat on the bus for approximately 1 hour and 30 minutes after school was dismissed and came home a little after 5:00 PM., an hour past his scheduled drop-off time. I did not receive any communication from OSSE about the delayed drop-off.

27.    Because of the significant bus ride in the afternoon, J.W. now takes public transportation home. On the OSSE-assigned bus, J.W. is only able to sit, which increases the pain that he experiences; whereas, on public transportation, he can stand up and move around.

28.    Throughout the first week of school, J.W. was picked up approximately 20 minutes before his morning pick-up time. For example, on August 26, 2025, J.W. was picked up at 6:38 AM; on August 27, 2025, J.W. was picked up at 6:42 AM; on August 29, 2025, he was picked up at 6:40 AM.

29.    During the first week of the school year, the bus was double routed in the morning and had approximately 14 kids on the bus. After picking up J.W., the bus picked up and dropped off students at Duke Ellington High School then would drop off J.W. and other students at MacArthur High School. This prolonged the amount of time J.W. was on the bus and caused him anxiety wondering if he would arrive to school on time. It also was a violation of his IEP because he was not the last student picked up in the morning.

30.    I called the Parent Resource Center numerous times to discuss J.W.'s early pick-up time and the amount of time he was sitting on the bus, in violation of his doctor's orders. I called five times between August 22, 2025, and August 27, 2025. Four of the calls ended with the representative informing me that they will escalate the matter to a manager; however, I never received a follow-up response from OSSE. The fifth call concluded with the Parent Resource Center informing me that they had not received the necessary information from J.W.'s school detailing his required last pick-up and first drop-off schedule per his IEP. I then called the school, which confirmed that they did indeed share J.W.'s IEP information with OSSE.

31.    I also shared my concerns about the early pick-up time with J.W.'s bus driver, but I was told he could only follow the route information OSSE provided.

32.    On August 29, 2025, his morning pick-up time was changed to 7:45 AM and his drop-off time was 3:45 PM. Although J.W. decided to take the Metro home, the new afternoon drop-

off time does not align with the distance between school and home—school ends at 3:30 PM and our home is eight to ten miles away from the school.

33.    On September 2, 2025, the bus did not arrive so he was driven to school.

34.    During the week of September 2, there were less students on the bus, but the route continued to drop multiple students off at Duke Ellington before dropping J.W. off at MacArthur.

35.    On September 9, 2025, we received an updated schedule for J.W. His route was changed to route 555 and his new pick-up time was 7:15 AM. This schedule concerned me because I did not think it was realistic that J.W. would be the last student picked up that early when school did not start until 9:00 AM.

36.    On September 10, 2025, J.W. was up and ready for the bus by 7:00 AM. The bus had not arrived by 8:00 AM. We did not receive any notification that the bus would be late. J.W. became frustrated and upset when the bus did not arrive on time. He started pacing and could not regulate himself. He became anxious about missing school and started to get frustrated and upset.

37.    I called the Parent Resource Center at 7:50 AM and was on hold for 25 minutes before I spoke to a representative. At the same time, I was also trying to book an Uber for J.W. so he could get to school on time. When I finally spoke to a representative, she told me that she could not get in touch with the driver and I was placed on hold again for approximately 15 minutes before she eventually told me she could not locate the driver and would escalate my concern. At 9:03 AM, we received a text that the bus would be 40 minutes late. By this time, I had ordered J.W. an Uber and had to pay $40 out of pocket. I plan to file for reimbursement, but I have been told it can take months to get the money back.

38.    J.W. did not arrive to school until 9:20 AM, 20 minutes after the start of the school day. I emailed J.W.'s teacher and the special education coordinator to inform them that he was going to be late, but J.W. missed part of his education.

39.    The night before, we attended Back to School Night at MacArthur High School. At the event, school administrators expressed the importance of the students arriving on time. World History and Chemistry are his first classes in the school day, and when he is late to school, he misses class time and loses the opportunity for participation points, which negatively impacts his grades. This causes J.W. further anxiety because he does not want to be late for school and have his grades impacted.

40.    Because of J.W.'s disability, he relies on routine and structure for his emotional regulation. When the bus is late, it impacts his schedule and increases his anxiety. It causes him to become dysregulated and triggers meltdowns. When he arrives to school late in the morning, he is not only late for his first class, but it can take additional time for him to regulate his emotions and be prepared to learn because his schedule has not been followed.

41.    I want J.W. to be able to get to and from school in a time that is consistent with his IEP to avoid risk to his physical health and on a consistent basis so he is not missing class, having meltdowns, and missing therapy.

42.    In addition to the Parent Resource Center, I have in the past spoken with my D.C. Councilman's office and school officials about J.W.'s issues with OSSE transportation, but I have not been successful. School officials from both our previous middle school and our current high school have contacted OSSE on our behalf but it seems to result in a temporary, but not sustained, improvement in J.W's transportation experience.

43.    J.W. requires safe, reliable, and appropriate transportation in order to receive a Free Appropriate Public Education (FAPE) and to have equal access to his education and to ensure he is not unnecessarily segregated from his peers.

44.    I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.


Dated this 26____ day of September, 2025 at Washington, District of Columbia.


_____
Michele Walker (Sep 26, 2025 08:58:39 EDT)

Michele Walker, Declarant