# EXHIBIT I

**<u>DECLARATION OF MIRYAM KOUMBA</u>**

COMES NOW, Miryam Koumba and pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct:

1. My name is Miryam Koumba, and I am over 18 years old. I have personal knowledge of the facts stated herein.

2. I am a resident of the District of Columbia and have been at all relevant times described below. My family and I are members of The Arc of the United States, and we benefit from the advocacy The Arc does related to special education and integration of students with disabilities.

3. I am the parent of K.M., who is 16 years old and attends Sheppard Pratt School in Gaithersburg, Maryland. Sheppard Pratt School is a non-public full-time special education school.

4. K.M. is diagnosed with autism spectrum disorder. K.M.'s disability substantially limits his major life activities including, but not limited to, learning.

5. K.M. is identified as a student with disabilities and has an Individualized Education Program (IEP), the most recent of which is dated June 10, 2025. K.M. is entitled to special education transportation through the Office of the State Superintendent for Education's Division of Transportation (OSSE DOT).

6. During the 2024-2025 school year, K.M. was on bus route 469. There were approximately 8 students from K.M.'s school on that route. For the current school year, 2025-2026, K.M. is on Route 398. Both the 2025 and 2024 IEPs note that K.M. requires constant adult supervision from a one-on-one aide for transport to and from school.

7. On July 1, 2025, K.M. began school for the 2025-2026 school year. Since July 1, 2025, K.M. is scheduled to be picked up at 7:44 AM and his school starts at 9:00 AM. During the current school year, OSSE DOT transportation has been late in picking up K.M. in the morning on approximately 3 occasions. Due to these delays, K.M. has been late getting to school on approximately 2 occasions. For example, on July 8, the bus came to pick him up at 8:05 AM and it reached school at 9:25 AM, making him late for school and he missed part of his education. I received no communication about this delay.

8. On July 11, 2025, I was contacted by an OSSE bus aide who has my personal cell phone number. The aide texted me at 7:02 AM to say that the bus was going to arrive at my home in 2 minutes, forty minutes earlier than his scheduled pick-up time. At the time, I was preparing K.M. to eat his breakfast since the bus arrival time should not have been any earlier than 7:29 AM. I responded to the aide, asking him to give us 5 minutes so that I could get K.M. ready quickly. I had to cut K.M. off from finishing his breakfast to rush to get him ready.

9. I brought K.M. downstairs to board the bus at approximately 7:06 AM, but the bus was not there. I called the aide to ask what happened. The aide responded that the bus had left. I called the Parent Resource Center (PRC) at approximately 7:15 AM to tell them what happened and to ask them if the bus could return to pick up K.M. since it had not been my fault that the bus arrived and left earlier than its scheduled time. The PRC representative said that they might be able to approve sending another bus later in the morning. The representative asked me to wait and said no supervisor was available to speak with me at that time.

10. I waited for approximately one hour. I called back and spoke to another representative who said that they were waiting to hear from the bus terminal to see if another bus could be sent. I had an appointment scheduled for that morning, so I needed to make sure K.M. could get to school and I could get to my appointment on time. The representative again said that there was no supervisor for me to speak with at that time.

11. I then reached out to K.M.'s school principal, who said she would reach out to the PRC and would get back in touch with me with any updates.

12. I got a call back from OSSE at approximately 9:05 AM asking if K.M. still needed a ride to school. I said yes. The representative said that the bus would be at my home in 10 minutes, meaning around 9:15 AM. I took K.M. downstairs at that time, but the bus did not arrive until 9:40 AM. K.M. arrived at school at 10:45 AM that day due to OSSE DOT's transportation failures and missed part of his education. He did not get to make up the time that was missed. Unfortunately, I also missed my appointment due to the delay.

13. Later that day, at 11:00 AM, an OSSE representative contacted me to apologize for the incident and told me that another OSSE representative would reach out to me later. On July 14, 2025, an OSSE representative called me and agreed that the July 11 incident was an issue. The representative said that the PRC was not told about the bus being significantly earlier than its scheduled time and that OSSE would be reaching out to the bus terminal about this problem.

14. On July 16, 2025, OSSE transportation again arrived earlier than the scheduled window. The aide on K.M.'s bus texted me at approximately 7:00 AM to say that the bus would be there within the next two minutes. I was not previously notified that the bus would arrive earlier than scheduled. I asked the aide to have the bus wait for me to finish preparing

K.M. for school. I had to rush to get K.M. downstairs to board the bus. This time, the bus waited for him. He boarded at approximately 7:07 AM, even though this is nearly forty minutes earlier than his scheduled pick-up time.

15. During the current school year, OSSE DOT transportation has been consistently late in dropping K.M. off at home. K.M.'s scheduled drop-off time is 3:58 PM. K.M.'s school ends at approximately 3:00 PM. On average, K.M. arrives home around 4:55 PM, meaning that he usually sits on the bus for almost two hours on his way home from school each day. For example, on August 4, 2025, K.M. did not arrive home until approximately 5:20 PM, but I was not notified about the delay by OSSE until 4:00 PM. On both August 28 and August 29, he also arrived home late, around 5:00 PM.

16. OSSE DOT transportation delays predate this school year. During the 2024-2025 school year, K.M.'s scheduled morning pick-up time was 7:20 AM. Approximately 3-4 times per month, the bus would not show up until 8:00 AM or even later. Given the distance that we live from the school, on these mornings when the bus would pick him up late, K.M. would certainly be late for school, which starts at 9:00 AM and miss part of his education.

17. Only sometimes would I receive a communication about the delay. The notice would say how many minutes the bus was delayed. Often, the estimate was incorrect so we would be stuck waiting outside. On approximately two to three occasions, the bus arrived on schedule, despite OSSE sending a delay notice. On other days, I received no communication alerting us to a delay. The inconsistency, and sometimes inaccuracy, of OSSE's communications about delays makes it difficult to prepare K.M. properly.

18. When the bus was delayed, I would attempt to call the PRC to check on the status of the bus. I would be on hold for a long period of time, sometimes up to 1 hour. When I call the PRC, there is no guarantee that you will reach someone to be able to resolve your problem expeditiously.

19. Similar to the July 11, 2025 incident, there were two occasions during the 2024-2025 school year on which the bus arrived early and I could not get K.M. ready in time. On those occasions, OSSE did not send another bus, so K.M. had to miss school completely.

20. During the 2024-2025 school year, K.M.'s scheduled drop-off time was 3:41 PM. K.M. would regularly not be dropped off until approximately 4:45 PM, an hour past his scheduled time.

21. During the 2024-2025 school year, approximately two times per week, the bus would be late in the mornings and afternoons due to there being a new bus or new driver.

22. There was one week when K.M.'s bus was double-routed, causing the bus to be very full and even more delayed than usual. Over the course of that week, K.M. arrived home past 5:00 PM. When I called the PRC to inquire about the delays that week, they said that the route was doubled. I had not been given any notice about this change to K.M.'s route.

23. On one occasion during the 2024-2025 school year, K.M. was at school until 5:00 PM because his bus had not come to pick him up to bring him home. I was not given notice of this delay. When K.M. was not home by approximately 4:30 PM, I was concerned and called the school to inquire about the delay. They confirmed that K.M. was still at school and that the bus had not yet come. My husband had to drive to pick K.M. up.

24. Due to prior issues with not being notified by OSSE DOT about delays picking up or dropping off K.M., I purchased a personal tracking device for K.M. to wear starting in

approximately June 2024. Previously, I was not sure when my son would arrive at school in the mornings when the bus was delayed in picking him up. I would have to call the PRC to confirm he made it to school on time. Similarly, I was usually not notified by OSSE DOT when K.M. would be returning home late. The device now allows me to have peace of mind in knowing when my son arrives at school and when he is on his way home.

25. Because OSSE's transportation services have been so unreliable, I cannot rely on OSSE transportation taking K.M. to school on time or dropping him off at home on time in the afternoons. This makes it difficult for us to schedule anything or to set the routine he needs to support him with his disability. I have other children who I need to care for, in addition to my own schedule. The difficulties related to OSSE transportation delays complicate my ability to care for my family and myself.

26. K.M. requires safe, reliable, and appropriate transportation in order to receive a Free Appropriate Public Education (FAPE) and to have equal access to his education and to ensure he is not unnecessarily segregated from his peers.

27. I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated this 22 day of September, 2025 at Washington, District of Columbia.

Miryam Koumba (Sep 22, 2025 15:52:30 EDT)

Miryam Koumba