# EXHIBIT J

## DECLARATION OF EBONY MCBETH

Ebony McBeth, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct.

1.    My name is Ebony McBeth, and I am over 18 years old. I have personal knowledge of the facts as stated herein.

2.    My family and I are members of The Arc of the United States, and we benefit from the advocacy The Arc does related to special education and integration of students with disabilities.

3.    I am the parent of A.B., who is 9 years old and a student at St. Coletta for the 2024-2025 school year. St. Coletta is a DC public charter school that serves students with full time Individualized Education Programs (IEPs) and provides a curriculum of functional academics, daily living skills, community-based instruction, and career-based training.

4.    A.B. is identified as a student with a disability under the Individuals with Disabilities in Education Act as a student diagnosed with autism. She has very limited expressive communication, she requires toileting assistance, and she wears pull-ups. A.B. has echospeech, also known as echolalia, meaning that she often repeats words or phrases that she has heard from others. A.B. is not able to put together sentences to inform bus staff if she has been hurt or if she needs to use the restroom. A.B.'s disability substantially limits her major life activities including, but not limited to, learning.

5.    A.B. has an IEP that entitles her to receive special education transportation to and from school through the Office of the State Superintendent for Education's Division of Transportation (OSSE DOT). A.B. takes the OSSE DOT bus, and her IEP requires that she has a buckle guard or a safety harness during transport.

6. As of February 2025, A.B. was on Route 110. Her pick-up time was between 6:45am and 7:15am. Her drop-off time was between 4:45pm and 5:00pm. Upon information and belief, all students on A.B.'s bus go to St. Coletta in the morning and board at St. Coletta in the afternoon.

7. When things are running well, A.B. is on the bus for about one hour in transport time both ways. When she has consistent and trained bus staff, they inquire about how A.B. has slept and eaten so they can anticipate her needs since she cannot communicate with them herself. A.B. is visibly more comfortable with familiar staff.

8. A.B. faced countless changes in the transportation system over the course of the 2024-2025 school year. A.B. had her drop-off time changed by OSSE three different times. A.B.'s bus driver was also replaced by a substitute "swing" driver between 1-3 times every week. There were also swing attendants on her route many days. The swing staff does not inquire about her and is not familiar with her needs. These swing drivers are usually also unfamiliar with the routes, which can cause significant delays in both the morning and the afternoon. Swing staff do not have OSSE phones with parent contact information, so they do not send me text messages or contact me when the bus is running late.

9. There were consistent problems in the afternoon throughout the 2024-2025 school year. For example, for a week at the beginning of the school year in September 2024, A.B. arrived home every day with urine and/or feces in her diaper. Staff members at St. Colleta confirmed that A.B. was always dry at dismissal time because they have a policy to never put "wet" children on the bus. However, A.B. arrived home every day during this week having soiled herself through 2 pull-ups and training pants. A.B. is dismissed at 3:45pm each day but during this week, she did not arrive home from the bus until 5:30pm. Due to her toileting

needs, the long commutes resulted in A.B. soiling herself. No one changed A.B.'s clothes on the bus, so she arrived home soiled and at risk of infection.

10. Throughout the 2024-2025 school year, there were also frequent inconsistencies with pick up times, including late arrivals and no-show buses. OSSE is supposed to provide alerts when the bus is running behind by more than 15 minutes, but this rarely happens. And when we do receive alerts, it often does not give the estimated time of arrival. These inconsistencies in the morning make it difficult to ensure that A.B. arrives at school on time. The inconsistencies in the morning, in addition to the over one-hour long bus ride, have caused A.B. to frequently miss her morning IEP services, breakfast, and social time with her peers. According to her attendance record, she was late to school at least five times because of the bus.

11. On January 12, 2025, A.B.'s bus never arrived, so she missed the school day. It was especially disappointing because it was picture day and A.B. missed it.

12. Additionally, from October 28, 2024, to November 1, 2024, A.B. had a swing bus driver every day. This caused constant delays both in the morning and the evening. A.B. was dropped off between 6:15pm and 6:30pm every day of this week. On one occasion, the swing bus driver incorrectly dropped A.B. off two buildings down from me. The driver could not see the house numbers due to it being so dark outside. A.B. arrived home soiled through her pull-ups every day the week of October 28, 2024, to November 1, 2024.

13. These problems with late afternoon drop offs continued to occur throughout the 2024-2025 school year. She arrived home late several times per week throughout the school year. I had to call OSSE's Parent Call Center 3-5 times a week to get the location of A.B.'s bus because she was so late arriving home. It usually takes about 15 minutes for the

representative to find the location of the bus. I have filed about 8 complaints this year with the Parent Call Center concerning the status of the bus and have only heard a response from OSSE once regarding these complaints. One of my main concerns is that I never receive text alerts when the bus is running late, and I do not know where my child is. When the bus is running late, she typically comes home soiled from being on the bus for an extremely long time. Despite my complaints, there also seems to be no accountability for the bus drivers.

14. There was another particularly bad incident towards the end of the school year. On June 23, 2025, the bus was running late in the evening, so I called the Parent Call Center to get an estimated time of arrival for A.B. After about 15 minutes, the representative was able to get in touch with the bus driver, and the representative relayed the message to me that A.B. was not on the bus. I then contacted the school to learn about A.B.'s whereabouts, to which they responded that A.B. was not at school, and thus had to have been on the bus. At this point, I called A.B.'s dad to inform him of the situation, which led to him leaving work early and heading to the school to locate A.B. I also called the police to request their assistance with finding my child, as we suspected she was somewhere on school grounds. The police took it as a missing child report. After about an hour of back-and-forth between myself, A.B.'s dad, the police, and the Parent Call center, we were finally able to locate A.B. A representative from the Parent Call Center informed me that A.B. was present on the bus. I learned that there was a language barrier with the bus driver, which caused him to falsely report that A.B. was not present on the bus during the initial phone call. A.B. arrived home after 6:00pm this evening, more than two hours after she had been loaded on the bus at 3:45pm. Although my child was eventually located, this experience was deeply distressing

for me and made me concerned about whether she was getting appropriate care on the bus since they did not even know that she was on the bus or who she was.

15. In addition to arriving late at home, throughout the 2024-2025 school year, A.B. arrived home with her safety harness on incorrectly, meaning it was not fastened correctly on the school bus, and she was not riding safely. The problem is that school staff put the harness on too loosely, meaning A.B. can get out of it. Bus staff may tell the school staff it is too loose or report it to be at the end of the ride, but they do not make it tighter themselves.

16. The transportation issues have affected A.B. physically, mentally, and emotionally. I am extremely concerned about the physical health of my child when she is left to sit in a soiled diaper for extended periods of time, sometimes for an hour or more. For a young girl, this creates a serious risk of harm. Prolonged exposure to urine or feces can lead to urinary tract infections, which are not only painful, but may require medical treatment.

17. A.B., like most children with autism, benefits from consistency. All of the changes with the bus times and the bus drivers have caused A.B. a lot of anxiety. She is never able to get on a proper routine, which has a detrimental impact on her mood and her ability to focus on learning when she finally does get to school. Additionally, the issues with transportation have created a significant impact on A.B.'s ability to engage in regular school activity with her peers, such as the day she missed picture day in January.

18. The transportation issues have affected our family as well. Over the past school year, the issues with the bus have caused both myself and A.B.'s dad to be late for work because we have had to wait on the bus to pick A.B. up in the morning. These issues caused either myself or A.B.'s dad to be late to work at least once a week. In December 2024, I had to cancel a scheduled medical procedure because the bus was late picking A.B. up for school

in the morning. I do not drive, so I have also had to spend significant funds on Ubers and Lyfts to take A.B. to school myself.

19.    It has been very tiring dealing with all the issues with OSSE transportation. On top of the issues that we have faced over this past year, I am also concerned because of the potential harm that may happen due to my child being non-speaking and needing assistance with toileting. It concerns me because A.B. would not be able to communicate if she was ever harassed or assaulted while on the bus.

20.    On July 8, 2025, I met with St. Coletta staff to update A.B.'s IEP. The team agreed to update the IEP to include a ride limit of 1 hour and a requirement that a text be sent 10 minutes prior to the bus's arrival. The team also discussed my request to provide A.B. with private transportation, instead of the OSSE bus, and the safest way to secure A.B. while she is on school transportation.

21.    Previously, the IEP only included the buckle guard, not the harness, even though the OSSE bus staff were only using a harness. Mr. Dukes, the St. Coletta IEP Compliance Specialist, explained that he would include both the harness and the buckle guard in the IEP. The harness is only necessary for the bus, and the buckle guard is only necessary for private transportation, such as a van. He said we would include both so that OSSE knew what to use depending on the type of transportation offered.

22.    On July 9, 2025, my lawyer emailed OSSE about the transportation amendments discussed at the IEP meeting, and proposed moving A.B. to private transportation, like a van, rather than a traditional bus. I want her to move to private transportation in the hopes that private transportation could keep A.B.'s ride to an hour or less, which would eliminate the times she soils herself. The lack of routine in late pick-ups and drop-offs is very distressing to

both me and A.B., and I hope private transportation could create a more predictable schedule for her.

23.    On July 11, 2025, OSSE DOT representative Ms. Crews responded to the July 9, 2025, email, agreeing to update A.B.'s ride time to be the first pick-up and the last drop off and to provide 10-minute courtesy texts. She stated that A.B. would continue to be transported by OSSE DOT, constructively denying the request to change to private transportation, and she opposed the addition of the harness and buckle guard, stating instead that A.B. would be secured with a safety vest on the bus.

24.    I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

25.    I want A.B. to get to school on time so she can participate in her education. A.B. needs safe, reliable, and appropriate transportation in order to receive Free Appropriate Public Education (FAPE) and to have equal access to her education and to ensure she is not unnecessarily segregated from her peers.

26.    I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated this 2nd day of October, 2025 at Washington, District of Columbia.


_Ebony McBeth_
Ebony McBeth (Oct 2, 2025 15:46:08 EDT)
_____
Ebony McBeth, Declarant