# EXHIBIT K

## <u>DECLARATION OF MICHELLE CARTER</u>

Michelle Carter, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct.

1.     My name is Michelle Carter, and I am over 18 years old. I have personal knowledge of the facts as stated herein.

2.     My family and I are members of The Arc of the United States, and we benefit from the advocacy The Arc does related to special education and integration of students with disabilities.

3.     I am the parent of K.H., who is 10 years old and was a student at Kipp Heights Academy during the 2024-2025 school year, and M.C., who is 17 years old and was a student at New Beginnings Vocational during the 2024-2025 school year. M.C. has now graduated.

4.     K.H. is diagnosed with multiple disabilities, including speech and developmental delays, attention deficit hyperactivity disorder (ADIID), and a behavioral and learning disability. K.H.'s disabilities substantially limit his major life activities including, but not limited to, learning.

5.     M.C. is diagnosed with Osgood-Schlatter disease, which is a bone condition characterized by painful swelling just below the knee, and schizophrenia. M.C.'s disabilities substantially limit her major life activities including, but not limited to, learning.

6.     Both K.H. and M.C. are identified as students with disabilities under the Individuals with Disabilities Education Act. They have Individualized Education Programs (IEPs) that require transportation to and from school through the Office of the State Superintendent for Education's Division of Transportation (OSSE DOT).

<u>K.H.</u>

7.      K.H. used the OSSE bus for the 2024-2025 school year. He rode Route 444. The pick-up time was 7:11 am and the drop-off time was 3:24 pm.

8.      Throughout the 2024-2025 school year, K.H. experienced issues with morning transportation. Until January 2025, the bus would typically arrive at 7:45 am every day, over thirty minutes past his scheduled pick-up time. There was a week in January when the bus did not come at all, so I had to take him to school myself.

9.      Starting in January 2025, the bus arrived between 8:30 am and 8:55 am. Although his scheduled pick-up time did not change, he was now picked up well over an hour past his scheduled pick-up time. As a result, K.H. was getting to school late because school started around 8:15 am.

10.     Starting in March 2025, I transported K.H. to school every day because the bus was coming so late. I would usually wait until 7:45 am and then take K.H. myself when the bus did not come. There have also been times when the bus would come, but it would not wait the required three minutes, so he would miss the bus. I learned that from March 2025 until the end of the school year, K.H.'s bus was double routed causing significant delays in the morning and afternoons.

11.     The afternoons were also hectic. There were times when the bus driver forgot K.H. was still on the bus. The bus would head back to the bus depot when K.H. reminded the driver he was still on the bus. I learned about this from K.H. when he got home. The bus also left him at school three times this year; the school called me twice and K.H. called me once to let me know. Each time I had to leave work to pick him up. From March through the end

of the school year, I received a text every day that the bus was going to be more than 40 minutes late dropping K.H. off.

12.    The bus driver also frequently changed—K.H. had at least five different drivers throughout the school year. When there was a new driver, it made the pick-up times unexpectedly early or late.

13.    I called the Parent Call Center two to three times per week about transportation issues. In March, I started asking for a supervisor, but I never got a call back. Prior to April/May 2025, I would be on hold for an hour before I could speak to a representative.  The Call Center was not typically helpful. Typically, they told me that K.H. is next in line for pick-up and that the bus is right down the street, but it will take 20 more minutes for the bus to arrive.

14.    K.H. has been harmed by these transportation issues. K.H.'s tardies added up to 16 total absences from school. His grades during the second semester of the school year slipped from As and Bs to Cs and Ds. An absence due to transportation also caused him to miss a speech therapy session. K.H. does not like riding the bus, and he has received rude remarks from the drivers and attendants. For example, one driver told K.H. that he should get to school himself because he lives so close to the school. During a prior school year, K.H. was assaulted on the bus which made him not want to ride the bus anymore and still causes him to be distrustful of the bus.

<u>M.C.</u>

15.    During the 2024-2025 school year, M.C. primarily rode the OSSE bus. There was a two-week period when she rode private transportation due to our address changing. When she was on the OSSE bus, she rode Route 615. Until February, M.C.'s pick-up time was 6:57

am. In March, the pick-up time changed to 7:26 am, and a week later it changed again to 7:11 am.

16. There were several problems with the morning bus. Throughout the entire school year, M.C. only rode the morning bus about 30 times. This is because the bus would come before pick-up time, for example around 6:15 am, or because the bus would not wait for the required three minutes. When M.C. did ride the bus, it took her at least two hours to get to school, and she was often not getting to school until 9:15 am, 30 minutes after school started at 8:45 am. I took her to school when I could, but with her school being so far away and K.H. also having transportation issues, I could not drive her every day. I filed for reimbursement but have never received it.

17. These transportation issues have harmed M.C. She missed school one to two days a week due to transportation issues. Because of the late arrivals to school, she also failed her first period class.

18. The staff on M.C.'s bus are also not trained to appropriately assist M.C. The bus attendants have been rude, and they do not know how to interact with children with special needs. I reported this to OSSE, which said it would investigate, but I have never heard anything more. Due to the bus issues, M.C. tried to take public transportation once time, but she was assaulted.

19. The transportation problems for K.H. and M.C. have also harmed our family. I resigned from my job because I had to be there by 8:00 am. I was often late to work or had to leave early due to the transportation issues. I am considering going back to work, but it could mean that K.H. misses school going forward if the bus does not arrive on time because I will not be able to take him myself. Without my job, I cannot financially support K.H. to play

sports and we cannot travel. I sent M.C. to school in an Uber between 5 to 10 times, but I had to stop because the price was too high. I filed for reimbursement but I have not heard anything back.

20.    Although M.C. is no longer in school, she deserved equal access to her education. I want K.H. to get to school on time so he can participate in his education. K.H. needs safe, reliable, and appropriate transportation in order to receive Free Appropriate Public Education (FAPE) and to have equal access to his education and to ensure he is not unnecessarily segregated from his peers.

21.    I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.


Dated this _3_ day of October, 2025 at Washington, District of Columbia.



_Mila Ch_
Michelle Carter (Oct 3, 2025 09:16:02 EDT)
_____
Michelle Carter, Declarant