# EXHIBIT L

**<u>DECLARATION OF ANDY MCKINLEY</u>**

COMES NOW, Andy McKinley and pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct:

1. My name is Andy McKinley, and I am over 18 years old. I have personal knowledge of the facts stated herein.

2. I am the parent of C.M., who is a student at Jefferson Middle School.

3. C.M. is diagnosed with autism, ADHD, and anxiety. C.M.'s disabilities substantially limit his major life activities including, but not limited to, learning.

4. C.M. is identified as a student with a disability under the Individuals with Disabilities Education Act as a student with autism and ADHD and has an Individualized Education Program that requires transportation to and from school through the Office of the State Superintendent for Education's Department of Transportation (OSSE DOT).

5. My family and I are members of The Arc of the United States, and we benefit from the advocacy The Arc does related to special education and integration of students with disabilities.

6. For the 2025-2026 school year, C.M. is on route 541. C.M. is scheduled to be picked up at 8:45 AM and dropped off at 3:41 PM.

7. Jefferson starts at 9:00 AM and ends at 3:15 PM.

8. Because of his disability, C.M. depends on a regular routine and has a difficult time diverting from his routine of taking the bus. He will become stressed and anxious when he cannot take the bus. When the bus runs late, it is better for C.M.'s emotional state to wait for the bus, even though that has caused him to arrive late to school and miss instructional time.

9. C.M. had his first day of school on August 25, 2025. On August 26, 2025, the bus was approximately 60 minutes late picking up C.M. in the morning. C.M. waited until the bus came and was late to school.

10. On August 27, 2025, C.M.'s bus did not arrive in the morning. My wife took C.M. to school on the Metro, and he did not arrive to school until approximately 11:00 AM. We later learned from OSSE that the bus did not arrive because it went to the wrong address in Southeast DC.

11. On August 28, 2025, we received a notification from OSSE DOT that the bus would be 60-90 minutes late. My wife had to take C.M. on the Metro, and C.M. arrived late to school.

12. On August 29, 2025, C.M.'s bus was expected to be 40-60 minutes late. C.M.'s bus did not arrive until a little before 11:00 AM. C.M. waited for the bus and arrived approximately two hours late to school.

13. That afternoon, C.M. had not arrived home by 4:15 PM, over 30 minutes past his scheduled drop-off time. My wife received a call from a staff member at Jefferson at around 4:20 PM that C.M.'s bus had not arrived to the school. The staff member called the Parent Resource Center and was told that it was a down route. There were six kids, including C.M., who were waiting for the bus and the school building was about to close. My wife went to pick up C.M. around 4:50 PM. I did not receive any communication from OSSE about the afternoon delay until approximately 5:25 PM.

14. When C.M. arrives late to school, he misses instructional in the morning and does not have the opportunity to make up what he missed. When he arrives late, he also can be disruptive to his class and has difficulty transitioning from the bus to his classroom, further delaying the time he can focus on his education.

15. On or around September 4, 2025, C.M.'s route was adjusted to make up for the repeated late arrivals to school. He now is on route 164. He is scheduled to be picked up at 7:15 AM, an hour and forty-five minutes earlier than his previously scheduled pick-up time. His afternoon drop off time did not change. His morning pick-up time is nearly two hours before the start of school. His route stops and drops off students at Amidon-Bowen Elementary School before going to Jefferson.

16. Long bus rides can be mentally exhausting for C.M., and this effect tends to build as the week goes on. By the end of the week, his energy levels are significantly reduced, making it harder for him to concentrate on tasks like homework. As a result, completing assignments on time becomes increasingly challenging, which further affects his education.

17. C.M. requires safe, reliable, and appropriate transportation in order to receive a Free Appropriate Public Education (FAPE) and to have equal access to his education and to ensure he is not unnecessarily segregated from his peers.

18. I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated this __7__ day of October, 2025 at Washington, District of Columbia.

_____

Andy McKinley, Declarant