# EXHIBIT M

## **DECLARATION OF JENNIFER LEWIS**

COMES NOW, Jennifer Lewis and pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct:

1. My name is Jennifer Lewis, and I am over 18 years old. I have personal knowledge of the facts as stated herein.

2. I am the parent of K.L., who is a 14-year-old District resident and student at St. Coletta of Greater Washington, also known as St. Coletta Special Education Public Charter School, a full-time special education public charter school in Washington, DC.

3. My family and I are members of The Arc of the United States, and we benefit from the advocacy The Arc does related to special education and integration of students with disabilities.

4. K.L. is identified as a student with a disability under the Individuals with Disabilities Education Act and has an Individualized Education Program that requires transportation to and from school through the Office of the State Superintendent of Education's Department of Transportation (OSSE DOT).

5. K.L. has a rare chromosomal deletion that presents multiple disabilities, including intellectual and physical disabilities. K.L. also has Lennox-Gastaut syndrome, which is a severe form of epilepsy. K.L. uses a wheelchair, a feeding tube, and requires a nurse on the bus. K.L.'s disabilities substantially limit her major life activities, including, but not limited to, learning.

6. Because of her disabilities, K.L. depends on a regular routine and reliable bus schedule for her health. For example, we need to feed her at least an hour before the bus arrives so that she can digest her food before riding, and we need to ensure she has a dry diaper on

right before the bus ride.  When the bus times change, and especially if we don't get notice of those changes, we are unable to make informed decisions on her care, and it causes us to have to make last-minute adjustments or risk K.L. getting sick or sitting in a wet diaper.

<u>2024-2025 School Year</u>

7. For the 2024-2025 school year, K.L was supposed to get picked up in the morning at 7:20 AM and dropped off at home in the afternoon at 4:21 PM or at 1:53 PM on half days. She was on bus route 117.

8. Throughout the school year, there were numerous issues with late arrivals in the morning and afternoon drop-offs. For example:

   a. The first day of school was August 26, 2024.  During the first week, K.L. experienced both late pick-ups in the morning and late drop-offs in the afternoon.  I received no notice of these late pick-ups and drop-offs from OSSE and when I checked OSSE DOT Daily Update website, her route was not listed as late.

   b. On Monday, August 26, 2024, the bus arrived at 7:38 AM, which is just outside of the 15-minute grace period.  My understanding is the bus was late because the bus did not have an attendant.  In the afternoon, K.L. was dropped off at home at 5:20 PM, about an hour late. My understanding is it was because the air conditioning on the bus was broken, and they needed to get a new bus.  When K.L. arrived home, her diaper and clothes were wet because the bus was so late. I received no notice of these late pickups and drop-offs

from OSSE and when I checked OSSE DOT Daily Update website, her route was not listed as late.

c.   On Tuesday, August 27, 2024, the bus arrived at 8:00 AM, which is forty minutes late.  The route was changed without notice and K.L. was picked up after another child on the route, even though K.L. has an earlier pickup time than the other child.  In the afternoon, K.L. was dropped off at home at 5:15 PM. My understanding is it was because the air conditioning on K.L.'s assigned bus was still broken.

d.   On Wednesday, August 28, 2024, the morning bus was on time but K.L. was dropped off at home at 2:26 PM, which is about thirty minutes late.

e.   On Thursday, August 29, 2024, the bus arrived at 7:56 AM, which is almost forty minutes late.  My understanding is there was still a problem with the buses and so the route had to be split between wheelchair and non-wheelchair users. K.L. was dropped off at home at 4:39 PM, which is just a few minutes past the grace period.

f.   On Friday, August 30, 2024, K.L. arrived home at 5:08 PM, which is about 40 minutes after her drop-off time.

g.   On September 3, 2024, K.L.'s teacher informed us that K.L. usually arrives at school around 9:00 AM, which is after the start of the school day at 8:30 AM and over 90 minutes after her scheduled pickup time. The total distance from our house to the school is approximately 3.7 miles. K.L.'s teacher also informed me that K.L. left school around 3:45/4:00 PM, and she did not arrive home until 5:55 PM, an hour and a half past her scheduled time. The driver

informed me there was an "incident" with another student on the bus. I did not receive a phone call or text informing me of the delay.

h.  On September 4, 2024, K.L. was picked up at 7:35 AM and dropped off at school at 8:54 AM, almost 90 minutes on the bus. That day, I called the OSSE Parent Call Center to file a complaint about the lack of notice on September 3. The representative said that she could only take a complaint if the situation had exceeded more than 3 days.

i.  OSSE's notification system is not reliable. As an example, on Tuesday, September 10, 2024, at 5:30 AM, I received a robo-call and text that the bus was 40 min late. The bus arrived at 7:13 AM, earlier than K.L.'s scheduled pick-up time.

j.  On February 18, 2025, K.L.'s bus did not arrive to pick up K.L. in the morning until 8:51 AM—over an hour and a half later than the scheduled pick-up time. I did not receive any notification that the bus was late. I called the Parent Resource Center at 7:50 AM. After being on the phone for over thirty minutes, the Parent Resource Center could not explain why the bus had not picked up K.L, could not get in touch with the driver to give me an estimated time of when the bus would arrive, and could not provide an explanation as to why I did not receive a notification that the bus was late. I sent an email to Michael Riley, OSSE's Director of Student Transportation Services.

k.  On April 21, 2025, K.L. was picked up at 8:11 AM—nearly an hour past her scheduled pick-up time. She did not arrive to school until 9:50-9:55 AM. She

was on the bus for over 90 minutes on the way to school even though we live just 3.7 miles from the school. When K.L. failed to show up at school on time, the school emailed me to ask why she was absent. This caused a lot of anxiety and confusion. The school staff searched for K.L. around the school and then found her when the bus pulled up. There was apparently no communication between the bus and St. Coletta that K.L. was still on the bus. It was never made clear why the bus was so delayed, and it caused me a significant amount of stress during the period we thought K.L. was missing, all because of the lack of communication. I sent an email to Michael Riley and Youlanda Clark, an employee in Customer Engagement, about this incident. I was then told the bus would be monitored closely for 10 days and the driver would have to call in when he left the terminal, left our house, and arrived at school.

l.  On Monday, April 28, 2024 (in this 10-day period), K.L. was picked up at 7:20 AM, which was her regular scheduled pick-up time. However, I received a text message from another parent (whose child was on K.L.'s route and typically picked up immediately after K.L.) at 8:05 AM that "no bus yet and zero communication." At 9:00 AM a second bus arrived at my house to pick up K.L., who had already been picked up at 7:20 AM.

m.  On Friday, June 13, 2025, I received a text saying there was a route change (from route 117 to 127), and that her pickup time had been moved to 7:46 AM, which is about a 30-minute delay. The following Monday, June 16, the same bus that K.L. had been previously riding arrived at the usual pick-up

time of 7:15 AM. The following day, Tuesday June 17, two buses came to pick up K.L., ten minutes apart. This continued into the week of June 23 when two buses inexplicably arrived to pick-up K.L. Because K.L. was picked up on her original route, the second bus did not pick up K.L., or to my knowledge any other kid on their route, because the kids had been picked up by the prior bus. The notification of a change in routes was entirely wrong and again caused confusion and stress.

<u>2025-2026 School Year</u>

9. For the 2025-2026 school year, I have received numerous alerts with different route information and pick-up and drop-off times. On August 18, 2025, I received communication from OSSE that K.L. was on route 133 and scheduled to be picked up at 7:31 AM and dropped off at 1:08 PM on a half day and 3:28 PM on a full school day. On August 21, 2025, I received a text with the same information except the drop off time for a half day was changed to 1:28 PM. The notification stated, "This is the last notification prior to the first day of school." On August 22, 2025, I received another text stating "Please note: bus schedule may change over the weekend, and a revised message will be sent if needed." The notification updated her afternoon drop off time for a full day to 3:55 PM. This all occurred before the first week of school.

10. During the week of August 25, 2025, which was the first week of school, K.L. was picked up between 6:45 AM and 6:50 AM, although her pick-up time was 7:31 AM. Because K.L. wears a diaper, we were concerned that she would have an accident on the way to school or the diaper would leak before she arrived to school.

11. On the first day of school (August 25, 2025), K.L. was picked up at 6:46 AM. We did not have her ready and had to scramble quickly to get her ready, because we know the bus is only allowed to wait a few minutes before it will leave. I called the Parent Resource Center to confirm K.L.'s pick up time was 7:31 AM, and I was on hold for 30 minutes. When I spoke to a representative, they confirmed her pick up time is 7:31 AM.

12. On August 26, 2025, K.L. was picked up at 6:49 AM. I called the Parent Resource Center again and the representative said (again) her pick-up time was 7:31 AM and they would elevate the issue to a manager. I did not receive a call back from a manager or anyone else.

13. During the first week of school, K.L. consistently was dropped off at home at least 30 minutes past her scheduled time.

    a. On August 25, 2025, K.L. was dropped off at 4:30 PM, 35 minutes past her scheduled drop-off time.

    b. On August 26, 2025, K.L. was dropped off at 4:45 PM, 50 minutes past her scheduled drop-off time.

    c. On August 28, 2025, K.L. was dropped off at 5:00 PM, over an hour past her scheduled drop-off time.

    d. On August 29, 2025, K.L. was dropped off at 4:35 PM, 40 minutes past her scheduled drop-off time. After K.L. was dropped off, I received a text from OSSE that K.L. was on the same route but her morning pick up time was changed to 7:11 AM.

14. On September 2, 2025, K.L. was picked up at 6:49 AM, approximately twenty minutes earlier than her new pick-up time. She was dropped off at home at 4:55 PM, an hour past her scheduled drop-off time.

15. I also received another text from OSSE on September 2, that starting on September 4, K.L. was switched to route 169 and her new pick-up time was 7:25 AM, her drop-off time on a half day was 1:35 PM, and on a full day, K.L. would be dropped off at 3:26 PM. Given the time it takes for St. Coletta to load the kids on the bus, I knew 3:26 PM was not a realistic drop-off time. K.L. is dismissed from school around 3:00 PM, but based on the Airtag we have for K.L., we noticed she is not loaded on the bus until approximately 4:00 PM.

16. Most days K.L. spends close to 90 minutes on the bus in the afternoon.

   a. On September 4, 2025, K.L. was dropped off at 5:11 PM, approximately 1.5 hours past her scheduled drop-off time.

   b. On September 5, K.L. was dropped off at 5:23 PM, two hours past her scheduled drop-off time.

   c. On September 8, K.L. was dropped off at 5:22 PM, two hours past her scheduled drop-off time.

   d. On September 9, K.L. was dropped off at 5:00 PM, approximately 1.5 hours past her scheduled drop-off time.

   e. On September 11 and September 12, K.L. was dropped off at 5:25 PM, two hours past her scheduled drop-off time.

17. The information I receive from OSSE is often not accurate. For example, on Wednesday, September 10, 2025, I received a notification at 11:59 AM that K.L.'s transportation was

"ETA 20 minutes late." K.L. was dropped off at 1:21PM, which is almost 15 minutes earlier than her scheduled drop-off time.

18. On September 15, 2025, K.L. arrived home at 4:15 PM, around 45 minutes past her scheduled drop-off time. I also received a text from OSSE DOT at 4:15 PM saying her bus was twenty minutes late. This was an outlier for the times K.L. had been dropped off at home and showed that she could be dropped off anywhere from 4:00 PM to as late as 5:30 PM. I also learned she was dropped off earlier because the other kids on her bus were sick.

19. I routinely receive notifications that are incorrect. Because I receive so many incorrect notifications, I sometimes forget to check them promptly. On Thursday, September 18, 2025, I received a notification at 12:52 PM stating transportation "ETA: 20 minutes late." I received a second notification at 2:53 PM (7 minutes before the end of the school day) stating "Transportation Update: Unable to transport in PM due to nurse shortage." I was at work and without a car and so called my husband who luckily was home and able to go pick her up, but he did not arrive at school until after dismissal.

20. On Friday September 19, 2025, I received a notification stating that transportation "ETA 20-30 minutes late" and K.L. was not dropped off until 5:30 PM.

21. On Monday, September 22, 2025, K.L.'s bus did not arrive nor did I receive a notification the bus would be delayed. My husband drove K.L. to school. She was dropped home at 5:35 PM.

22. On Tuesday, September 23, 2025, I called the Parent Resource Center at 5:24 PM when K.L. had not arrived home. We had been tracking K.L.'s departure from school using an Airtag and it showed K.L. in Southeast D.C. between 4 and 5 PM and then driving back

by St. Coletta at 5:24 PM, about 90 minutes after she left school and two hours after her scheduled drop off time. She arrived home at 5:45 PM. I received no notification.

23. On Wednesday, September 24, 2025, I emailed Raphael Park and Youlanda Clark to request a change to K.L.'s bus route. I received an acknowledgement from Yvonne Smith, OSSE DOT's Deputy Director of Administration, on Thursday, September 25, 2025, and on Friday, September 26, 2025, Ms. Smith informed me that K.L. would be placed as a single rider on the bus.

24. On Monday, September 29, 2025, K.L. was dropped off at 4:56 PM and was not a single rider on the bus. That night, I received a notification about the route change. K.L. was placed on route 135, with a pick-up time of 7:22 AM, half day drop-off of 1:55 PM and full day drop off at 4:20 PM. Both drop-off times were later than the previous route drop-off times (which were 1:35 PM and 3:30 PM).

25. On Tuesday, September 30, 2025, K.L. was dropped off at 5:21 PM. The bus driver said the new route would start "next week."

26. On Wednesday, October 1, 2025, K.L. was picked up at 7:10 AM (by the bus crew from Route 169) and the Airtag showed K.L. making two stops before arriving at school. In the afternoon, she was dropped off at 1:05 PM, which is 50 minutes earlier than the scheduled time. That night, I received a notification that K.L. was back on Route 169, with a pickup time of 7:46 AM, a half-day drop-off of 12:58 PM and a full day drop-off of 3:21 PM.

27. The next morning – Thursday, October 2, 2025 – K.L. was picked up at 7:15 AM, 30 minutes earlier than her scheduled pickup time. The bus driver said there were other

children on the route. K.L. was dropped off at 4:07 PM (which was consistent with her being a single rider on the bus).

28. On Friday, October 3, 2025, K.L. was picked up at 7:44 AM (on time) but then her bus made 3 stops and she did not arrive to school until 8:50 AM, which is 20 minutes after the start of the school day. I sent a follow-up email to Yvonne Smith asking for clarification on whether Kate was a single rider and when we could expect some stability on the route. I have not received a response.

29. On Monday, October 6, 2025, K.L. was picked up at 7:30 AM and dropped off at 4:07 PM although K.L. was not the sole rider on the route nor was the afternoon drop-off within the 15-minute grace period.

30. On Thursday, October 9, 2025, K.L. was unable to be loaded onto the afternoon bus because there was no nurse. OSSE failed to inform us via text or phone call; we learned this directly from St. Coletta after dismissal time. My husband had to pick K.L. up from school.

<u>Impact of OSSE DOT Failures</u>

31. Long bus rides are a problem for K.L. as they have caused her to have toileting accidents in the past and then she is forced to sit in a soiled diaper for an unknown amount of time.

32. Compounding the issues with timing, most of the information that I have received from OSSE through their text messaging system regarding pick-up and drop-off has been inaccurate. The incorrect information does not allow me to plan out my schedule to coordinate with the bus. The text messaging system has rarely been useful and causes confusion and stress when it repeatedly conveys incorrect information.

33. OSSE's notification system does not provide accurate information and thus, it is not actionable. Between March and May 2025, I received 53 notifications that the bus would be late in the afternoon. Most of the time, K.L. was not late. But because the push notifications were so frequent and mostly incorrect, my husband or I adjusted our work schedules daily to ensure one of us was home on time to meet K.L.'s bus (in case it was on time).

34. When issues come up with the bus, we are told to reach out to the Parent Resource Center. Most attempts to contact the Parent Resource Center are ineffective. Although the staff are always professional and courteous, they are usually unable to explain what is going on with a specific delay. I have been on hold for more than 30 minutes when I have tried to contact them. I have filed complaints about these issues, and they have resulted in no changes.

35. Another issue that has affected me and my family is inaccurate or incomplete delay information in the morning. This is a problem because if it is a long delay then my husband or I drive K.L. to school. If it is a short delay, then we wait for the bus. Often, we don't know how long a delay might be and we don't know if we need to drive K.L. to school. This has made it difficult for us to plan how to ensure K.L. and our other child can both get to school on time and how to meet our obligations for in-person work.

36. OSSE's scheduled drop off times have not incorporated the often extensive time it takes to load the buses at St. Coletta into their projected drop-off times. During the 2024-2025 school year, K.L.'s drop-off time was supposed to be 4:21 PM or 1:53 PM on half days. In reality, K.L. was dropped off at home late at unpredictable times because the loading time at St. Coletta seems to be longer than what OSSE estimates. As noted above, this

problem has continued into the 2025-2026 school year, and she may be dropped off as early as 4:00 PM or as late as 5:45 PM.

37. The inconsistent drop-off times create gaps in K.L.'s care at home. K.L. has an at-home nurse who is supposed to receive K.L. at drop-off. In the past, because of the inconsistent drop-off times and inaccurate delay estimations, we were unable to tell the nurse exactly when to arrive. We erred on the side of having the nurse arrive later than the listed drop-off time to avoid waiting around for K.L. to potentially arrive at the scheduled drop-off time. This forced me or my husband to leave work early or use our sick leave to be home to wait around for K.L. to arrive and then facilitate the transfer from the bus to the at-home nurse.

38. Beyond just affecting K.L., these bus issues have caused a huge burden on me and my husband and are a factor that contributed to my husband's decision to leave his job so we could better ensure coverage for K.L.'s bus pick up and drop off.  The inconsistency in drop-offs and pick-ups has affected so many other areas of our life because of the need for both of us to be prepared to leave work early or get to work late in case the bus isn't ready when it should be.

39. It has also caused significant stress for our family because there is always something going on with the buses which prevents us from effectively being able to plan the basic components of our lives.  The constant stress has been a huge burden on the mental health of my husband and I.

40. I want K.L. to get to school on time so she can participate in her education. K.L. needs safe, reliable, and appropriate transportation in order to receive Free Appropriate Public

Education (FAPE), have equal access to her education, and ensure she is not unnecessarily segregated from her peers.

41. I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated this __14____ day of October, 2025 at Washington, District of Columbia.

JENNIFER LEWIS

Digitally signed by JENNIFER LEWIS
Date: 2025.10.14 08:39:04 -04'00'

Jennifer Lewis