# EXHIBIT N

**<u>DECLARATION OF MARY ELIZABETH EHRHARDT</u>**

COMES NOW, Mary Elizabeth Ehrhardt, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct:

1. My name is Mary Elizabeth Ehrhardt, and I am over 18 years old. I have personal knowledge of the facts as stated herein.

2. I am the parent of C.G., who was in 5th Grade and attended Key Elementary during the 2024-2025 school year, and M.G. who is in the 10th grade and attends Ivymount School.

3. My family and I are members of The Arc of the United States, and we benefit from the advocacy The Arc does related to special education and integration of students with disabilities.

4. C.G. is diagnosed with autism spectrum disorder, ADHD, and generalized anxiety disorder. C.G.'s disabilities substantially limit his major life activities including, but not limited to, learning.

5. M.G. is diagnosed with autism spectrum disorder, ADHD, anxiety disorder, obsessive compulsive disorder, major depressive disorder, intermittent explosive disorder, and Type 1 diabetes. M.G.'s disabilities substantially limit her major life activities including, but not limited to, learning.

6. Both C.G. and M.G. are identified as students with disabilities under the Individuals with Disabilities Education Act as students diagnosed with autism. They have Individualized Education Programs (IEPs) that require transportation to and from school through the Office of the State Superintendent for Education's Division of Transportation (OSSE DOT).

7. C.G. and M.G. both have IEPs that state they should be the last one on their route to be picked up in the morning and first to be dropped off in the afternoon. M.G.'s IEP also requires a ride time of 60 minutes. C.G. has had transportation on his IEP since 2021. M.G. has had transportation on her IEP since 2019.

8. At the end of the 2024-2025 school year, C.G. was on route 915; however, the route changed frequently throughout the school year, which changed his drop-off and pick-up times.

9. During the 2024-2025 school year, M.G.'s was on route 640, a private transportation route contracted run by OSSE. Additionally, M.G. used OSSE's regular bus system for the 2025 summer school program and the 2025-2026 school year. As of August 8, 2025, M.G. was on route 858.

<u>C.G.</u>

10. Throughout the 2024-2025 school year, C.G. was consistently not the last one picked up in the morning, in violation of his IEP and his doctor's recommendation.

11. Between August 2024 to December 2024, there were weeks when every morning C.G.'s bus came late, or failed to show up entirely, and my husband drove him to school. For example, on September 19, 2024, November, 14, 2024, and November 15, 2024, the bus was extremely late so my husband or I had to drive him to school. As a result, C.G. was late to school and missed part of his education. We typically waited until at least 9:00 AM before we drove him to school. These issues continued into the spring 2025. For example, the bus entirely failed to pick up C.G. on April 25, 2025.

12. These late and failed pickups resulted in C.G. being late for school. For example, on the morning of April 29, 2025, the bus was over an hour late to pick up C.G. This caused

C.G.'s school to mark him as absent. C.G.'s school incorrectly marked him as absent seven times: 10/21/2024, 10/28/2024, 02/06/2025, 02/04/2025, 04/20/2025, 04/29/2025, and 05/14/2025. The school contacted me regarding these frequent 'absences', an issue which has still yet to be resolved as the issue was only communicated with me towards the end of the school year and I was unable to get in contact with school officials to resolve the matter. When he was late to school, it impacted his ability to transition and prepare himself to learn, he missed targeted instructional time, and he had difficulty organizing his day.

13. Around January 2025, the bus began to pick up C.G. at least thirty minutes before his scheduled pick-up time. This earlier pick-up time limited C.G.'s time to eat breakfast and prepare for the school day. Instead, C.G. had to rush out the door only to be dropped off early to school with only the supervision of a security officer because his teachers had not arrived yet.

14. Between arriving early, late, or not at all, it was difficult to predict when C.G.'s bus would arrive and if it would arrive within the scheduled window.

15. For example, during the week of May 22, 2025, C.G.'s bus arrived over half an hour early twice. On the other three days, it was late or failed to arrive at all. After I contacted Jason Campbell about the issues, he responded that the earlier pick-up time should at least be preferable to late.

16. In the afternoons, C.G. was often pulled from class around ten to fifteen before class was even dismissed at 3:15 PM. Even when he was pulled early, the bus would not arrive to school until closer to 4:00 PM. The late arrivals to C.G.'s school delayed when C.G.

would return home and he would be late for ABA therapy. Partly due to the late bus arrivals home and late arrivals to ABA, we had to cancel services.

17. I attempted to get C.G. into aftercare, but the school was unable to do this as OSSE's transportation cannot coordinate with aftercare.

18. There were numerous times the bus did not pick up C.G. in the afternoon. For example, on October 7, 2024, October 15, 2024, October 16, 2025, November 8, 2024, April 25, 2025, and May 27, 2025, the bus failed to pick C.G. up from school. When this happened, he had to wait at school with a security guard before someone could pick him up.

19. The inconsistency in transportation caused C.G. to become emotionally and functionally dysregulated, which had a negative impact on C.G.'s school experience. He became extremely anxious and frustrated when the bus was late, and the lack of consistency caused him to self-harm. C.G. would get anxious waiting for the bus and started picking his face. As a result, it became infected, and he had to go to the doctor to get medicated treatment.

20. C.G. relies on routine and a schedule for his emotional well-being. Late arrivals in the morning caused him to become frustrated and made it difficult for him to transition between tasks. On the days when he arrived late to school, C.G. missed instructional time and time with his peers. When he arrived early, the lack of breakfast and early morning supervision exacerbated C.G.'s executive functioning challenges and would cause him to become dysregulated during the day.

21. Late drop-offs in the afternoon caused C.G. to come home upset and emotionally dysregulated. C.G. would cry uncontrollably and be inconsolable. Late afternoon drop-offs also caused him to miss or be late to his ABA therapy sessions.

22. We finally decided to move C.G. to a private school in Virginia for the 2025-2026 school year in part because transportation issues became so difficult and unreliable.

M.G.

23. During the 2024-2025 school year, M.G.'s bus failed to pick her up from school on May 20, 2025, and I had to leave work early to pick her up.

24. Late arrivals home in the afternoon caused her to be late for ABA appointments and speech therapy. For example, on December 4, 2024, the bus was late picking up M.G. from school and she arrived home late causing her to be late to her speech therapy appointment. Partly due to the late bus arrivals home and late arrivals to ABA, we had to cancel services.

25. During the 2025 summer school program, M.G. faced numerous issues with transportation. The bus was scheduled to pick-up M.G. around 8:00 AM, but it typically arrived closer to 7:40 AM. On July 7, 2025, M.G.'s bus was nearly half an hour early to pick her up. This caused problems as M.G. has Type 1 diabetes, so M.G. needs to eat breakfast or her blood pressure drops to dangerous levels. Additionally, M.G.'s medication has to be taken with food and she needs her medication to assist with aggression and emotional regulation. When there have been early arrivals, M.G. has missed her ADHD medication, which impacts her ability to concentrate at school.

26. The early pickup caused M.G. to get to school early and to sit on a hot bus with loud music playing until school began, which triggered her sensory issues.

27. I called the Parent Call Center to complain about the early morning pick-ups and was put on hold for over 45 minutes. After waiting on hold for nearly an hour, the only answer I received was that there had been no report about an early route.

28. The very next day, July 8, 2025, M.G.'s bus was at least half an hour late to pick M.G. up.

29. During the summer, M.G. was also occasionally not the last student picked up or the first student dropped off, in violation of her IEP.

30. Because of the issues with M.G.'s bus, on July 18, 2025, her route changed. She was put on route 652.

31. On July 18, 2025, M.G. was again not the last one picked up on her route, in violation of her IEP.

32. On August 6, 2025, the bus arrived 30 minutes late to pick up M.G from school. Although the school day ends at 12:45 PM on Wednesdays, the bus did not arrive until 1:17 PM.

33. I received notice on August 8, 2025, that M.G. will be on route 858 for the 2025-2026 school year.  Morning pick-up was initially scheduled around 8:04 AM, but it changed to 7:55 AM around the second week of September. Afternoon drop-off was changed to 3:40 PM on a full day and 1:10 PM on a half-day.

34. However, M.G.'s scheduled pick-up time causes M.G. to arrive at school earlier than necessary. M.G. has to sit on the bus for approximately 30 minutes before students are allowed to enter the building, sometimes sitting there with loud music playing and no air conditioning. When M.G. is on the bus too long, it can dysregulate her and negatively affect her mood. The long wait previously caused her to act out against other students on

the bus, creating a dangerous situation for M.G. and others. Consequently, this makes it hard for her to function at school.

35. On August 8, 2025, the bus was over a half an hour late picking M.G. up from school causing M.G. to arrive home late.

## OSSE Communication

36. I have attempted to contact OSSE and their Parent Call Center at least twice a month to discuss C.G. or M.G.'s transportation; however, they are never able to resolve my issues. For example, on May 28, 2025, the bus arrived late to pick up C.G. and when I called the Parent Resource Center, OSSE was unable to tell me when C.G. would arrive home.

37. When I do call, I spend at least 15-20 minutes on hold. Additionally, I understand they are supposed to do incident reports; however, they rarely ask me about filing a report. Towards the end of the school year, they stopped discussing reports with me entirely. I did not push back as I had already spent so much time on the phone.

38. For a brief time, I had a direct point of contact at OSSE that I could email when issues arose. This worked better than calling the Parent Call Center as I did not have to wait on the phone for long periods of time; however, my contact stopped responding to me. I received no response to emails I sent on May 15, 2025, and May 22, 2025. On May 27, 2025, I emailed my point of contact three times and never received a response.

39. On August 5, 2025, I called the Parent Call Center to cancel transportation for August 7 because M.G. had a medical appointment that day. Despite my prior notice, the bus still arrived the morning of August 7. During this call, I also reminded the Parent Call Center that the bus is coming too early. I was told someone would call me back about this problem, but I never heard from anyone.

40. C.G. and M.G. require safe, reliable, and appropriate transportation in order to receive a Free Appropriate Public Education (FAPE) and to have equal access to their education and to ensure they are not unnecessarily segregated from their peers.

41. I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated this __8__ day of October, 2025 at Washington, District of Columbia.

_____

Mary Elizabeth Ehrhardt, Declarant