# EXHIBIT O

**DECLARATION OF TAMERA RHONE-MILLER**

COMES NOW, Tamera Rhone-Miller, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct:

1. My name is Tamera Rhone-Miller, and I am over 18 years old. I have personal knowledge of the facts as stated herein.

2. I am the parent of E.M., who was a 12th grader at Eastern Highschool for the 2024-2025 school year.

3. E.M. is identified as a student with a disability under the Individuals with Disabilities Education Act as a student with autism and attention deficit hyperactivity disorder (ADHD). E.M.'s disabilities substantially limit his major life activities, including, but not limited to, learning.

4. E.M. has an Individualized Education Program (IEP) that requires school-provided transportation through the Office of the State Superintendent of Education's Division of Transportation (OSSE DOT).

5. E.M. has been relying on transportation through OSSE DOT for sixteen years. During the 2024-2025 school year, E.M. was on route 586. On a normal day when the bus ran correctly, E.M. spent about half an hour on the bus each way, or an hour total. There were around seven other children who rode the bus with E.M.

6. However, we have had problems with E.M.'s OSSE transportation every year since he started taking it sixteen years ago, including last year during the 2024-2025 school year. Last year, the bus consistently picked E.M. up late in the mornings and dropped him off late in the afternoon.

7. For the first half of the 2024-2025 school year, the bus came around two hours late almost every day. Usually, it would come around 9:00 or 10:00 AM, even though E.M. was

supposed to be picked up at 7:15 or 7:30 AM. Because school started at 8:45 AM, this often caused E.M. to miss his first class.

8. In the second half of the school year, this continued, with the bus coming late once or twice a week, still at 9:00 or 10:00 AM.

9. There were also problems with the bus dropping E.M. off late in the afternoon during the 2024-2025 school year. About two or three times a week, E.M. would arrive home late around 5:30 PM even though his scheduled drop off time was 4:30 PM.

10. Every time there was a problem with the bus, my husband called the Parent Resource Center. Usually, he was on hold for about 20 or 40 minutes before he could speak to someone.  When he was able to speak to someone, they could not help. They just told my husband that they would look into the issue or claim that they sent a text about a late bus, but we never received a text. They were never able to fix the problem.

11. When the bus was late to school, E.M.'s whole day was disrupted. When I tell E.M. something, he expects it to happen. His schedule is very important to him. When the bus was late, he paced while he waited for it and was very anxious. When he arrived to school late, he missed important instructional time with his peers. In addition to the class time he missed while getting to school, he ended up missing more class time after he arrived to school, as he tried to adjust to the disrupted schedule.

12. Our whole family's schedules had to be rearranged when the bus was late. I have missed doctor appointments because I had to take E.M. to school when his bus was late. I also have missed out on overtime work so that I was available to take E.M. to school. Because OSSE is unreliable, I have learned to expect that they will be late and keep my schedule open in order to take E.M. to school. If OSSE were more reliable, I would have been able to take more

overtime shifts to support my family without sacrificing my son's education and development.

13. E.M. requires safe, reliable, and appropriate transportation in order to receive a Free Appropriate Public Education (FAPE) and to have equal access to his education and to ensure he is not unnecessarily segregated from his peers.

14. I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated this 8 day of October, 2025 at Washington, District of Columbia.

_____
Tamera Rhone-Miller, Declarant