UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CRYSTAL ROBERTSON, on behalf of herself and her minor child D.R.; <br><br> ELIZABETH DAGGETT, on behalf of herself and her minor child H.D.; <br><br> JOANN MCCRAY, on behalf of herself and her minor child J.C.; <br><br> VERONICA GUERRERO, on behalf of herself and her minor child A.F.; <br><br> MARCIA CANNON-CLARK AND DAVID CLARK, on behalf of themselves and their minor child B.R.C.; and <br><br> THE ARC OF THE UNITED STATES <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br><br> Defendant. | Civil Action No. 24-0656 (PLF) |

MEMORANDUM OPINION AND ORDER

On October 8, 2025, plaintiffs moved to compel the District of Columbia ("the District") to produce documents and respond to plaintiffs' requests for production. See Motion to Compel [Dkt. No. 107]. The District filed its opposition on October 31, 2025. See Defendant's Opposition to Plaintiffs' Motion [Dkt. No. 111]. Plaintiffs replied on November 7, 2025. See Plaintiffs' Reply In Support of Their Motion [Dkt. No. 113].

The Court has determined that this case should be referred to a magistrate judge for management and resolution of all discovery-related issues, including resolution of plaintiffs' Motion to Compel [Dkt. No. 107]. Accordingly, it is hereby

ORDERED that this matter is referred for random assignment to a magistrate judge for the management of all discovery in this case, beginning immediately. The parties shall contact the designated magistrate judge's chambers to schedule a conference regarding any discovery disputes; and it is

FURTHER ORDERED that on any future filing related to discovery, the parties shall place the initials of Judge Paul L. Friedman and the initials of the magistrate judge following the case number in the caption. On any other filings in this case, the parties shall place only the initials of Judge Paul L. Friedman after the case number.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: 1/7/26