UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CRYSTAL ROBERTSON, on behalf of herself and her minor child D.R.; <br><br> ELIZABETH DAGGETT, on behalf of herself and her minor child H.D.; <br><br> JOANN MCCRAY, on behalf of herself and her minor child J.C.; <br><br> VERONICA GUERRERO, on behalf of herself and her minor child A.F.; <br><br> MARCIA CANNON-CLARK AND DAVID CLARK, on behalf of themselves and their minor child B.R.C.; and <br><br> THE ARC OF THE UNITED STATES, <br><br>         Plaintiffs, <br><br>      v. <br><br> DISTRICT OF COLUMBIA, <br><br>         Defendant. | Civil Action No. 24-0656 (PLF) |

## ORDER

The Court has before it plaintiffs' Motion to Certify Class [Dkt. No. 29], as amended by plaintiffs' Supplemental Brief on Class Certification [Dkt. No. 110]. For the reasons set forth in the Court's accompanying Opinion [Dkt. No. 120], it is hereby

ORDERED that plaintiffs' Motion to Certify Class [Dkt. No. 29], as amended by plaintiffs' Supplemental Brief on Class Certification [Dkt. No. 110] is GRANTED; it is

FURTHER ORDERED that the above-captioned action is CERTIFIED to proceed as a class action pursuant to Rule 23(b)(2) of the Federal Rules of Civil Procedure. The plaintiff class shall consist of:

> All students with disabilities aged 3-22 who, from March 7, 2022, until judgment is issued in this case, require transportation from the District of Columbia to attend school and have experienced and will continue to experience unsafe, unreliable, or inappropriate transportation services from the District of Columbia.

it is;

FURTHER ORDERED that the parties retain the right to seek amendment of the class definition under Rule 23(c)(1) of the Federal Rules of Civil Procedure; it is

FURTHER ORDERED that the following individuals shall represent the certified class: (i) Crystal Robertson, legal guardian of D.R.; (ii) Elizabeth Daggett, parent of H.D.; (iii) Joann McCray, parent of J.C.; (iv) Veronica Guerrero, parent of A.F.; (v) David Clark and Marcia Cannon-Clark, parents of B.R.C.; and (vi) The Arc of the United States; and it is

FURTHER ORDERED that, pursuant to Rule 23(g) of the Federal Rules of Civil Procedure, the Court appoints as class counsel named plaintiffs' counsel from: (i) McDermott Will & Emery LLP; (ii) the Washington Lawyers' Committee for Civil Rights and Urban Affairs; (iii) the Children's Law Center; and (iv) The Arc of the United States.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 1/16/26

2